USDC - DVT
2:24-mj-110-1

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      **v.**<br><br>**TODD HOYTE,**<br>          Defendant. | Case No: 3:25-mj-00026 |

## MOTION FOR DETENTION

The United States of America, by and through Delia L. Smith, United States Attorney for the District of the Virgin Islands, and the undersigned Assistant United States Attorney, moves this Court, pursuant to 18 U.S.C. §§ 3142(a)(4) and 3142(e), for an order directing that the defendant be detained pending trial. The United States also moves for detention pursuant to 18 U.S.C. § 3142(f)(1)(A) and (f)(2)(A) and (B), as Defendant is extremely dangerous and a flight risk.

### I.    BACKGROUND

Defendant had an outstanding Arrest Warrant out of the State of Vermont for which Defendant was arrested on April 1, 2025. The District of Vermont has requested the Defendant's detention and transfer back to the district. Defendant is fugitive who has spent at least 35 of his 55 years committing egregious crimes and disrespecting the criminal justice system. Defendant has threatened to kill civilians, law enforcement officers, prosecutors and judges. Defendant has been listed in NCIC as a violent person and treat to law enforcement. Defendant has been convicted of rape, assault, intimidation, treats, breaking and entering, leaving the scene of an accident and more. Defendant has been arrested at least 34 times. Defendant currently has three outstanding warrants from the State of Vermont and the instant federal arrest warrant.

*United States v. Todd Hoyte*
Motion for Detention
Page 2 of 6

Further, the underlying facts of the charges for which the warrant in the instant case was issued are chilling. On November 7, 2022, Defendant was charged with domestic assault in the State of Vermont for punching his then 69-year-old girlfriend in the face and knocking out her tooth. Defendant failed to appear at a June 27, 2024, hearing and a summons was issued. Defendant contacted the court several times after the summons was issued and was aware of his failure to appear. Defendant again failed to appear at an August 8, 2024, hearing and a warrant was issued for his arrest. Defendant again failed to appear for trial scheduled on September 12, 2024, and another arrest warrant was issued.

Between the dates of July 16, 2024 and August 8, 2024, Defendant left 7 voice messages on the State Attorney who prosecuted the Domestic violence matter's phone with derogatory remarks, hate speech and threats to kill. Defendant fled the State of Vermont and the domestic assault matter remains pending.

## II. ARGUMENT

### A.  18 U.S.C. 3142(f)(1) and (2)

Defendant's charge of knowingly and willfully transmitting in interstate commerce, communications containing a treat to injure under 18 U.S.C. §875(c), meets the definition of a crime of violence as provided under 18 U.S.C. §3142(f)(1)(A). *United States v. Mjoness*, 2021 WL 4078002 (10th Cir. July 13, 2021) (unpublished); *see also United States v. Chapman*, 866 F.3d 129 (3d Cir. 2017) (finding threatening communication as predicate crime of violence). 18 U.S.C. §3156(a)(4) defines a crime of violence as:

(4) the term "crime of violence" means—

*United States v. Todd Hoyte*
Motion for Detention
Page 3 of 6

(A) an offense that has as an element of the offense the use, attempted use, or threatened use of physical force against the person or property of another;
(B) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense; or
(C) any felony under chapter 77, 109A, 110, or 117;

Defendant's threats to kill the state attorney constitute a crime of violence.

Additionally, under (f)(2)(A), there is a serious risk that the Defendant will flee as the defendant has fled or failed to appear for other matters.   Under (f)(2)(B) there is a serious risk the defendant will obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, or intimidate a prospective witness or juror.  Defendant has a history of threats and intimidation as will be noted below.

**B.  Factors to Consider**

In making a detention determination, the Court must consider the nature and circumstances of the offense charged, the weight of the evidence against the defendant, the history and characteristics of the defendant, and the nature and seriousness of the danger to any other person or the community that would be posed by the defendant's release.  18 U.S.C. § 3142(g).  The government submits that these factors weigh heavily in favor of detaining the defendant.

1.   Nature and Circumstances of the Offense

Defendant is a fugitive after having escaped Vermont where he has pending charges and threatening to kill the prosecutor in the underlying case.  Threatening to kill a prosecutor is a serious offense.  In this case, the threats of the Defendant have caused the prosecutor and his family much turmoil and has brought changes to the life of the prosecutor.  Defendant's actions affects the administration of justice, careers and lives.

*United States v. Todd Hoyte*
Motion for Detention
Page 4 of 6

Weight of the Evidence

The evidence against Defendant is strong.  Law enforcement has retrieved the voicemail messages left by the Defendant on the prosecutor's phone.  In the voice messages Defendant also references his underlying domestic charge.

2.  History and Characteristics of the Defendant

The defendant's history and characteristics is one of a dangerous and unhinged career offender. The summary provided in this motion does not being to do justice to Defendant extensive criminal history. In addition to the information provided in the background section of this Motion, Defendant has had thirteen Civil Restraining Orders in Massachusetts involving approximately 8 different person and spanning the years 1993 - 2017. (Exhibit A). Defendant has at least the following criminal convictions in Massachusetts (Id):

1.  False Reports to a Police Officer
2.  False Reports to a Police Officer
3.  Intimidation
4.  Intimidation
5.  Failure to Register as a Sex Offender
6.  Failure to Register as a Sex Offender
7.  Threatening
8.  Possession of a Controlled Substance
9.  Resisting Arrest
10. Intimidation
11. Assault & Battery
12. Assault & Battery
13. Failure to Register as a Sex Offender

*United States v. Todd Hoyte*
Motion for Detention
Page 5 of 6

14. Threatening

15. Assault & Battery with a Dangerous Weapon

16. Assault & Battery

17. Failure to Register as a Sex Offender

18. Assault & Battery

19. Assault & Battery with a Dangerous Weapon

20. Threatening

21. Possession of a Controlled Substance

22. Threatening

23. Assault & Battery on a Police Officer

24. Assault & Battery with a Dangerous Weapon

25. Destruction of Property

26. Assault & Battery on a Police Officer

27. Assault & Battery on a Police Officer

28. Assault & Battery on a Police Officer

29. Rape of a Child

30. Rape of a Child

31. Rape of a Child

32. Assault & Battery

33. Threatening

34. Breaking & Entering in the nighttime with intent to commit a felony

Defendant has the following criminal convictions in Vermont (Exhibit B):

1. Violation of Conditions of Release

2. Violation of Conditions of Release

3. Violation of Conditions of Release

4. Simple Assault on a LE Officer with Bodily Fluids

5. Violation of an Abuse Prevention Order

*United States v. Todd Hoyte*
Motion for Detention
Page 6 of 6

6. DUI #2—Refusal

7. Criminal Threatening

8. Leaving Scene of an Accident

The underlying acts of the criminal convictions have involved violent behavior which has been highlighted in police reports, news articles, and court documents which has been attached to this Motion. (Exhibits C-

4. <u>Danger Posed to the Community by the Defendant's Release</u>

Defendant poses a significant risk to the community and witnesses, and no combination of release conditions can adequately satisfy such concerns.

## CONCLUSION

There is clear and convincing evidence that no available conditions or combination of conditions would reasonably assure the safety of the community considering the dangerous criminal activity in which the defendant is involved.

Respectfully submitted,

DELIA L. SMITH
UNITED STATES ATTORNEY

Dated: April 2, 2025          By:    *s/ Natasha L. Baker*
                                     Natasha L. Baker
                                     Assistant United States Attorney
                                     5500 Veteran's Drive, Suite 260
                                     St. Thomas, VI 00802
                                     (340) 774-5757

CJISWeb 3.0

FILED 11/8/2022 11:09 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

STATE'S
EXHIBIT
— 4 —

**CJISWeb Printout Generated On: 08/25/2020 10:11:04**
**By User/Agency: CHAVEZ-MELISSA/MIDDLESEX DA**

## MA Criminal History (BOP)

**Results For -** Name: **HOYTE, TODD;**   Date of Birth: **10/10/1970**

```
                    *** C I V I L   R E S T R A I N I N G   O R D E R   ***
----------------------------------------------------------------------------------
Defendant: HOYTE, TODD R                         DOB: 10/10/70 PCF: 000890800
----------------------------------------------------------------------------------
Plaint: GEOFFREY PIRONTI
Street: 312 MAIN STREET, 1ST FLOOR      City: MILFORD                   ST: MA
----------------------------------------------------------------------------------
Docket:      1666RO20   Court:  66  Order: M.G.L. Chapter 258E Section:   3
Order Date: 01/21/16  Expiration Date:  02/02/17   Status:*** CLOSE ***
                  *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse                  2.X No contact stay at least  100 yds
  3.X Vacate/stay away resd      Bld      4.  Address Impounded
  5.  Stay away workplace                 6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least    yd


      Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order        9.  Support payment ordered
 10.  Personal belongings pickup w/PD    11.  Compensation ordered
 12.  Surrender guns,ammo,LIC,FID        13.  Other: See order
----------------------------------------------------------------------------------
                    *** C I V I L   R E S T R A I N I N G   O R D E R   ***
----------------------------------------------------------------------------------
Defendant: HOYTE, TODD R                         DOB: 10/10/70 PCF: 000890800
----------------------------------------------------------------------------------
Plaint: DANIEL THOMAS
Street: 312 MAIN STREET APT 2           City: MILFORD                   ST: MA
----------------------------------------------------------------------------------
Docket:      1466RO368   Court:  66  Order: M.G.L. Chapter 258E Section:   3
Order Date: 12/15/14  Expiration Date:  12/28/15   Status:*** OPEN   ***
                  *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse                  2.X No contact stay at least  100 yds
  3.X Vacate/stay away resd   X Bld       4.  Address Impounded
  5.  Stay away workplace                 6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least    yd


      Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order        9.  Support payment ordered
 10.  Personal belongings pickup w/PD    11.  Compensation ordered
```

```
12.  Surrender guns,ammo,LIC,FID      13.  Other: See order
--------------------------------------------------------------------------
          *** C I V I L   R E S T R A I N I N G   O R D E R  ***
--------------------------------------------------------------------------
Defendant: HOYTE, TODD R              DOB: 10/10/70 PCF: 000890800
--------------------------------------------------------------------------
Plaint: ERIN CAVAZZA
Street: 2 WESTERN AVENUE              City: MILFORD                ST: MA
--------------------------------------------------------------------------
Docket:     1466RO185   Court: 66  Order: M.G.L. Chapter 258E Section:  3
Order Date: 07/03/14  Expiration Date:  06/18/15   Status:*** CLOSE ***
          *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse            2.X No contact stay at least   10 yds
  3.X Vacate/stay away resd    Bld  4.  Address Impounded
  5.X Stay away workplace           6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least      yd


     Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.  Support payment ordered
 10.  Personal belongings pickup w/PD 11.  Compensation ordered
 12.  Surrender guns,ammo,LIC,FID     13.  Other: See order
--------------------------------------------------------------------------
          *** C I V I L   R E S T R A I N I N G   O R D E R  ***
--------------------------------------------------------------------------
Defendant: HOYTE, TODD R              DOB: 10/10/70 PCF: 000890800
--------------------------------------------------------------------------
Plaint: SHERRY REEVES
Street: 104 SPRUCE STREET APT 1       City: MILFORD                ST: MA
--------------------------------------------------------------------------
Docket:     1366RO240   Court: 66  Order: M.G.L. Chapter 209A Section:  3
Order Date: 09/10/13  Expiration Date:  09/18/14   Status:*** CLOSE ***
          *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse            2.X No contact stay at least  100 yds
  3.X Vacate/stay away resd   X Bld 4.  Address Impounded
  5.X Stay away workplace           6.  Custody of following to plaintiff


  7.X No contact with any child named in 6 or listed below: Stay at least  100 yd
     JENNIFER HENSEL

   X Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.  Support payment ordered
 10.  Personal belongings pickup w/PD 11.  Compensation ordered
 12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
--------------------------------------------------------------------------
          *** C I V I L   R E S T R A I N I N G   O R D E R  ***
--------------------------------------------------------------------------
Defendant: HOYTE, TODD R              DOB: 10/10/70 PCF: 000890800
--------------------------------------------------------------------------
Plaint: SHERRY REEVES
Street: 104 SPRUCE STREET - APT 1     City: MILFORD                ST: MA
--------------------------------------------------------------------------
Docket:     1166RO318   Court: 66  Order: M.G.L. Chapter 209A Section:  3
Order Date: 11/17/11  Expiration Date:  11/26/12   Status:*** CLOSE ***
          *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse            2.X No contact stay at least  100 yds
  3.X Vacate/stay away resd   X Bld 4.  Address Impounded
```

```
    5.   Stay away workplace                 6.   Custody of following to plaintiff


   7.X No contact with any child named in 6 or listed below: Stay at least   100 yd
       JENNIFER HENSEL

     X Stay away from school,daycare,other: (see order)
    8.   Visitation rights: See Order        9.   Support payment ordered
   10.   Personal belongings pickup w/PD    11.   Compensation ordered
   12.X Surrender guns,ammo,LIC,FID         13.   Other: See order
   ---------------------------------------------------------------------------
              *** C I V I L   R E S T R A I N I N G   O R D E R  ***
   ---------------------------------------------------------------------------
   Defendant: HOYTE, TODD R                    DOB: 10/10/70 PCF: 000890800
   ---------------------------------------------------------------------------
   Plaint: BARBARA ENGLISH
   Street: 1296 WORCESTER RD APT 2303     City: FRAMINGHAM              ST: MA
   ---------------------------------------------------------------------------
   Docket:     0949RO280   Court:  49  Order: M.G.L. Chapter 209A Section:   3
   Order Date: 09/30/09  Expiration Date:  11/27/15   Status:*** CLOSE ***
              *** *** ***   Court Orders   *** *** ***
    1.X Refrain from abuse               2.X No contact stay at least   30 yds
    3.X Vacate/stay away resd   X Bld    4.   Address Impounded
    5.   Stay away workplace             6.   Custody of following to plaintiff


    7.   No contact with any child named in 6 or listed below: Stay at least     yd


       Stay away from school,daycare,other: (see order)
    8.   Visitation rights: See Order        9.   Support payment ordered
   10.   Personal belongings pickup w/PD    11.   Compensation ordered
   12.X Surrender guns,ammo,LIC,FID         13.   Other: See order
   ---------------------------------------------------------------------------
              *** C I V I L   R E S T R A I N I N G   O R D E R  ***
   ---------------------------------------------------------------------------
   Defendant: HOYTE, TODD R                    DOB: 10/10/70 PCF: 000890800
   ---------------------------------------------------------------------------
   Plaint: BARBARA ENGLISH
   Street: 1296 WORCESTER ROAD #2303      City: FRAMINGHAM              ST: MA
   ---------------------------------------------------------------------------
   Docket:   0749RO000260   Court:  49  Order: M.G.L. Chapter 209A Section:   4
   Order Date: 09/10/07  Expiration Date:  02/05/09   Status:*** CLOSE ***
              *** *** ***   Court Orders   *** *** ***
    1.X Refrain from abuse               2.   No contact stay at least     yds
    3.   Vacate/stay away resd     Bld   4.   Address Impounded
    5.   Stay away workplace             6.   Custody of following to plaintiff


    7.   No contact with any child named in 6 or listed below: Stay at least     yd


       Stay away from school,daycare,other: (see order)
    8.   Visitation rights: See Order        9.   Support payment ordered
   10.   Personal belongings pickup w/PD    11.   Compensation ordered
   12.X Surrender guns,ammo,LIC,FID         13.   Other: See order
   ---------------------------------------------------------------------------
              *** C I V I L   R E S T R A I N I N G   O R D E R  ***
   ---------------------------------------------------------------------------
   Defendant: HOYTE, TODD R                    DOB: 10/10/70 PCF: 000890800
```

CJISWeb 3.0                                                                Page 4 of 20

```
-------------------------------------------------------------------
Plaint: BARBARA ENGLISH
Street: 1232 WORCESTER ROAD          City: FRAMINGHAM           ST: MA
-------------------------------------------------------------------
Docket:     0649RO140   Court: 49  Order: M.G.L. Chapter 209A Section:   4
Order Date: 05/22/06  Expiration Date: 06/05/07   Status:*** CLOSE ***
           *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least   50 yds
  3.X Vacate/stay away resd   X Bld   4.  Address Impounded
  5.X Stay away workplace             6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least     yd


     Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.  Support payment ordered
 10.X Personal belongings pickup w/PD 11.  Compensation ordered
 12.X Surrender guns,ammo,LIC,FID     13.X Other: See order
-------------------------------------------------------------------
       *** C I V I L   R E S T R A I N I N G   O R D E R  ***
-------------------------------------------------------------------
Defendant: HOYTE, TODD R              DOB: 10/10/70 PCF: 000890800
-------------------------------------------------------------------
Plaint: CYNTHIA J MCKENNA
Street: 44 WILSON STREET              City: HOPKINTON            ST: MA
-------------------------------------------------------------------
Docket:     0149RO52   Court: 49  Order: M.G.L. Chapter 209A Section:   3
Order Date: 02/09/01  Expiration Date: 02/13/02   Status:*** CLOSE ***
           *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least .   yds
  3.X Vacate/stay away resd     Bld   4.  Address Impounded
  5.X Stay away workplace             6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least     yd


     Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.X Support payment ordered
 10.X Personal belongings pickup w/PD 11.  Compensation ordered
 12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
-------------------------------------------------------------------
       *** C I V I L   R E S T R A I N I N G   O R D E R  ***
-------------------------------------------------------------------
Defendant: HOYTE, TODD R              DOB: 10/10/70 PCF: 000890800
-------------------------------------------------------------------
Plaint: HILLARD, BETH
Street: 10 RICHARDSON CIRCLE #1R      City: FRAMINGHAM           ST: MA
-------------------------------------------------------------------
Docket:     97RO563   Court: 49  Order: M.G.L. Chapter 209A Section:   3
Order Date: 09/29/97  Expiration Date: 10/08/98   Status:*** CLOSE ***
           *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least   50 yds
  3.X Vacate/stay away resd     Bld   4.  Address Impounded
  5.X Stay away workplace             6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least     yd
```

```
          Stay away from school,daycare,other: (see order)
  8.   Visitation rights: See Order        9.   Support payment ordered
 10.   Personal belongings pickup w/PD    11.   Compensation ordered
 12.X Surrender guns,ammo,LIC,FID         13.X Other: See order
---------------------------------------------------------------------
          *** C I V I L   R E S T R A I N I N G   O R D E R ***
---------------------------------------------------------------------
Defendant: HOYTE, TODD R                  DOB: 10/10/70 PCF: 000890800
---------------------------------------------------------------------
Plaint: MICHELLE MORRIS
Street: 70 PEARL ST                    City: FRAMINGHAM              ST: MA
---------------------------------------------------------------------
Docket:      95RO114   Court:  49 Order: M.G.L. Chapter 209A Section:   3
Order Date: 03/02/95  Expiration Date:  03/13/96   Status:*** CLOSE ***
          *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least     yds
  3.X Vacate/stay away resd    Bld    4.  Address Impounded
  5.  Stay away workplace             6.X Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least   yd


          Stay away from school,daycare,other: (see order)
  8.   Visitation rights: See Order        9.   Support payment ordered
 10.   Personal belongings pickup w/PD    11.   Compensation ordered
 12.   Surrender guns,ammo,LIC,FID        13.X Other: See order
---------------------------------------------------------------------
          *** C I V I L   R E S T R A I N I N G   O R D E R ***
---------------------------------------------------------------------
Defendant: HOYTE, TODD R                  DOB: 10/10/70 PCF: 000890800
---------------------------------------------------------------------
Plaint: MORRIS, MICHELLE
Street: 52 BROAD ST APT 2              City: MARLBORO                ST: MA
---------------------------------------------------------------------
Docket:    9421RO0109   Court:  21 Order: M.G.L. Chapter 209A Section:   3
Order Date: 04/13/94  Expiration Date:  04/25/95   Status:*** CLOSE ***
          *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least     yds
  3.X Vacate/stay away resd    Bld    4.  Address Impounded
  5.  Stay away workplace             6.X Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least   yd


          Stay away from school,daycare,other: (see order)
  8.   Visitation rights: See Order        9.   Support payment ordered
 10.   Personal belongings pickup w/PD    11.   Compensation ordered
 12.   Surrender guns,ammo,LIC,FID        13.   Other: See order
---------------------------------------------------------------------
          *** C I V I L   R E S T R A I N I N G   O R D E R ***
---------------------------------------------------------------------
Defendant: HOYTE, TODD R                  DOB: 10/10/70 PCF: 000890800
---------------------------------------------------------------------
Plaint: MORRIS, MICHELLE
Street: 52 BROAD ST                    City: MARLBORO                ST: MA
---------------------------------------------------------------------
Docket:    9321RO0340   Court:  21 Order: M.G.L. Chapter 209A Section:   3
```

```
Order Date: 08/25/93  Expiration Date:  04/01/94   Status:*** CLOSE ***
                *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least      yds
  3.X Vacate/stay away resd    Bld    4.  Address Impounded
  5.  Stay away workplace             6.  Custody of following to plaintiff


  7.  No contact with any child named in 6 or listed below: Stay at least     yd


      Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.  Support payment ordered
 10.  Personal belongings pickup w/PD 11.  Compensation ordered
 12.  Surrender guns,ammo,LIC,FID     13.  Other: See order
-------------------------------------------------------------------------------
*******************************************************************************
 *                                                                           *
 *              ******* WARNING ********.**** WARNING ********               *
 *                                                                           *
 *     THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.       *
 *PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
 *OF THE PERSON REQUESTED.                                                   *
 *                                                                           *
*******************************************************************************


        **********    COMMONWEALTH OF MASSACHUSETTS    **********
        DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                *** PERSONS COURT SUMMARY ***

NAM: HOYTE, TODD R              FORMAL-NAM: TODD         PCF: 00000890800
DOB: 10/10/70   SEX: M  RAC: W       POB: MA             SSN: 027561871
MOM:CAROL HOYTE        POP:DAVID HOYTE    HGT: 506 WGT: 185 HAI: BLD EYE: BRO
ADDRESS: 276 MAIN  STREET, MARLBOROUGH, MA

ALIAS:
     NAM: KING, TODD ROBERT
     FORMAL-NAM: TODD
     DOB: 10/10/70   SEX: M  RAC:
     POB: FRAMINGHAM         SSN: 027561871
     MOM: CAROL
     POP: DAVID
     ADDRESS: 9 CLINTON ST., ASHLAND, MA, CONVERSION,

COMMENTS:


***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (0001)
  ARG-DATE: 03/05/18 PD: GRA COURT: WESTBOROUGH DISTRICT   DKT#:  1867CR000151A
  OFF:  OPERATING AFTER SUSPEND LIC    SUBSQ OFFENSE     114B-SUS
  STATUS: C  WPD:     WDT:
  DISP: DISM CC 3/13/18 PD

ARRAIGNMENT: (0002)
  ARG-DATE: 11/07/16 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:  1649CR002778A
  OFF:  OPERATING AFTER SUSPEND LIC    SUBSQ.OFF         114B-SUS
  STATUS: C  WPD:     WDT:
  DISP: 3/14/17 CC 7/18/17 WAR 7/21/17 WAR W/D REMIT DISM
```

```
ARRAIGNMENT: (0003)
   ARG-DATE: 01/26/16 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1649CR000179A
   OFF:  THREATENING                                        THREAT
   STATUS: C   WPD:      WDT:
   DISP: C 4/14/16 DISM

ARRAIGNMENT: (0004)
   ARG-DATE: 03/25/14 PD: SD7 COURT: WAREHAM DISTRICT       DKT#:  1460CR000612A
   OFF:  OPERATING AFTER                                    114B
   STATUS: C   WPD:      WDT:
   DISP: 12/5/14DF(2)DR 4/23/15 G 6MO SS 10/22/15 VWF VN 9/ 22/15 DF DR 10/22/15
         TERM

ARRAIGNMENT: (0005)
   ARG-DATE: 01/31/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000234A
   OFF:  LARCENY MORE                                       LAR MORE
   STATUS: C   WPD:      WDT:
   DISP: ARR 3/30/12 C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0006)
   ARG-DATE: 01/31/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000234B
   OFF:  B&E DT W/I COM FEL                                 B&E DT W/I FEL
   STATUS: C   WPD:      WDT:
   DISP: ARR 3/30/12 C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0007)
   ARG-DATE: 01/17/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000105A
   OFF:  ASSAULT                                            ASLT
   STATUS: C   WPD:      WDT:
   DISP: C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0008)
   ARG-DATE: 01/17/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000105B
   OFF:  ASSAULT AND BATTERY                                A&B
   STATUS: C   WPD:      WDT:
   DISP: C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0009)
   ARG-DATE: 01/17/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000105C
   OFF:  LARCENY FROM A PERSON                              LAR PERS
   STATUS: C   WPD:      WDT:
   DISP: C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0010)
   ARG-DATE: 01/17/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000105D
   OFF:  MAL DESTRUCTION OF PROPERTY    +$250               PROP MAL DES
   STATUS: C   WPD:      WDT:
   DISP: C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0011)
   ARG-DATE: 01/17/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000105E
   OFF:  MAL DESTRUCTION OF PROPERTY    -$250               PROP MAL DES
   STATUS: C   WPD:      WDT:
   DISP: C 10/24/12 JT 1/29/13 DISM

ARRAIGNMENT: (0012)
   ARG-DATE: 01/17/12 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1249CR000105F
   OFF:  POSS CLASS B CONT SUB              COCAINE         CSA POSS B
   STATUS: C   WPD:      WDT:
```

```
     DISP: C 10/24/12 JT 1/29/13 DISM

  ARRAIGNMENT: (0013)
     ARG-DATE: 06/14/11 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1149CR001429A
     OFF:  THREATENING                     COMM CRIME      THREAT
     STATUS: C   WPD:      WDT:
     DISP: % 11/3/11 DF 11/9/11 D/R 5/30/12 JT 9/12/12 DISM

  ARRAIGNMENT: (0014)
     ARG-DATE: 06/14/11 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1149CR001429B
     OFF:  A&B DANGEROUS WEAPON            A DOOR          A&B DW
     STATUS: C   WPD:      WDT:
     DISP: % 11/3/11 DF 11/9/11 D/R 5/30/12 JT 9/12/12 G 90DA CMTD CONC

  ARRAIGNMENT: (0015)
     ARG-DATE: 06/14/11 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1149CR001429C
     OFF:  MAL DESTRUCTION OF PROPERTY    -$250           PROP MAL DES
     STATUS: C   WPD:      WDT:
     DISP: % 11/3/11 DF 11/9/11 D/R 5/30/12 JT 9/12/12 G 90DA CMTD CONC

  ARRAIGNMENT: (0016)
     ARG-DATE: 06/10/11 PD: SHI COURT: MIDDLESEX SUPERIOR     DKT#:    2011446001
     OFF:  CRIME OF (SPECIFY IN FULL)    FLS REP PO       CRIME OF
     STATUS: C   WPD:      WDT:
     DISP: 03/05/12 G 1YR CC

  ARRAIGNMENT: (0017)
     ARG-DATE: 06/10/11 PD: ASH COURT: MIDDLESEX SUPERIOR     DKT#:    2011446002
     OFF:  CRIME OF (SPECIFY IN FULL)    FLS REP PO       CRIME OF
     STATUS: C   WPD:      WDT:
     DISP: 03/05/12 G 1YR CC

  ARRAIGNMENT: (0018)
     ARG-DATE: 06/10/11 PD: SHI COURT: MIDDLESEX SUPERIOR     DKT#:    2011446003
     OFF:  INTIMIDATION                   OF WITNESS      INTIM
     STATUS: C   WPD:      WDT:
     DISP: 03/05/12 G 3YR - 3YR & 1DA CMTD VWF

  ARRAIGNMENT: (0019)
     ARG-DATE: 06/10/11 PD: SHI COURT: MIDDLESEX SUPERIOR     DKT#:    2011446004
     OFF:  INTIMIDATION                   OF WITNESS      INTIM
     STATUS: C   WPD:      WDT:
     DISP: 03/05/12 G 3YR - 3YR & 1DA CC

  ARRAIGNMENT: (0020)
     ARG-DATE: 03/08/11 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1149CR000519A
     OFF:  FALSE REPORT OF A CRIME                         FLS REP CRIME
     STATUS: C   WPD:      WDT:
     DISP: %C 5/2/11 6/14/11 NP

  ARRAIGNMENT: (0021)
     ARG-DATE: 03/08/11 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:  1149CR000519B
     OFF:  INTIMIDATION                                   INTIM
     STATUS: C   WPD:      WDT:
     DISP: %C 5/2/11 6/14/11 NP

  ARRAIGNMENT: (0022)
     ARG-DATE: 10/11/07 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:  0749CR003412A
     OFF:  LARCENY MORE                    $250            LAR MORE
     STATUS: C   WPD:      WDT:
```

```
   DISP: C 2/1/08 DISM

ARRAIGNMENT: (0023)
   ARG-DATE: 10/11/07 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:  0749CR003412B
   OFF:  THREATENING                        COMM CRIME      THREAT
   STATUS: C   WPD:      WDT:
   DISP: C 2/1/08 DISM

ARRAIGNMENT: (0024)
   ARG-DATE: 09/13/07 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:  0749CR003196A
   OFF:  ASSAULT AND BATTERY                                A&B
   STATUS: C   WPD:      WDT:
   DISP: %C 11/9/07 DISM

ARRAIGNMENT: (0025)
   ARG-DATE: 09/13/07 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:  0749CR003196B
   OFF:  A&B DANGEROUS WEAPON            WALL               A&B DW
   STATUS: C   WPD:      WDT:
   DISP: %C 11/9/07 DISM

ARRAIGNMENT: (0026)
   ARG-DATE: 02/07/07 PD: FRA COURT: MIDDLESEX SUPERIOR     DKT#:     200795001
   OFF:  BE SEX OFFENDER FL TO REGISTER                     SEX OFFDR FL REG
   STATUS: C   WPD:      WDT:
   DISP: 9/21/09 DFW WD DFW WD 10/05/10 G 5 YR-5 YR & 1 DA CMTD 7/19/11 NEW TRIAL
        G 6 MO CMTD (DEEM SERVED)

ARRAIGNMENT: (0027)
   ARG-DATE: 11/30/06 PD: MEN COURT: MILFORD DISTRICT       DKT#:  0666CR001990B
   OFF:  OPERATING AFTER                                    114B
   STATUS: C   WPD:      WDT:
   DISP: 1/11/07 G $625 FINE VWF 4/10/07 DF 4/27/07 DR 9/7/ 07 CSW 9/13/07 DF
        11/13/07 DR C 11/15/07 $RMTD

ARRAIGNMENT: (0028)
   ARG-DATE: 11/28/06 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:  0649CR003967A
   OFF:  BE SEX OFFENDER FL TO REGISTER                     SEX OFFDR FL REG
   STATUS: C   WPD:      WDT:
   DISP: % C 2/12/07 NP

ARRAIGNMENT: (0029)
   ARG-DATE: 08/24/06 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:    0649CR2212A
   OFF:  BE SEX OFFENDER FL TO REGISTER                     SEX OFFDR FL REG
   STATUS: C   WPD:      WDT:
   DISP: C 10/2/06 G FILE

ARRAIGNMENT: (0030)
   ARG-DATE: 06/19/06 PD: NAT COURT: NATICK DISTRICT        DKT#:     0687CR0413A
   OFF:  THREATENING                      ARSON            THREAT
   STATUS: C   WPD:      WDT:
   DISP: 10/19(JT@49) 6/10/08G6MOS 6/10/09 3/10/09 DRDR
        3/13VN6/10/09DFDR(2)9/1C9/9DFDR10/29/09 PD DISM

ARRAIGNMENT: (0031)
   ARG-DATE: 05/11/06 PD: BOS COURT: WEST ROXBURY DISTRICT  DKT#:    0606CR1330A
   OFF:  THREATENING                                        THREAT
   STATUS: C   WPD:      WDT:
   DISP: C 6/9/06 DF 6/15/06 D/R C 8/29/06 C 9/5/06 ATTY FEE DFW 10/2/06 D/R C
        10/16/06 PD DISM
```

```
ARRAIGNMENT: (0032)
  ARG-DATE: 07/05/05 PD: MEW COURT: WRENTHAM DISTRICT      DKT#:   0557CR1487A
  OFF:  OPERATING AFTER SUSPEND LIC                 114B-SUS
  STATUS: C   WPD:      WDT:
  DISP: %WAR 3/13/06 WAR/WD C 4/18/06 DISM

ARRAIGNMENT: (0033)
  ARG-DATE: 06/18/04 PD: HOK COURT: FRAMINGHAM DISTRICT    DKT#:   0449CR1693A
  OFF:  ASSAULT TO COMMIT FELONY               ASLT FEL
  STATUS: C   WPD:      WDT:
  DISP: C 11/5/04 JT 3/7/05 DISM

ARRAIGNMENT: (0034)
  ARG-DATE: 06/18/04 PD: HOK COURT: FRAMINGHAM DISTRICT    DKT#:   0449CR1693B
  OFF:  DESTRUCTION OF PROPERTY          WANTON    PROP DES
  STATUS: C   WPD:      WDT:
  DISP: C 11/5/04 JT 3/7/05 G 60DA CMTD

ARRAIGNMENT: (0035)
  ARG-DATE: 06/18/04 PD: HOK COURT: FRAMINGHAM DISTRICT    DKT#:   0449CR1693C
  OFF:  DISTURBING THE PEACE(BREACH)              DP
  STATUS: C   WPD:      WDT:
  DISP: C 11/5/04 JT 3/7/05 G FILE

ARRAIGNMENT: (0036)
  ARG-DATE: 06/18/04 PD: HOK COURT: FRAMINGHAM DISTRICT    DKT#:   0449CR1693D
  OFF:  THREATENING                         THREAT
  STATUS: C   WPD:      WDT:
  DISP: C 11/5/04 JT 3/7/05 G FILED

ARRAIGNMENT: (0037)
  ARG-DATE: 03/15/04 PD: MAB COURT: MARLBOROUGH DISTRICT   DKT#:   0421CR0512A
  OFF:  OPER UND INFL OF LIQ           2ND       111A
  STATUS: C   WPD:      WDT:
  DISP: C 6/25/04 G PROB 6/19/06 RT VWF VN 11/1/04 W/D C 6 /19/06 VN 3/21/05 VOP
        REMIT 60DA CMTD

ARRAIGNMENT: (0038)
  ARG-DATE: 03/15/04 PD: MAB COURT: MARLBOROUGH DISTRICT   DKT#:   0421CR0512B
  OFF:  POSS CLASS D CONT SUB          SUBSQ OFF   CSA POSS D
  STATUS: C   WPD:      WDT:
  DISP: C 6/25/04 G FILE

ARRAIGNMENT: (0039)
  ARG-DATE: 03/15/04 PD: MAB COURT: MARLBOROUGH DISTRICT   DKT#:   0421CR0512C
  OFF:  DISORDERLY                          DISORD
  STATUS: C   WPD:      WDT:
  DISP: C 6/25/04 G FILE

ARRAIGNMENT: (0040)
  ARG-DATE: 10/25/02 PD: MIF COURT: MILFORD DISTRICT       DKT#:   0266CR1783B
  OFF:  OPER REVOKE AFT OPER UNDER     AMENDED TO  114B AFT 111A
  STATUS: C   WPD:      WDT:
  DISP: 5/15/03 DISM UPON CC PD

ARRAIGNMENT: (0041)
  ARG-DATE: 08/01/02 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:   0249CR2177A
  OFF:  ASSAULT AND BATTERY                 A&B
  STATUS: C   WPD:      WDT:
  DISP: C 12/20/02 JT 3/20/03 DISM
```

ARRAIGNMENT: (0042)
  ARG-DATE: 08/01/02 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:    0249CR2177B
  OFF:  ASSAULT AND BATTERY                                A&B
  STATUS: C   WPD:      WDT:
  DISP: C 12/20/02 JT 3/20/03 DISM

ARRAIGNMENT: (0043)
  ARG-DATE: 04/01/02 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:    0249CR833A
  OFF:  OPER UND INFL OF LIQ                               111A
  STATUS: C   WPD:      WDT:
  DISP: C 7/1/02 DISM

ARRAIGNMENT: (0044)
  ARG-DATE: 04/01/02 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:    0249CR833B
  OFF:  LEAVING SCENE:PROPERTY DAMGE                       113A
  STATUS: C   WPD:      WDT:
  DISP: C 7/1/02 CWOF 7/1/03 CC 2/3/03 PD 5/21/03 DISM

ARRAIGNMENT: (0045)
  ARG-DATE: 03/21/02 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:    0249CR827A
  OFF:  RESISTING ARREST                                   RESIST ARST
  STATUS: C   WPD:      WDT:
  DISP: C 7/1/02 G PROB 7/1/03 C 2/3/03 VN 5/21/03 TERM

ARRAIGNMENT: (0046)
  ARG-DATE: 03/21/02 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:    0249CR827B
  OFF:  OPER UND INFL OF LIQ                               111A
  STATUS: C   WPD:      WDT:
  DISP: C 7/1/02 G PROB 7/1/03 PROG C 2/3/03 VN 5/21/03 TERM

ARRAIGNMENT: (0047)
  ARG-DATE: 02/20/01 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:    0149CR512A
  OFF:  INTIMIDATION                                       INTIM
  STATUS: C   WPD:      WDT:
  DISP: G 2 1/2YR SPS 1YR CMTD BAL SS 2/19/04 3/21/02 VN 7/1/02 VOP C 2/19/04 VN
        5/21/03 TERM

ARRAIGNMENT: (0048)
  ARG-DATE: 02/08/01 PD: ASL COURT: FRAMINGHAM DISTRICT    DKT#:    0149CR0392A
  OFF:  ASSAULT AND BATTERY                                A&B
  STATUS: C   WPD:      WDT:
  DISP: C 2/20/01 G 2.5YR SPS 1YR CMTD BAL SS 2/19/04 3/21 02 VN 7/1/02 VOP C
        2/19/04 VN 5/21/03 TERM

ARRAIGNMENT: (0049)
  ARG-DATE: 06/10/98 PD: NOO COURT: WESTBOROUGH DISTRICT   DKT#:    9867CR880A
  OFF:  MAL DESTRUCTION OF PROPERTY    OVER $250           PROP MAL DES
  STATUS: C   WPD:      WDT:
  DISP: DF 3/25/99 D/R 5/27/99 G 6MO CMTD

ARRAIGNMENT: (0050)
  ARG-DATE: 03/10/98 PD: WOR COURT: WORCESTER DISTRICT     DKT#:    9862CR2556A
  OEF:  ASSAULT AND BATTERY                                A&B
  STATUS: C   WPD:      WDT:
  DISP: C 9/11/98 (JT) C 12/11/98 DISM

ARRAIGNMENT: (0051)
  ARG-DATE: 03/10/98 PD: WOR COURT: WORCESTER DISTRICT     DKT#:    9862CR2556B
  OFF:  A&B DANGEROUS WEAPON            LACQUER THINNER     A&B DW

```
       STATUS: C    WPD:    WDT:
       DISP: C 9/11/98 (JT) C 12/11/98 DISM

    ARRAIGNMENT: (0052)
       ARG-DATE: 03/10/98 PD: WOR COURT: WORCESTER DISTRICT    DKT#:    9862CR2556C
       OFF:   LARCENY MORE                                     LAR MORE
       STATUS: C    WPD:    WDT:
       DISP: C 9/11/98 (JT) C 12/11/98 DISM

    ARRAIGNMENT: (0053)
       ARG-DATE: 02/02/98 PD: MAB COURT: MARLBOROUGH DISTRICT    DKT#:    9821CR0087A
       OFF:   ASSAULT AND BATTERY                              A&B
       STATUS: C    WPD:    WDT:
       DISP: C 8/28/98 (JT)G 1 YR CMTD

    ARRAIGNMENT: (0054)
       ARG-DATE: 02/02/98 PD: MAB COURT: MARLBOROUGH DISTRICT    DKT#:    9821CR0087B
       OFF:   MAL DESTRUCTION OF PROPERTY                      PROP MAL DES
       STATUS: C    WPD:    WDT:
       DISP: C 8/28/98 (JT)G FILED

    ARRAIGNMENT: (0055)
       ARG-DATE: 11/25/97 PD: NAT COURT: NATICK DISTRICT    DKT#:    9787CR1283A
       OFF:   BE SEX OFFENDER FL TO REGISTER                  SEX OFFDR FL REG
       STATUS: C    WPD:    WDT:
       DISP: C 1/8/98 (JT@49)C 3/25/98 G FILED

    ARRAIGNMENT: (0056)
       ARG-DATE: 11/04/97 PD: NAT COURT: NATICK DISTRICT    DKT#:    9787CR1261A
       OFF:   THREATENING                    BOD HARM    THREAT
       STATUS: C    WPD:    WDT:
       DISP: C 1/8/98 (JT@49)C 3/24/98 G FILED

    ARRAIGNMENT: (0057)
       ARG-DATE: 10/29/97 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:    9749CR03512A
       OFF:   A&B DANGEROUS WEAPON                            A&B DW
       STATUS: C    WPD:    WDT:
       DISP: C 1/15/98 JT C 3/24/98 G 2 1/2 YR CMTD

    ARRAIGNMENT: (0058)
       ARG-DATE: 10/27/97 PD: PVT COURT: MILFORD DISTRICT    DKT#:    9666CR0412A
       OFF:   MAL DESTRUCTION OF PROPERTY    OVER    PROP MAL DES
       STATUS: C    WPD:    WDT:
       DISP: DFW 12/23/97 W/R 3/12/98 DFW W/R 5/22/98 DFW 6/19/ 98 WR 11/16/98 DISM

    ARRAIGNMENT: (0059)
       ARG-DATE: 10/27/97 PD: PVT COURT: MILFORD DISTRICT    DKT#:    9666CR0413A
       OFF:   TRESPASSING                                    TRES
       STATUS: C    WPD:    WDT:
       DISP: DFW 12/23/97 W/R 3/12/98 DFW W/R 5/22/98 DFW 6/19/ 98 W/R 11/16/98 DISM

    ARRAIGNMENT: (0060)
       ARG-DATE: 10/27/97 PD: PVT COURT: MILFORD DISTRICT    DKT#:    9666CR0413B
       OFF:   ASSAULT AND BATTERY                            A&B
       STATUS: C    WPD:    WDT:
       DISP: DFW 12/23/97 W/R 3/12/98 DFW W/R 5/22/98 DFW 6/19/ 98 W/R 11/16/98 DISM

    ARRAIGNMENT: (0061)
       ARG-DATE: 10/27/97 PD: PVT COURT: MILFORD DISTRICT    DKT#:    9666CR0413C
       OFF:   THREATENING                    KILL    THREAT
```

```
        STATUS: C    WPD:      WDT:
        DISP: DFW 12/23/97 W/R 3/12/98 DFW W/R 5/22/98 DFW 6/19/ 98 WR 11/16/98 DISM

    ARRAIGNMENT: (0062)
       ARG-DATE: 10/20/97 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9749CR03177A
       OFF:  ABUSE PREVENTION ACT                                 AB PREV ACT
       STATUS: C    WPD:      WDT:
       DISP: C 12/18/97 DISM

    ARRAIGNMENT: (0063)
       ARG-DATE: 10/20/97 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9749CR03177B
       OFF:  ABUSE PREVENTION ACT                                 AB PREV ACT
       STATUS: C    WPD:      WDT:
       DISP: C 12/18/97 DISM

    ARRAIGNMENT: (0064)
       ARG-DATE: 10/20/97 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9749CR03177C
       OFF:  MAL DESTRUCTION OF PROPERTY                          PROP MAL DES
       STATUS: C    WPD:      WDT:
       DISP: C 1/15/98 JT C 3/24/98 G FILED

    ARRAIGNMENT: (0065)
       ARG-DATE: 10/14/97 PD: NAT COURT: NATICK DISTRICT          DKT#:    9787CR1178A
       OFF:  ASSAULT AND BATTERY                                  A&B
       STATUS: C    WPD:      WDT:
       DISP: C 1/8/98 (JT@49)C G 1YR CMTD O&A

    ARRAIGNMENT: (0066)
       ARG-DATE: 06/27/97 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9749CR01916A
       OFF:  BE SEX OFFENDER FL TO REGISTER                       SEX OFFDR FL REG
       STATUS: C    WPD:      WDT:
       DISP: C 12/18/97 JT 3/19/98 G FILED

    ARRAIGNMENT: (0067)
       ARG-DATE: 06/27/97 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9749CR01916B
       OFF:  DISORDERLY PERSON                                    DIS PERS
       STATUS: C    WPD:      WDT:
       DISP: C 12/18/97 JT 3/19/98 G FILED

    ARRAIGNMENT: (0068)
       ARG-DATE: 11/08/96 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9649CR03768A
       OFF:  A&B DANGEROUS WEAPON          SHOD FOOT              A&B DW
       STATUS: C    WPD:      WDT:
       DISP: WAR 12/11/96 D/R JT C 2/10/97 NP

    ARRAIGNMENT: (0069)
       ARG-DATE: 11/08/96 PD: FRA COURT: FRAMINGHAM DISTRICT      DKT#:   9649CR03768B
       OFF:  ASSAULT AND BATTERY                                  A&B
       STATUS: C    WPD:      WDT:
       DISP: WAR 12/11/96 D/R JT C 2/10/97 NP

    ARRAIGNMENT: (0070)
       ARG-DATE: 10/28/96 PD: ASH COURT: FRAMINGHAM DISTRICT      DKT#:   9649CR03643A
       OFF:  MAL DESTRUCTION OF PROPERTY                          PROP MAL DES
       STATUS: C    WPD:      WDT:
       DISP: C 12/11/96 JT C 2/5/97 G 10DA CMTD

    ARRAIGNMENT: (0071)
       ARG-DATE: 10/28/96 PD: ASH COURT: FRAMINGHAM DISTRICT      DKT#:   9649CR03643B
       OFF:  MAL DESTRUCTION OF PROPERTY                          PROP MAL DES
```

```
         STATUS: C   WPD:     WDT:
         DISP: C 12/11/96 JT C 2/5/97 DISM

   ARRAIGNMENT: (0072)
      ARG-DATE: 10/28/96 PD: ASH COURT: FRAMINGHAM DISTRICT      DKT#:   9649CR03643C
      OFF:  MAL DESTRUCTION OF PROPERTY                          PROP MAL DES
      STATUS: C   WPD:     WDT:
      DISP: C 12/11/96 JT C 2/5/97 DISM

   ARRAIGNMENT: (0073)
      ARG-DATE: 04/05/96 PD: ASL COURT: FRAMINGHAM DISTRICT      DKT#:   9649CR01107A
      OFF:  ASSAULT AND BATTERY                                  A&B
      STATUS: C   WPD:     WDT:
      DISP: C 4/12/96 G 1YR SPS 6MO CMTD BAL SS 4/13/98 12/11/ 96 VOP 6MO CMTD

   ARRAIGNMENT: (0074)
      ARG-DATE: 03/12/96 PD: NAT COURT: NATICK DISTRICT          DKT#:   9687CR0251A
      OFF:  OPERATING AFTER REVOKE LICENSE                       114B-REV
      STATUS: C   WPD:     WDT:
      DISP: C 5/14/96 G PROB 5/13/97 VWF C VOP 11/26/96 DF D/R 1/14/97 C 2/20/97 VOP
           10DAS CMTD

   ARRAIGNMENT: (0075)
      ARG-DATE: 12/19/95 PD: PVT COURT: NATICK DISTRICT          DKT#:   9587CR1186A
      OFF:  FAIL TO APPEAR ON PERS RECOG                         FL APR PER RECOG
      STATUS: C   WPD:     WDT:
      DISP: WAR WAR/WD 12/19/95 C 5/14/96 G FILE

   ARRAIGNMENT: (0076)
      ARG-DATE: 03/16/95 PD: PVT COURT: NATICK DISTRICT          DKT#:   9587CR170A
      OFF:  LARCENY BY CHECK                                     LAR CK
      STATUS: C   WPD:     WDT:
      DISP: WARWAR/WD DF D/R 12/19/95 C 5/14/96 G 30DA HC SS 8/19/97 CONC REST VWF
           PD DF DR 8/21/97 TERM

   ARRAIGNMENT: (0077)
      ARG-DATE: 03/16/95 PD: PVT COURT: NATICK DISTRICT          DKT#:   9587CR170B
      OFF:  LARCENY BY CHECK                                     LAR CK
      STATUS: C   WPD:     WDT:
      DISP: WARWAR/WD DF D/R 12/19/95 C 5/14/96 G 30DA HC SS 8/19/97 REST VWF PD DF
           DR 8/21/97 TERM

   ARRAIGNMENT: (0078)
      ARG-DATE: 03/09/95 PD: PVT COURT: NATICK DISTRICT          DKT#:   9587CR251A
      OFF:  FAIL TO APPEAR ON PERS RECOG                         FL APR PER RECOG
      STATUS: C   WPD:     WDT:
      DISP: WARWAR/WD DF D/R 12/19/95 C 5/14/96 G FILE

   ARRAIGNMENT: (0079)
      ARG-DATE: 12/01/94 PD: NAT COURT: NATICK DISTRICT          DKT#:   9487CR1230A
      OFF:  A&B DANGEROUS WEAPON                                 A&B DW
      STATUS: C   WPD:     WDT:
      DISP: WAR WAR/WD DF D/R 12/19/95 C 5/14/96 G 6MOS CONC CMTD

   ARRAIGNMENT: (0080)
      ARG-DATE: 10/25/94 PD: HOK COURT: FRAMINGHAM JURY OF SIX  DKT#:   9449JR00844A
      OFF:  KNOWINGLY REC STOLEN PROP                            RSG
      STATUS: C   WPD:     WDT:
      DISP: DF CAP 12/12/94 D/R 3/10/95 G 1YR SS 3/10/97 $625 FINE VWF SS 11/13/95
           (@49) DF D/R PD TERM
```

```
ARRAIGNMENT: (0081)
   ARG-DATE: 10/25/94 PD: HOK COURT: FRAMINGHAM JURY OF SIX  DKT#:   9449JR00844B
   OFF:  THREATENING                                          THREAT
   STATUS: C   WPD:      WDT:
   DISP: DF CAP 12/12/94 D/R C 3/10/95 G 6MO SS 3/10/97 $125 FINE VWF SS 11/13/95
         (@49) DF D/R PD TERM

ARRAIGNMENT: (0082)
   ARG-DATE: 10/03/94 PD: HOK COURT: FRAMINGHAM DISTRICT   DKT#:   9449CR02751A
   OFF:  COMPULSORY INSURANCE VIOLATION                     118A
   STATUS: C   WPD:      WDT:
   DISP: G 30DA SS 4/3/95 TERM

ARRAIGNMENT: (0083)
   ARG-DATE: 08/09/94 PD: ASL COURT: FRAMINGHAM DISTRICT   DKT#:   9449CR2530A
   OFF:  THREATENING                                        THREAT
   STATUS: C   WPD:      WDT:
   DISP: (JT)

ARRAIGNMENT: (0084)
   ARG-DATE: 07/07/94 PD: HOI COURT: FRAMINGHAM DISTRICT   DKT#:   9449CR01967A
   OFF:  KNOWINGLY REC STOLEN PROP                          RSG
   STATUS: C   WPD:      WDT:
   DISP: C 8/9/94 (JT)

ARRAIGNMENT: (0085)
   ARG-DATE: 10/18/93 PD:      COURT: WORCESTER JURY OF SIX   DKT#:   9362JC1817A
   OFF:  COMPULSORY INSURANCE VIOLATION                       118A
   STATUS: C   WPD:      WDT:
   DISP: C 1/11/94 FILE (@67)

ARRAIGNMENT: (0086)
   ARG-DATE: 10/18/93 PD:      COURT: WORCESTER JURY OF SIX   DKT#:   9362JC1817B
   OFF:  ATTACHING WRONG MV PLATES                            124P
   STATUS: C   WPD:      WDT:
   DISP: C 1/11/94 FILE (@67)

ARRAIGNMENT: (0087)
   ARG-DATE: 10/18/93 PD:      COURT: WORCESTER JURY OF SIX   DKT#:   9362JC1817D
   OFF:  KNOWINGLY REC STOLEN PROP                            RSG
   STATUS: C   WPD:      WDT:
   DISP: C 1/11/94 FILE (@67)

ARRAIGNMENT: (0088)
   ARG-DATE: 10/18/93 PD:      COURT: WORCESTER JURY OF SIX   DKT#:   9362JC1817E
   OFF:  OPERATING AFTER REVOKE LICENSE SECOND OFFENSE        114B-REV
   STATUS: C   WPD:      WDT:
   DISP: C 1/11/94 $1250 FINE VWF 2/11/94 (@67) PD

ARRAIGNMENT: (0089)
   ARG-DATE: 08/31/93 PD:      COURT: FRAMINGHAM DISTRICT     DKT#:  9349CR003290A
   OFF:  OPERATING AFTER SUSPEND LIC                          114B-SUS
   STATUS: C   WPD:      WDT:
   DISP: DF 11/1/93 D/R C 1/28/94 CWOF 4/28/94 PROB CC 3/22 /94 PD 4/28/94 DF
         6/27/94 DR DISM

ARRAIGNMENT: (0090)
   ARG-DATE: 06/09/93 PD:      COURT: WESTBOROUGH DISTRICT    DKT#:   9367CR1237A
   OFF:  OPERATING AFTER REVOKE LICENSE                       114B-REV
```

```
          STATUS: C   WPD:      WDT:
          DISP: 9/24/93 DISM

      ARRAIGNMENT: (0091)
          ARG-DATE: 06/09/93 PD:      COURT: WESTBOROUGH DISTRICT      DKT#:      9367CR1237C
          OFF:  COMPULSORY INSURANCE VIOLATION                        118A
          STATUS: C   WPD:      WDT:
          DISP: 9/24/93 G FILE APP

      ARRAIGNMENT: (0092)
          ARG-DATE: 06/09/93 PD:      COURT: WESTBOROUGH DISTRICT      DKT#:      9367CR1237F
          OFF:  ATTACHING WRONG MV PLATES                             124P
          STATUS: C   WPD:      WDT:
          DISP: 9/24/93 G FILE APP

      ARRAIGNMENT: (0093)
          ARG-DATE: 06/09/93 PD:      COURT: WESTBOROUGH DISTRICT      DKT#:      9367CR1237G
          OFF:  POSS CLASS D CONT SUB          MARIJUANA             CSA POSS D
          STATUS: C   WPD:      WDT:
          DISP: 9/24/93 G FILE APP

      ARRAIGNMENT: (0094)
          ARG-DATE: 06/09/93 PD:      COURT: WESTBOROUGH DISTRICT      DKT#:      9367CR1237H
          OFF:  KNOWINGLY REC STOLEN PROP                            RSG
          STATUS: C   WPD:      WDT:
          DISP: 9/24/93 G FILE APP

      ARRAIGNMENT: (0095)
          ARG-DATE: 06/09/93 PD:      COURT: WESTBOROUGH DISTRICT      DKT#:      9367CR1237I
          OFF:  OPERATING AFTER REVOKE LICENSE 2ND OFFENSE           114B-REV
          STATUS: C   WPD:      WDT:
          DISP: 9/24/93 G 4 MO HC CMDT APP

      ARRAIGNMENT: (0096)
          ARG-DATE: 04/22/93 PD: PVT COURT: NATICK DISTRICT           DKT#:      9387CR0381A
          OFF:  THREATENING                                          THREAT
          STATUS: C   WPD:      WDT:
          DISP: WAR WAR/WD DF D/R DF D/R 12/19/95 C 5/14/96 G PROB 11/12/96 CONC DF D/R
                1/13/97 C 2/20/97 TERM

      ARRAIGNMENT: (0097)
          ARG-DATE: 07/11/91 PD:      COURT: FRAMINGHAM DISTRICT       DKT#:      9149CR03105C
          OFF:  COMPULSORY INSURANCE VIOLATION                       118A
          STATUS: C   WPD:      WDT:
          DISP: C 8/21/91 G FILE

      ARRAIGNMENT: (0098)
          ARG-DATE: 07/11/91 PD:      COURT: FRAMINGHAM DISTRICT       DKT#:      9149CR03105D
          OFF:  OPERATING AFTER SUSPEND LIC                          114B-SUS
          STATUS: C   WPD:      WDT:
          DISP: C 8/21/91 G 59DA CMTD

      ARRAIGNMENT: (0099)
          ARG-DATE: 07/11/91 PD:      COURT: FRAMINGHAM DISTRICT       DKT#:      9149CR03105E
          OFF:  OPER TO END (LIVES&SAFTEY)                           112A
          STATUS: C   WPD:      WDT:
          DISP: C 8/21/91 G 59DA CMTD

      ARRAIGNMENT: (0100)
          ARG-DATE: 05/23/91 PD:      COURT: FRAMINGHAM DISTRICT       DKT#:      9149CR01831A
```

```
    OFF:  OPERATING AFTER SUSPEND LIC                        114B-SUS
    STATUS: C    WPD:      WDT:
    DISP: C 7/2/91 DF 7/11/91 D/R C 8/21/91 G 59DA CMTD

 ARRAIGNMENT: (0101)
    ARG-DATE: 05/20/91 PD:      COURT: FRAMINGHAM JURY OF SIX  DKT#:   9149JR00429A
    OFF:  A&B ON POLICE OFFICER                               A&B PO
    STATUS: C    WPD:      WDT:
    DISP: DF CAP 7/11/91 D/R G 1 YR CMTD (@49)

 ARRAIGNMENT: (0102)
    ARG-DATE: 05/20/91 PD:      COURT: FRAMINGHAM JURY OF SIX  DKT#:   9149JR00429B
    OFF:  A&B ON POLICE OFFICER                               A&B PO
    STATUS: C    WPD:      WDT:
    DISP: DF CAP 7/11/91 D/R G 1 YR CMTD (@49)

 ARRAIGNMENT: (0103)
    ARG-DATE: 04/22/91 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9149CR01811A
    OFF:  OPERATING AFTER SUSPEND LIC                         114B-SUS
    STATUS: C    WPD:      WDT:
    DISP: C 5/28/91 DF 7/11/91 D/R C 8/21/91 G 59DA CMTD

 ARRAIGNMENT: (0104)
    ARG-DATE: 03/18/91 PD:      COURT: NATICK DISTRICT        DKT#:    9187CR0306A
    OFF:  FAIL TO APPEAR ON PERS RECOG                        FL APR PER RECOG
    STATUS: C    WPD:      WDT:
    DISP: WAR WAR/WD C 3/26/91 FILE

 ARRAIGNMENT: (0105)
    ARG-DATE: 02/15/91 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9149CR00754A
    OFF:  MINOR TRANSPORTING ALCOHOL                          MNR TRNS ALC
    STATUS: C    WPD:      WDT:
    DISP: DF 4/22/91 D/R C 5/28/91 DF 7/11/91 C 8/21/91 G FILE

 ARRAIGNMENT: (0106)
    ARG-DATE: 02/12/91 PD:      COURT: BOSTON DISTRICT        DKT#:   9101CR1317A
    OFF:  POSS CLASS B CONT SUB           COCAINE             CSA POSS B
    STATUS: C    WPD:      WDT:
    DISP: C 6/7/91 DISM

 ARRAIGNMENT: (0107)
    ARG-DATE: 02/12/91 PD:      COURT: BOSTON DISTRICT        DKT#:   9101CR1317B
    OFF:  POSS BURGLARIOUS TOOLS                              PBT
    STATUS: C    WPD:      WDT:
    DISP: C 6/7/91 DISM

 ARRAIGNMENT: (0108)
    ARG-DATE: 01/29/91 PD:      COURT: NATICK DISTRICT        DKT#:   9087CR1574B
    OFF:  COMPULSORY INSURANCE VIOLATION                      118A
    STATUS: C    WPD:      WDT:
    DISP: DF D/R 3/18/91 C 3/26/91 G $625 FINE VWF DF D/R 8/6/91 C 5/28/92 PD

 ARRAIGNMENT: (0109)
    ARG-DATE: 01/29/91 PD:      COURT: NATICK DISTRICT        DKT#:   9087CR1574C
    OFF:  ATTACHING WRONG MV PLATES                           124P
    STATUS: C    WPD:      WDT:
    DISP: DF D/R 3/18/91 C 3/26/91 G FILE

 ARRAIGNMENT: (0110)
    ARG-DATE: 12/04/90 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9049CR06177A
```

```
        OFF: A&B ON POLICE OFFICER                          A&B PO
        STATUS: C    WPD:      WDT:
        DISP: C 4/23/91 G 1YR CMTD APP


    ARRAIGNMENT: (0111)
        ARG-DATE: 12/04/90 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9049CR06177B
        OFF: A&B ON POLICE OFFICER                          A&B PO
        STATUS: C    WPD:      WDT:
        DISP: C 4/23/91 G 1YR CMTD APP


    ARRAIGNMENT: (0112)
        ARG-DATE: 12/04/90 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9049CR06177C
        OFF: ASSAULT AND BATTERY                            A&B
        STATUS: C    WPD:      WDT:
        DISP: C 4/23/91 DISM


    ARRAIGNMENT: (0113)
        ARG-DATE: 12/04/90 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9049CR06177D
        OFF: ASSAULT AND BATTERY                            A&B
        STATUS: C    WPD:      WDT:
        DISP: C 4/23/91 DISM


    ARRAIGNMENT: (0114)
        ARG-DATE: 09/19/90 PD:      COURT: MARLBOROUGH DISTRICT    DKT#:   9021CR1941A
        OFF: OPERATING AFTER SUSPEND LIC                    114B-SUS
        STATUS: C    WPD:      WDT:
        DISP: FINE $100 VWF SS 5/13/91 PD


 . ARRAIGNMENT: (0115)
        ARG-DATE: 02/27/90 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   9049CR00743A
        OFF: CONTRIBUTING TO DELIQUENCY                     CONTR DEL
        STATUS: C    WPD:      WDT:
        DISP: DF 3/30/90 D/R G FILE


    ARRAIGNMENT: (0116)
        ARG-DATE: 11/22/89 PD:      COURT: MIDDLESEX SUPERIOR    DKT#:        893415
        OFF: RAPE OF CHILD                                  RAPE CH
        STATUS: C    WPD:      WDT:
        DISP: C 1/16/90 SPS 6 MO CMTD 7/16/94 12/31/91 VOP C 4/20/94 6/16/94 TERM


    ARRAIGNMENT: (0117)
        ARG-DATE: 11/22/89 PD:      COURT: MIDDLESEX SUPERIOR    DKT#:        893416
        OFF: RAPE OF CHILD                                  RAPE CH
        STATUS: C    WPD:      WDT:
        DISP: C 1/16/90 10 YR SS 7/16/94 & VWF 12/31/91 VOP C 4/20/94 6/16/94 TERM


    ARRAIGNMENT: (0118)
        ARG-DATE: 10/24/89 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   8949CR05877A
        OFF: RAPE OF CHILD                 ABUSE            RAPE CH
        STATUS: C    WPD:      WDT:
        DISP: C 11/27/89 NP


    ARRAIGNMENT: (0119)
        ARG-DATE: 10/24/89 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   8949CR05877B
        OFF: RAPE OF CHILD                 ABUSE            RAPE CH
        STATUS: C    WPD:      WDT:
        DISP: C 11/27/89 NP


    ARRAIGNMENT: (0120)
        ARG-DATE: 10/24/89 PD:      COURT: FRAMINGHAM DISTRICT    DKT#:   8949CR05877C
```

```
     OFF:  INDECENT A&B ON CHILD                          A&B IND CH
     STATUS: C    WPD:       WDT:
     DISP: C 11/27/89 NP


  ARRAIGNMENT: (0121)
     ARG-DATE: 10/03/89 PD:       COURT: MIDDLESEX SUPERIOR      DKT#:       892845
     OFF:  RAPE OF CHILD                                  RAPE CH
     STATUS: C    WPD:       WDT:
     DISP: C 1/16/90 10 YR SS 1/16/94 12/31/91 VOP C 4/20/94 6/16/94 TERM


  ARRAIGNMENT: (0122)
     ARG-DATE: 09/14/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR4778A
     OFF:  ASSAULT AND BATTERY                            A&B
     STATUS: C    WPD:       WDT:
     DISP: C 3/30/90 G PROB 9/30/90 REST DF 10/22/90 D/R PD TERM


  ARRAIGNMENT: (0123)
     ARG-DATE: 09/14/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR4778B
     OFF:  THREATENING                                    THREAT
     STATUS: C    WPD:       WDT:
     DISP: C 3/30/90 G PROB 9/30/90 DF 10/22/90 D/R TERM


  ARRAIGNMENT: (0124)
     ARG-DATE: 07/24/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR04109A
     OFF:  RAPE OF CHILD                    AB            RAPE CH
     STATUS: C    WPD:       WDT:
     DISP: C 10/6/89 NP


  ARRAIGNMENT: (0125)
     ARG-DATE: 07/13/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR03294A
     OFF:  OPER TO END (LIVES&SAFTEY)                     112A
     STATUS: C    WPD:       WDT:
     DISP: DF D/R DF 8/30/89 D/R C 3/5/90 VOP DF 3/30/90 D/R DISM


  ARRAIGNMENT: (0126)
     ARG-DATE: 04/13/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR01637A
     OFF:  KNOWINGLY REC STOLEN PROP                      RSG
     STATUS: C    WPD:       WDT:
     DISP: DF 4/25/89 D/R C 3/30/90 G 30 DA CMTD


  ARRAIGNMENT: (0127)
     ARG-DATE: 01/26/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR00242A
     OFF:  B&E NT W/I COM FEL                             B&E NT W/I FEL
     STATUS: C    WPD:       WDT:
     DISP: C 5/11/89 G 30DAS SS 5/11/91 VWF PD VOP DF D/R VOP G 30DA CMTD


  ARRAIGNMENT: (0128)
     ARG-DATE: 01/26/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR00242B
     OFF:  LARCENY LESS                     PROP          LAR LESS
     STATUS: C    WPD:       WDT:
     DISP: C 5/11/89 G 30 DAS SS 5/11/91 VWF PD VOP DF D/R VOP G 30DA CMTD


  ARRAIGNMENT: (0129)
     ARG-DATE: 01/26/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR00242C
     OFF:  MAL DESTRUCTION OF PROPERTY                    PROP MAL DES
     STATUS: C    WPD:       WDT:
     DISP: C 5/11/89 G 30 DAS SS 5/11/91 VOP DF D/R VOP G 30DA CMTD


  ARRAIGNMENT: (0130)
     ARG-DATE: 01/26/89 PD:       COURT: FRAMINGHAM DISTRICT    DKT#:    8949CR00242D
```

```
OFF:  BREAKING & ENTERING MV                              B&E MV
STATUS: C   WPD:     WDT:
DISP: C 5/11/89 G 30 DAS SS 5/11/91 VOP DF D/R VOP G 30DA CMTD


ARRAIGNMENT: (0131)
  ARG-DATE: 11/03/88 PD:     COURT: FRAMINGHAM DISTRICT    DKT#:   8849CR06926B
  OFF:  OPERATING AFTER SUSPEND LIC                        114B-SUS
  STATUS: C   WPD:     WDT:
  DISP: C 12/9/88 CC DF 4/24/89 D/R C 5/13/88 PD


ARRAIGNMENT: (0132)
  ARG-DATE: 08/17/88 PD:     COURT: FRAMINGHAM DISTRICT    DKT#:   8849CR05323A
  OFF:  TRESPASSING                                        TRES
  STATUS: C   WPD:     WDT:
  DISP: C 11/25/88 DISM


ARRAIGNMENT: (0133)
  ARG-DATE: 01/22/88 PD:     COURT: FRAMINGHAM DISTRICT    DKT#:    8849CR402A
  OFF:  ASSAULT DANGEROUS WEAPON      KNIFE                ASLT DW
  STATUS: C   WPD:     WDT:
  DISP: DF 7/5/88 C 5/13/88 DF 10/3/94 D/R C DISM


ARRAIGNMENT: (0134)
  ARG-DATE: 10/19/39 PD:     COURT: WORCESTER JURY OF SIX   DKT#:    362JC1817C
  OFF:  POSS CLASS D CONT SUB         MARIJUANA            CSA POSS D
  STATUS: C   WPD:     WDT:
  DISP: C 12/3/93 (67)


***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****


REQUESTED BY: CHAVEZ-MELISSA
COMPLETED BY: CHAVEZ-MELISSA
      AGENCY: MIDDLESEX DA
```

**CJISWeb Printout Generated On: 08/25/2020 10:11:04**
**By User/Agency: CHAVEZ-MELISSA/MIDDLESEX DA**

**Disposition Codes**
**Office of the Commissioner of Probation**  (Revised 10/20/04)
----------------------------------------------------------------------------------

| | |
|---|---|
| **APP** | Appeal: a resort to a higher court for the purpose of obtaining a review of a lower court's decision and reversal of the lower court's judgment. This may also refer when a when a defendant, having been convicted in a jury waived session in the district court, was able to appeal his case and to obtain a six person jury trial under the old de novo system. |
| APP WD | Appeal Withdrawn: when a defendant withdraws his/her appeal to a higher court. |
| BF | Brought Forward: when defense or prosecutor moves to advance the case prior to the date previously set for hearing or trial. |
| BO or BOGJ | Bound Over: When probable cause is found to exist at a preliminary hearing, the court directs that the case be bound over for action by the grand jury. Also referred tp as BOGJ. |
| C | Continued: court will continue case for another date for hearing, trial, etc. |
| CC | Court Costs: costs imposed by the court |
| CIVIL(277:70C) | Criminal to Civil cases |
| CMTD | Committed plus length of service |
| CMNTY SRV | Community Service: condition of bail or probation ordered by the court that includes a specific period of hours of service to the community. |
| CONC | Concurrent : sentences to be served at the same time or to run together. |
| CONS | Consecutive: sentences to be served one after another. |
| CWOF or CWF | Continued without a finding: not considered a conviction. The court allows the defendant to "save" his record and not have a guilty finding entered as long as he completes a period of probation without further criminal charges and complies with the terms of probation. Most often occurs where the defendant has admitted to sufficient facts (see above). |
| CWOF SP | Continued w/o finding supervise by prob |
| DEL | Delinquent: term used to describe minors who have committed an offense that would be punishable by criminal process if they were adults (those at least 7 and no older than 16). Upon a finding of delinquency, the judge may commit the juvenile to the custody of DYS until his/her 18th birthday, or until his 21st birthday if after a jury trial the court finds that his release poses a danger to the public. |

| | |
|---|---|
| DF | Default: failure by the defendant to appear in court during criminal case; a warrant will be entered for his/her arrest. |
| D/R | Default removed |
| DISM or DRC or DRD | Dismissed: the court may dismiss a case for various legal reasons.  The Commonwealth has the remedy of appeal if a case is dismissed over its objection. |
| | Dismissed at Request of Complainant: refers to criminal charges being dismissed upon the victim's assertion to the court that he/she wishes these charges to be dismissed. |
| | Dismissed Request Defense: in MA, the prosecution must agree to dismissal of criminal charges against the defendant; the court may not on its own dismiss criminal charges based upon the request of the defense. |
| DWOP | Dismissed Without Prejudice: the Commonwealth may file new complaint upon additional evidence or witness coming forward. |
| DYS | Division of Youth Services: state agency to whom juveniles may be committed to until their 18th or 21st birthday upon findings of delinquency or Youthful Offender by the juvenile court. |
| DY | Day(s): may refer to the number of days the defendant was held awaiting trial as being served; or period of sentence following finding of guilt. |
| EXTN | Extended: continued for a period of additional time. |
| F&A* or F/A | From & After (not concurrent): indicates additional time to be served by defendant while in custody. |
| FEE | Fee: cost charged by court. |
| FILE NF | Filed No Finding: a defendant's original plea is "not guilty" and the court may dispose of case with the Commonwealth's consent and place it on file.  This does not prevent the Commonwealth from moving to reopen the case in the future. |
| FINE | Fine: amount set by statute that defendants are required to pay based upon crimes charged and committed. |
| FJ | First Instance Jury Trial: formerly referred tom de novo system in which a defendant could have a bench trial and then if convicted could appeal the trial to a jury; or waive the bench trial and go straight to the jury. |
| | FROM/AFTF* See F&A above (not concurrent) From & After |
| G | Guilty: conviction of criminal charges; a finding by judge or jury beyond a |

reasonable doubt that defendant committed crime(s) charged by the Commonwealth.

| | |
|---|---|
| GJ | Grand Jury: body of people (usually 23) summoned to inform on crimes committed within its jurisdiction and to indict persons of crimes when it has been presented with sufficient evidence to warrant holding a person for trial. |
| HC or HOC | House of Correction: county facility for holding inmates on bail or when sentenced to a period of incarceration. The maximum sentence is 2 ½ years. |
| HWB | Held Without Bail: finding by courts that no conditions or monies will ensure the return of the person for every stage of the criminal proceeding. Also called pretrial detention. |
| IND | Indictment: a formal written accusation drawn up and returned by a grand jury charging one or more persons with a crime. Indictments in adult cases are tried in Superior Court. |
| INDF | Indefinitely: Prior to 1993, a court could give a defendant an indefinite sentence to the state reformatory, with parole eligibility set by the Parole Board. This was abolished in 1993. |
| INDICT | Indictment: refer to Grand Jury. |
| JT | Jury Trial: the defendant has a constitutional right to be tried by a jury of his peers (6 person in district court, 12 persons in superior court with two alternates in both courts). In criminal cases the jury must unanimously find that the defendant committed the crimes charged beyond a reasonable doubt. |
| JUV COMP D | Juvenile Complaint Dismissed: this may occur when a defendant has been indicted as a Youthful Offender and the case proceeds in Juvenile Court as YO case and not as a juvenile case. |
| LIFE | Life: a defendant serving a life sentence is eligible for parole after 15 years, except for life sentences for 1st degree murder which are life without parole. |
| MT or MIS | Mistrial: order by judge terminating trial before conclusion; generally a new trial will then occur. |
| NDEL | Not Delinquent: See Not Guilty; entered in juvenile court. |
| NF | No Finding |
| NG | Not Guilty: finding by judge or jury that the evidence presented by the Commonwealth did not prove beyond a reasonable doubt that the defendant committed the crimes as charged. |

| | |
|---|---|
| NOB | No Bill: when the grand jury declines to indict, it returns a "no bill of indictment." |
| NOLO | Nolo Contendere: Latin translation is "I do not wish to contend"; formerly used in the Commonwealth in which a defendant enters a plea in a criminal proceeding who does not admit guilt but states he will offer no defense against the charges. The defendant may then be declared guilty but retain the right to deny the validity of the finding in related proceedings. |
| NOS | Notice of Surrender: defendant has been given written notice by the probation department that the probation officer intends to seek usually a revocation of probation and an imposition of a custodial sentence. |
| NP | Nolle Prosequi (or Nol Prossed): motion by the Commonwealth to dismiss charges as if they were never brought in the first place because of insufficient evidence. |
| NPC | No Probable Cause: finding by court that there is insufficient evidence to believe that a crime has occurred or that the defendant committed a crime. |
| PARD | Pardoned: conditional release under supervision by the parole board; a pardon can only be granted by the Governor with the advice and consent of the Executive Council. |
| PC | Probable Cause:  Finding by a judge that there is sufficient evidence to believe that a crime has occurred or that the defendant committed a crime. |
| PD or &PD | Paid |
| PG | Plea of Guilty: admission by defendant to criminal charges and waiver of right to jury or bench trial. |
| PROB | Probation: the court may order the defendant to be supervised by the probation department with certain conditions and/or programs to be completed during a specific period of time; this may be following a period of incarceration, with a suspended sentence, or straight probation. |
| PROB EXTN | Probation Extended: court may extend the period of probation that the defendant has been ordered to complete; this may be in order to have additional time to complete community service, a program or upon a finding of a violation of probation, the court may extend the period of probation rather than order the defendant to serve a period of incarceration. |
| PROG | Program: usually refers to a condition of probation that the defendant has been ordered to complete, and may include completion of i.e., alcohol safety awareness program, anger management program or batterer's treatment program. |
| PTP | Pre-Trial Probation: as a condition of bail or release, the court may order the |

defendant to report to probation prior to the case being resolved.

REM — Removed: usually refers to the term of removing a case from a lower court to a higher court.

REST — Restitution: amount of monies ordered by the court that the defendant has been ordered to pay as a condition of the sentence.

RMT or REMIT — Remitted: refers to when the court does not require the defendant to pay court costs or fines due to indigency or other reasons.

ROR — Released on Recognizance: defendant is not required to post monies to the court to ensure his/her return during the course of the proceedings and instead is released without the requirement of posting bail money.

R/R — Revise and Revoke Sentence: post-conviction remedy of defendant asking the court to change his/her original sentence; sentencing judge may upon certain findings, revoke original sentence and order new sentence or deny the motion.

RSVD — Revised: refers usually to sentencing at the appellate level.

SDP — Sexually Dangerous Person: formal adjudication as a sexually dangerous person. Pursuant to G.L. c. 123A, s. 14, if after a trial an individual is found to be a SDP, such person shall be committed to the treatment center for an indeterminate period of a minimum of one day and a maximum of such person's natural life until discharged pursuant to the provisions of section 9.

SENT — Sentence: after finding by judge or jury on criminal charges, or offer of plea by defendant, the court may sentence a defendant to a period of incarceration (either committed or suspended) and/or probation and other terms.

SPS — Split Sentence: After a finding of guilty or as part of a plea bargain, a defendant may be ordered to serve a period of incarceration and the balance on probation.

SS — Suspended Sentence: when period of incarceration is not ordered to be served but "suspended" during the period of probation; if the defendant successfully completes the probationary period, he/she will not be ordered to serve the sentence (or period of incarceration).

SS RVK — Suspended Sentence Revoked: see SS; this is when due to violation of probation or further criminal activity, a defendant may be ordered to serve the sentence that had not been imposed but suspended.

STAY — Stay of Order of Sentence: judicial order abeying the period of incarceration for a specific time.

SUMM — Summons: a mandate issued in lieu of arrest requiring the defendant's appearance in

criminal court where he/she may be named to appear to answer to criminal charges; or as a mandate requiring an individual to appear as a witness at a trial or hearing.

| | |
|---|---|
| SUP | Support: refers to entry of order of child support in cases of paternity or formerly illegitimacy in criminal court. |
| SURR | Surrendered: refers to having a defendant returned to court; usually refers to defendant on probation and having new criminal activity. |
| SURR DEF | Surrendered on Default: brought to court to answer to charges of having not appeared in court on date required. |
| TB | True Bill: return by the grand jury on one or more indictments holding the defendant on criminal charges; see indictment. |
| TD or T&D | Terminated and Discharged: refers to termination of supervised probation and defendant being discharged from probation. |
| TERM | Terminated: refers to termination of supervised probation. |
| VAC | Vacated: usually refers to the removal of default entered on an individual's record. |
| VN | Violation of Probation Notice: written notice by probation of terms that defendant has allegedly violated; due process rights attach at hearing that will be scheduled. |
| VOP | Violation of Probation Finding: finding following a hearing before a judge concerning whether the defendant has violated the terms of his probation. As a result of a finding, that a defendant is in violation, a judge may revoke a CWOF and enter a guilty, impose committed time, or extend the term of incarceration. |
| VWF | Victim Witness Fund: statutory fund established. Depending upon whether the defendant is charged with a felony or misdemeanor, he is assessed certain fines that must be paid into the victim witness fund. |
| WAR | Warrant: issued by a court or vested authority naming a person charged with a crime, and commanding their appearance before the court. |
| WAR/WD | Warrant Withdrawn/Recalled: when a defendant appears in court, the warrant will be recalled. |
| WD | Withdrawn: may refer to defendant's withdrawal of appeal to a higher court for review. |
| YO | Youthful Offender: a person who is subject to an adult or juvenile sentence for having committed, while between the ages of 14 and 17, an |

offense that if he were an adult would be punishable by imprisonment in the state prison, and (a) has previously been committed to DYS, or (b) has committed an offense which involves the infliction or threat of serious bodily harm, or (c) has committed a violation of G.L. c. 269, sections 10 or 10E.

FILED: 11/8/2022 11:09 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

STATE'S
EXHIBIT
—3—



# CONFIDENTIAL

NAME: HOYT,TODD ROBERT   DOB: 10/10/1970   SID#: 362818   FBI#: 386309LA8

THIS DEFENDANT HAS FAILED TO APPEAR AT COURT PROCEEDING

GUIDE TO THE RECORD

| | |
|---|---|
| DOC SUPERVISION STATUS | ST. ALBANS PROBATION & PAROLE |
| SUPERVISING OFFICER | Wallace, Richard |
| DATE OF LAST ARREST | 07/30/2019 |
| AGE OF OFFENDER | 49 |
| FAILURES TO APPEAR | 1 |
| VIOLATION OF COURT ORDERS OR CONDITIONS CHARGES/CONVICTIONS | 8/4 |
| FELONY CHARGES/CONVICTIONS | 2/0 |
| MISDEMEANOR CHARGES/CONVICTIONS | 19/11 |
| UNKNOWN OFFENSE LEVEL CHARGES/CONVICTIONS | 0/0 |
| ASSAULTIVE CRIME CHARGES / CONVICTIONS | 1/1 |
| SEX CRIME CHARGES / CONVICTIONS | 0/0 |
| ASSAULT ON OFFICER CHARGES | 1 |
| DANGEROUS/ DEADLY WEAPON RELATED CHARGES | 0 |
| ESCAPE CHARGES | 0 |
| VIOLATION OF PROBATION/PAROLE CHARGES | 0/0 |

VERMONT CRIMINAL HISTORY


********** IDENTIFICATION **********

VERMONT SID # 362818

NAME: HOYT,TODD ROBERT
DOB: 10/10/1970 . POB CITY:     STATE/COUNTRY: MA
SEX: M    RACE: W    ETHNICITY:    US CITIZEN:
HEIGHT: 5'05"    WEIGHT: 160    EYES: BRO    HAIR: BLK
SCARS/MARKS/TATTOS:    --

FBI #: 386309LA8
SOC SEC #: 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
PRINTS NCIC:                              HENRY:
PHOTO AVAILABLE? Y

AKA:  HOYTE,TODD
      HOYTE, TODD R
      HOYTE, TODD ROBERT
ADDRESS:         . 371 ROUTE 7 SOUTH    MILTON  VT 05468
ADDRESS:           371 ROUTE 7 SOUTH, MILTON  VT
ADDRESS:           371 ROUTE 7, MILTON  VT 05468
ADDRESS:           102D GUILDER LANE, GEORGIA  VT 05468
JOB:  BODY TECHNICIAN
JOB:  AUTO BODY COLLISION TECH


********** CRIMINAL HISTORY **********

```
========================== CYCLE 1 ==========================
TRACKING NUMBER: 1860906
------ ARREST  ------
DATE OF ARREST:      07/30/2019
ARRESTING AGENCY:    MILTON PD  VT0040600
CASE NUMBER:         19MT005927
FINGERPRINTS:        YES
ARREST TYPE:         ADULT
CHARGE
  CHARGE NUMBER:        01
  CHARGE DESCRIPTION:   CRIMINAL THREATENING
  STATUTE:              13V1702(A)
  SEVERITY:             MISDEMEANOR
CHARGE
  CHARGE NUMBER:        02
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR


------ COURT ARRAIGNMENT  ------
ARRAIGNMENT DATE:    07/31/2019
ARRAIGNMENT AGENCY:  FRANKLIN CO. DISTRICT COURT
DOCKET NUMBER:       1066-7-19
CHARGE
  CHARGE NUMBER:        01
  CHARGE DESCRIPTION:   CRIMINAL THREATENING
  STATUTE:              13V1702(A)
  SEVERITY:             MISDEMEANOR
  PLEA:                 ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:        02
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR
  PLEA:                 ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR

------ COURT DISPOSITION  ------
CHARGE
  CHARGE NUMBER:        01
  CONVICTED?            NO
  FELONY?               NO
  CHARGE DESCRIPTION:   CRIMINAL THREATENING
  STATUTE:              13V1702(A)
  DISPOSITION:          11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
CHARGE
  CHARGE NUMBER:        02
  CONVICTED?            YES
  FELONY?               NO
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  DISPOSITION:          11/01/2019 MISDEMEANOR CONVICTION
  DISPOSITION:                     SENTENCED TO INCARCERATION FOR 6M
```

```
------ CYCLE EVENT ------
07/30/2019 PRINTS - RECEIVED WITH A MUG
07/30/2019 PALM PRINTS ON FILE


========================== CYCLE 2 ==========================
TRACKING NUMBER: 1860921
------ ARREST ------
DATE OF ARREST:        07/24/2019
ARRESTING AGENCY:  MILTON PD  VT0040600
CASE NUMBER:       19MT005766
FINGERPRINTS:      YES
ARREST TYPE:       ADULT
CHARGE
  CHARGE NUMBER:        01
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR
CHARGE
  CHARGE NUMBER:        02
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR
CHARGE
  CHARGE NUMBER:        03
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR
CHARGE
  CHARGE NUMBER:        04
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR


------ COURT ARRAIGNMENT ------
ARRAIGNMENT DATE:      07/30/2019
ARRAIGNMENT AGENCY:    FRANKLIN CO. DISTRICT COURT
DOCKET NUMBER:         1034-7-19
CHARGE
  CHARGE NUMBER:        01
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR
  PLEA:                 ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:        02
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:              13V7559E
  SEVERITY:             MISDEMEANOR
  PLEA:                 ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:        03
  CHARGE DESCRIPTION:   VIOLATION OF CONDITIONS OF RELEASE
```

```
      STATUTE:                13V7559E
      SEVERITY:               MISDEMEANOR
      PLEA:                   ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
   CHARGE
      CHARGE NUMBER:          04
      CHARGE DESCRIPTION:     VIOLATION OF CONDITIONS OF RELEASE
      STATUTE:                13V7559E
      SEVERITY:               MISDEMEANOR
      PLEA:                   ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR

   ------ COURT DISPOSITION  ------
   CHARGE
      CHARGE NUMBER:          01
      CONVICTED?              YES
      FELONY?                 NO
      CHARGE DESCRIPTION:     VIOLATION OF CONDITIONS OF RELEASE
      STATUTE:                13V7559E
      DISPOSITION:            11/01/2019 MISDEMEANOR CONVICTION
      DISPOSITION:                       SENTENCED TO INCARCERATION FOR 6M
   CHARGE
      CHARGE NUMBER:          02
      CONVICTED?              YES
      FELONY?                 NO
      CHARGE DESCRIPTION:     VIOLATION OF CONDITIONS OF RELEASE
      STATUTE:                13V7559E
      DISPOSITION:            11/01/2019 MISDEMEANOR CONVICTION
      DISPOSITION:                       SENTENCED TO INCARCERATION FOR 6M
   CHARGE
      CHARGE NUMBER:          03
      CONVICTED?              NO
      FELONY?                 NO
      CHARGE DESCRIPTION:     VIOLATION OF CONDITIONS OF RELEASE
      STATUTE:                13V7559E
      DISPOSITION:            11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
   CHARGE
      CHARGE NUMBER:          04
      CONVICTED?              NO
      FELONY?                 NO
      CHARGE DESCRIPTION:     VIOLATION OF CONDITIONS OF RELEASE
      STATUTE:                13V7559E
      DISPOSITION:            11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE

   ------ CYCLE EVENT ------
   07/30/2019 PALM PRINTS ON FILE
   07/30/2019 FAILED TO APPEAR FOR COURT PROCEEDING
   07/30/2019 PRINTS - RECEIVED WITH A MUG

   ========================= CYCLE 3 =========================
   TRACKING NUMBER: 1866843
   ------ ARREST  ------
   DATE OF ARREST:      06/08/2019
   ARRESTING AGENCY:    ST ALBANS PD   VT0060100
   CASE NUMBER:         19SA005296
   FINGERPRINTS:        NO
```

```
------ COURT ARRAIGNMENT  ------
ARRAIGNMENT DATE:        06/10/2019
ARRAIGNMENT AGENCY:      FRANKLIN CO. DISTRICT COURT
DOCKET NUMBER:           811-6-19
CHARGE
  CHARGE NUMBER:         01
  CHARGE DESCRIPTION:    DISORDERLY CONDUCT-FIGHT ETC
  STATUTE:               13V1026(a)(1)
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         02
  CHARGE DESCRIPTION:    RESISTING ARREST #1
  STATUTE:               13V3017A1
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         03
  CHARGE DESCRIPTION:    ASSAULT-SIMPLE WITH FLUIDS,LE OFFICER
,FIREFIGHTER,
                         EMERGENCY MEDICAL PERSONNEL,HEALTH CARE WORKER
  STATUTE:               13V1028B1
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         04
  CHARGE DESCRIPTION:    VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:               13V7559E
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         05
  CHARGE DESCRIPTION:    VIOLATION OF ABUSE PREVENTION ORDER
  STATUTE:               13V1030A
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         06
  CHARGE DESCRIPTION:    THEFT OF SERVICE $900 OR LESS
  STATUTE:               13V2582A
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR

------ COURT DISPOSITION  ------
CHARGE
  CHARGE NUMBER:         01
```

```
      CONVICTED?              NO
      FELONY?                 NO
      CHARGE DESCRIPTION:     DISORDERLY CONDUCT-FIGHT ETC
      STATUTE:                13V1026(a)(1)
      DISPOSITION:            11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
   CHARGE
      CHARGE NUMBER:          02
      CONVICTED?              NO
      FELONY?                 NO
      CHARGE DESCRIPTION:     RESISTING ARREST #1
      STATUTE:                13V3017A1
      DISPOSITION:            11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
   CHARGE
      CHARGE NUMBER:          03
      CONVICTED?              YES
      FELONY?                 NO
      CHARGE DESCRIPTION:     ASSAULT-SIMPLE WITH FLUIDS,LE OFFICER
   ,FIREFIGHTER,
                             EMERGENCY MEDICAL PERSONNEL,HEALTH CARE WORKER
      STATUTE:                13V1028B1
      DISPOSITION:            11/01/2019 MISDEMEANOR CONVICTION
      DISPOSITION:                       SENTENCED TO INCARCERATION FOR 6M
   CHARGE
      CHARGE NUMBER:          04
      CONVICTED?              NO
      FELONY?                 NO
      CHARGE DESCRIPTION:     VIOLATION OF CONDITIONS OF RELEASE
      STATUTE:                13V7559E
      DISPOSITION:            11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
   CHARGE
      CHARGE NUMBER:          05
      CONVICTED?              YES
      FELONY?                 NO
      CHARGE DESCRIPTION:     VIOLATION OF ABUSE PREVENTION ORDER
      STATUTE:                13V1030A
      DISPOSITION:            11/01/2019 MISDEMEANOR CONVICTION
      DISPOSITION:                       SENTENCED TO INCARCERATION FOR 6M
   CHARGE
      CHARGE NUMBER:          06
      CONVICTED?              YES
      FELONY?                 NO
      CHARGE DESCRIPTION:     THEFT OF SERVICE $900 OR LESS
      STATUTE:                13V2582A
      DISPOSITION:            11/01/2019 MISDEMEANOR CONVICTION
      DISPOSITION:                       SENTENCED TO INCARCERATION FOR 30D


   ========================== CYCLE 4 ============================
   TRACKING NUMBER: 1859766
   ------ ARREST  ------
   DATE OF ARREST:      03/31/2019
   ARRESTING AGENCY:    MILTON PD   VT0040600
   CASE NUMBER:         19MT002623
   FINGERPRINTS:        NO
```

```
------ COURT ARRAIGNMENT  ------
ARRAIGNMENT DATE:          05/02/2019
ARRAIGNMENT AGENCY:        CHITTENDEN CO. DISTRICT COURT
DOCKET NUMBER:             1418-4-19
CHARGE
  CHARGE NUMBER:           01
  CHARGE DESCRIPTION:      VEHICLE OPERATION-WITHOUT OWNER
CONSENT/AGGRAVATED
  STATUTE:                 23V1094B
  SEVERITY:                FELONY


------ COURT DISPOSITION  ------
CHARGE
  CHARGE NUMBER:           01
  CONVICTED?               NO
  FELONY?                  NO
  CHARGE DESCRIPTION:      VEHICLE OPERATION-WITHOUT OWNER
CONSENT/AGGRAVATED
  STATUTE:                 23V1094B
  DISPOSITION:             07/10/2019 THIS COUNT HAS BEEN SEALED
  DISPOSITION:                        NO PROBABLE CAUSE FOUND


============================= CYCLE 5 =============================
TRACKING NUMBER: 1853925
------ ARREST  ------
DATE OF ARREST:       03/30/2019
ARRESTING AGENCY:     WILLISTON PD  VT0041000
CASE NUMBER:          19WT01273
FINGERPRINTS:         YES
ARREST TYPE:          ADULT
CHARGE
  CHARGE NUMBER:           01
  CHARGE DESCRIPTION:      DUI #3 >LEGAL LIMIT/TEST REFUSAL
  STATUTE:                 23V1201A1#3/R
  SEVERITY:                FELONY


------ COURT ARRAIGNMENT  ------
ARRAIGNMENT DATE:          04/01/2019
ARRAIGNMENT AGENCY:        CHITTENDEN CO. DISTRICT COURT
DOCKET NUMBER:             1154-4-19
CHARGE
  CHARGE NUMBER:           01
  CHARGE DESCRIPTION:      DUI #3-TEST REFUSAL
  STATUTE:                 23V1201B1#3/R
  SEVERITY:                FELONY
  PLEA:                    ARRAIGNED, PLED NOT GUILTY TO FELONY

------ COURT DISPOSITION  ------
CHARGE
```

```
CHARGE NUMBER:           01
CONVICTED?               YES
FELONY?                  NO
CHARGE DESCRIPTION:      DUI #2-TEST REFUSAL
STATUTE:                 23V1201B1#2/R
DISPOSITION:             11/08/2019 CHARGE AMENDED
DISPOSITION:                        MISDEMEANOR CONVICTION
DISPOSITION:                        SENTENCED TO INCARCERATION FOR 89D  -
90D

------ CYCLE EVENT ------
03/31/2019 PRINTS - RECEIVED WITH A MUG
03/31/2019 PALM PRINTS ON FILE
03/30/2019 PALM PRINTS ON FILE
03/30/2019 PRINTS - RECEIVED WITH A MUG

========================= CYCLE 6 =========================
TRACKING NUMBER: 1866861
------ ARREST  ------
DATE OF ARREST:     03/02/2019
ARRESTING AGENCY:   VT STATE POLICE - ST ALBANS  VTVSP0700
CASE NUMBER:        19A200991
FINGERPRINTS:       NO




------ COURT ARRAIGNMENT  ------
ARRAIGNMENT DATE:        03/18/2019
ARRAIGNMENT AGENCY:      FRANKLIN CO. DISTRICT COURT
DOCKET NUMBER:           374-3-19
CHARGE
  CHARGE NUMBER:         01
  CHARGE DESCRIPTION:    DUI #1-INFLUENCE
  STATUTE:               23V1201A2#1
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         02
  CHARGE DESCRIPTION:    VIOLATION OF CONDITIONS OF RELEASE
  STATUTE:               13V7559E
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         03
  CHARGE DESCRIPTION:    CRIMINAL THREATENING
  STATUTE:               13V1702(A)
  SEVERITY:              MISDEMEANOR
  PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:         04
```

```
    CHARGE DESCRIPTION:    UNLAWFUL MISCHIEF $250 OR LESS
    STATUTE:               13V3701C
    SEVERITY:              MISDEMEANOR
    PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
 CHARGE
    CHARGE NUMBER:         05
    CHARGE DESCRIPTION:    CRIMINAL THREATENING
    STATUTE:               13V1702(A)
    SEVERITY:              MISDEMEANOR
    PLEA:                  ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR

    ------ COURT DISPOSITION  ------
 CHARGE
    CHARGE NUMBER:         01
    CONVICTED?             NO
    FELONY?                NO
    CHARGE DESCRIPTION:    DUI #1-INFLUENCE
    STATUTE:               23V1201A2#1
    DISPOSITION:           11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
 CHARGE
    CHARGE NUMBER:         02
    CONVICTED?             NO
    FELONY?                NO
    CHARGE DESCRIPTION:    VIOLATION OF CONDITIONS OF RELEASE
    STATUTE:               13V7559E
    DISPOSITION:           11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE
 CHARGE
    CHARGE NUMBER:         03
    CONVICTED?             YES
    FELONY?                NO
    CHARGE DESCRIPTION:    CRIMINAL THREATENING
    STATUTE:               13V1702(A)
    DISPOSITION:           11/01/2019 MISDEMEANOR CONVICTION
    DISPOSITION:                      SENTENCED TO INCARCERATION FOR 30D
 CHARGE
    CHARGE NUMBER:         04
    CONVICTED?             YES
    FELONY?                NO
    CHARGE DESCRIPTION:    UNLAWFUL MISCHIEF $250 OR LESS
    STATUTE:               13V3701C
    DISPOSITION:           11/01/2019 MISDEMEANOR CONVICTION
    DISPOSITION:                      SENTENCED TO INCARCERATION FOR 30D
 CHARGE
    CHARGE NUMBER:         05
    CONVICTED?             NO
    FELONY?                NO
    CHARGE DESCRIPTION:    CRIMINAL THREATENING
    STATUTE:               13V1702(A)
    DISPOSITION:           11/01/2019 DISMISSED BY STATE WITHOUT PREJUDICE


========================== CYCLE 7 ==========================
 TRACKING NUMBER: 1848345
 ------ ARREST  ------
```

```
DATE OF ARREST:        01/04/2019
ARRESTING AGENCY:      VT STATE POLICE - ST ALBANS  VTVSP0700
CASE NUMBER:           19A200065
FINGERPRINTS:          YES
ARREST TYPE:           ADULT
CHARGE
  CHARGE NUMBER:        01
  CHARGE DESCRIPTION:   DUI #1 >LEGAL LIMIT
  STATUTE:              23V1201A1#1
  SEVERITY:             MISDEMEANOR
CHARGE
  CHARGE NUMBER:        02
  CHARGE DESCRIPTION:   LEAVING SCENE OF ACCIDENT
  SEVERITY:             MISDEMEANOR


------ COURT ARRAIGNMENT  ------
ARRAIGNMENT DATE:      02/11/2019
ARRAIGNMENT AGENCY:    FRANKLIN CO. DISTRICT COURT
DOCKET NUMBER:         138-2-19
CHARGE
  CHARGE NUMBER:        01
  CHARGE DESCRIPTION:   DUI #1-INFLUENCE
  STATUTE:              23V1201A2#1
  SEVERITY:             MISDEMEANOR
  PLEA:                 ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR
CHARGE
  CHARGE NUMBER:        02
  CHARGE DESCRIPTION:   LEAVING SCENE OF CRASH-PROPERTY DAMAGE
  STATUTE:              23V1128A
  SEVERITY:             MISDEMEANOR
  PLEA:                 ARRAIGNED, PLED NOT GUILTY TO MISDEMEANOR

------ COURT DISPOSITION  ------
CHARGE
  CHARGE NUMBER:        01
  CONVICTED?           YES
  FELONY?              NO
  CHARGE DESCRIPTION:   DUI #1-INFLUENCE
  STATUTE:              23V1201A2#1
  DISPOSITION:          11/01/2019 MISDEMEANOR CONVICTION
  DISPOSITION:                     SENTENCED TO INCARCERATION FOR 90D  -
2Y
CHARGE
  CHARGE NUMBER:        02
  CONVICTED?           YES
  FELONY?              NO
  CHARGE DESCRIPTION:   LEAVING SCENE OF CRASH-PROPERTY DAMAGE
  STATUTE:              23V1128A
  DISPOSITION:          11/01/2019 MISDEMEANOR CONVICTION
  DISPOSITION:                     SENTENCED TO INCARCERATION FOR 1Y

------ CYCLE EVENT ------
01/04/2019 PRINTS - RECEIVED WITH A MUG
```

```
01/04/2019 PALM PRINTS ON FILE


***** END OF RAPSHEET *****
ONLY MOTOR VEHICLE OFFENSES WHICH WERE ARRAIGNED IN A VERMONT
DISTRICT COURT AFTER SEPTEMBER 1, 1995 ARE INCLUDED IN THIS RECORD.
The criminal record information provided above represents case
disposition data reported by courts indicated.  Charges that are
supported by
fingerprints are designated with a "Y" in the "FP" column.  All responses
are
based on file search criteria provided by the requestor at the date/time
of the request.  The requestor agrees to use Criminal Conviction Record
information received from the Vermont Information Center for the purposes
intended by law.  The requestor agrees not to disclose the contents of
any
criminal conviction record without the applicant's permission to any
person
other than the applicant and properly designated employees who have a
documented need to know the contents of the record.  A violation may
result
in a civil penalty of up to $5,000.  Each unauthorized disclosure shall
constitute a separate civil violation.
Authorized:  J.Wallin - Director, Vermont Criminal Information Center
                      Waterbury, Vermont

ONLINE VALIDATION CODE: d3cb05e1ae1ecc579c9c94dff5757a39
NAME SEARCHED FOR: Todd Hoyte
```

**Grand Isle Unit**

**Case Summary**

🜚 **Case No. 24-CR-08337**

| | | |
|---|---|---|
| ⓦ **State of Vermont v. Todd Hoyte** | § § | Location: **Grand Isle Unit**<br>Filed on: **08/12/2024** |

## Case Information

Case Type: Felony
Case Status: **08/20/2024 Inactive - Arrest Warrant**

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| Jurisdiction: **North Hero** | | | | |
| 1. OBSTRUCTION OF JUSTICE | 13 VSA 3015 | FEL | 07/16/2024 | 08/12/2024 |

Arrest
    Control #: 24A2005256
    Agency: 2003 - St. Albans VSP

Offense Reports
    Control #: 24A2005256
    Agency: St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

| 2. CRIMINAL THREATENING PUBLIC SERVANT | 13 VSA 1702(f) | MIS | 07/16/2024 | 08/12/2024 |
|---|---|---|---|---|

Arrest
    Control #: 24A2005256
    Agency: 2003 - St. Albans VSP

Offense Reports
    Control #: 24A2005256
    Agency: St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

| 3. VIOLATION OF CONDITIONS OF RELEASE | 13 VSA 7559(e) | MIS | 07/16/2024 | 08/12/2024 |
|---|---|---|---|---|

Arrest
    Control #: 24A2005256
    Agency: 2003 - St. Albans VSP

Offense Reports
    Control #: 24A2005256
    Agency: St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

## Warrants

Application of Prosecutor - Hoyte, Todd R (Judicial Officer: Hoar, Samuel) ⓦ

| 08/20/2024 | 10:20 AM | Issued |
|---|---|---|
| 08/20/2024 | 10:07 AM | Pending |

Fine:              $0.00
Bond Set:                $100,000.00              Any

## Party Information

| Plaintiff | State of Vermont | **Wheeler, Diane C.**<br>*Retained*<br>802-524-7969(F)<br>802-524-7920(W)<br>** Confidential Phone **(H)<br>diane.wheeler@vermont.gov |
|---|---|---|

Grand Isle Unit

## Case Summary

◌ Case No. 24-CR-08337

**Defendant** ◫Hoyte, Todd R
DOB:  10/10/1970
DL:  VT 73490294

**Victim's Advocate**    Woodward, Kelly

---

## Case Events

| | | |
|---|---|---|
| 08/12/2024 | Criminal Case Filed | |
| 08/12/2024 | 📄 State's Attorney Information and Probable Cause Affidavit | |
| 08/12/2024 | 📄 Criminal History Record | |
| 08/12/2024 | 📄 Proposed Bail Conditions | |
| 08/12/2024 | 📄 Motion for Arrest Warrant
       Filed by:  Attorney Wheeler, Diane C. | Index # 1 |
| 08/13/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 08/14/2024 | Probable Cause Found    (Judicial Officer: Hoar, Samuel)
Charges:
    1. OBSTRUCTION OF JUSTICE (536)
    2. CRIMINAL THREATENING PUBLIC SERVANT (2379)
    3. VIOLATION OF CONDITIONS OF RELEASE (728) | |
| 08/19/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 08/20/2024 | 📄 Arrest Warrant Ordered | |
| 08/20/2024 | Arrest Warrant Issued | |

---

## Bond Settings

08/20/2024    **Bond Setting**
1. OBSTRUCTION OF JUSTICE
2. CRIMINAL THREATENING PUBLIC SERVANT
3. VIOLATION OF CONDITIONS OF RELEASE
Cash or Surety Bond $100,000.00 Any

FILED: 8/12/2024 10:19 AM
Vermont Superior Court
Grand Isle Unit
24-CR-08337

DEFENDANT  Todd R Hoyte
DOB  10/10/1970 AGE  53
ADDRESS                    .
82 Allen Rd
Grand Isle, VT 05458

ARRAIGNMENT DATE
SA CASE ID  24-13307
ASSIGNED (D)SA  Diane C Wheeler Esq. ERN:
POLICE DEPT  VSP-St. Albans
INVESTIGATING OFFICER  Det. Sgt. Angela Baker
VICTIM ADVOCATE  Kelly Woodward
INCIDENT NO  24A2005256

## STATE OF VERMONT

SUPERIOR COURT
GRAND ISLE UNIT

STATE OF VERMONT

v.

TODD R HOYTE

CRIMINAL DIVISION

DOCKET NO. 24-CR-

## INFORMATION BY STATE'S ATTORNEY

By the authority of the State of Vermont, the State's Attorney for Grand Isle County, upon the oath of office charges:

### COUNT 1 OF 3

#### CHARGE CODE: 13V3015 | CODE ID: 536 | OFFENSE CLASS: F
#### CHARGE NAME: OBSTRUCTION OF JUSTICE

Todd R Hoyte, in the County of Grand Isle, at North Hero, between July 16, 2024 and August 8, 2024, by threatening communication endeavored to obstruct or impede the due administration of justice, to wit, threatened GI State's Attorney Douglas DiSabito, assigned prosecutor in a matter pending in court, to wit, Docket 22-CR-10449, in violation of 13 V.S.A. § 3015.

Penalty: Imprisonment up to and including LIFE pursuant to 13 V.S.A. 11: Todd R. Hoyte is a person who has three times convicted within this State or under the law of any other state, government, or country of crimes which, if committed within this State would be felonious, commits a felony other than murder within the State, to wit, was convicted in Massachusetts of Child Rape in 1990; Assault and Battery with a Deadly Weapon in 1999; and Intimidation of a Witness in 2012.

### COUNT 2 OF 3

#### CHARGE CODE: 13V1702f | CODE ID: 2379 | OFFENSE CLASS: M
#### CHARGE NAME: CRIMINAL THREATENING PUBLIC SERVANT

Todd R Hoyte, in the County of Grand Isle, at North Hero, between July 16, 2024 and August 8, 2024, by words or conduct, and either with the intent to terrify, intimidate, or unlawfully influence the conduct of a public servant, in any decision, opinion, recommendation, vote, or other exercise of discretion taken in capacity as a public servant, or with the intent to retaliate against a public servant for any previous action taken in capacity as a public servant, knowingly threatened another person, to wit, Douglas DiSabito, Grand Isle State's Attorney, and as a result of the threat placed Douglas DiSabito in reasonable apprehension of death, serious bodily injury, or sexual assault, in violation of 13 V.S.A. § 1702(f).

Penalty: Imprisoned not more than two years or fined not more than $2,000 or both

## COUNT 3 OF 3

### CHARGE CODE: 13V7559E | CODE ID: 728 | OFFENSE CLASS: M
### CHARGE NAME: VIOLATION OF CONDITIONS OF RELEASE

Todd R Hoyte, in the County of Grand Isle, at North Hero, between July 16, 2024 and August 8, 2024, being subject to release conditions issued under 13 V.S.A. § 7554, violated condition #33 by engaging in threatening behavior which put Douglas DiSabito in fear of bodily injury, in violation of 13 V.S.A. § 7559(e).

Penalty: Imprisoned not more than 6 months or fined not more than $1,000.00 or both.

Against the peace and dignity of the State.

DATED: August 11, 2024

*/s/ Diane C. Wheeler*
_____
State's Attorney (Deputy)

**Referral(s) if applicable:** -
□ Diversion □ Tamarack **XX** No Referral – Reason: nature of allegations

This information has been presented to me and I have found probable cause.

DATED: August 13, 2024

_____
Superior Court Judge

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

## AFFIDAVIT OF PROBABLE CAUSE

**NOW COMES DETECTIVE SERGEANT ANGELA BAKER, affiant(s), being duly sworn and on oath, deposes and says she has probable cause to believe that <u>Todd Hoyte (10/10/70)</u> has committed the following offenses: Title 13 VSA Section 3015, Obstruction of Justice; Title 13 VSA Section 1702(f), Criminal Threatening; and Title 13 VSA Section 7559, Violation of Conditions of Release.**

I, Detective Sergeant Angela Baker, am now and have been a full-time certified police officer in the State of Vermont since January of 2009. I am currently a full-time employee of the Vermont State Police, being presently assigned to the Bureau of Criminal Investigation at the St. Albans barracks.

The information contained within this affidavit is based on my investigation, training, and experience, as well as information conveyed to me by other law enforcement officers having direct knowledge of the events described below. Since this affidavit is being submitted for limited purposes of establishing probable cause, I have not included every fact known to me concerning this investigation.

### INITIAL REPORT

1.      On July 30, 2024, Grand Isle County State's Attorney (GICSA) Doug DiSabito contacted the Vermont State Police to advise of concerning voicemail messages left by Todd Hoyte (DOB 10/10/70) between July 16, 2024 and July 30, 2024. Hoyte is a defendant in an active domestic assault case currently being prosecuted by GICSA DiSabito. I was assigned to investigate Hoyte's actions in leaving the voicemail messages intended for GICSA DiSabito.

2.      On July 30, 2024, GICSA Doug DiSabito communicated the following information to numerous individuals in local law enforcement and state government regarding the concerning voicemails from Todd Hoyte:

*"We now have at least 3 messages from Mr. Todd Hoyte, between July 16, 2024 and July 30, 2024, which collectively I submit are attempts to obstruct justice . . . and intimidate me into dropping the charge(s). . . The message from yesterday is of great concern to me. He has now escalated to making a death threat. He now states: "...your days are numbered [expletive] . . . peek-a-boooo . . . You're gonna see [expletive], you wanna f_ck with my life, I'm gonna f_cking take yours. You'll see you c_cksucker " He also uses a homophobic slur. "Queer f_ck" As you know, I am prosecuting Mr. Hoyte for Agg. Domestic Assault, with the Habitual Criminal sentencing enhancement. Mr Hoyte has an extensive and abysmal criminal record of violence and intimidation, including multiple counts of Rape of a Child, multiple counts of Assault & Battery on a LE Officer, multiple counts of Intimidation, multiple counts of violating orders, etc. Less than one year ago, the Vermont Judiciary issued an alert related to Mr. Hoyte (see attached). His record of violence is astounding and extensive, such as savagely beating his landlord (see attached) back in Massachusetts. As Chief Law Enforcement Officer for Grand Isle County, I think it is more than probable he will attempt to be violent towards me, given his record, and given his threats escalating. He now has a hearing notice for North Hero on August 8th (see attached) of which I am required to also attend I appreciate all of you and your understanding how this has made my family and I feel recently. It is incredibly unnerving Moreover, I am worried for my two staff members' safety. . . I will not be intimidated. But at the same time, precautions must be taken "* See case file for a copy of this email.

1

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

## VOICEMAIL MESSAGES FROM HOYTE

3.    The following voicemail messages were left by Todd Hoyte and intended for GISCA DiSabito between July 16, 2024 and August 8, 2024:

○ **VOICEMAL #1:** July 16, 2024 at 0935 hours from (802)393-5503. Received in the GICSA voicemail box: ""*I call you attorney, but you're not an attorney to me. So, this is Todd Hoyte. I'm calling to see what's going on with the case. Case is the malicious one that you brought up on me. I'm. I'm representing myself Now, if you can call me and deal with me, my friend. OK. So we got a deposition, we got a plan. I gotta come back to Vermont to a deposition. I guess with you in your office with \*\*\*\*. So, I think if you want I can set this up and I will fly back to Vermont. We can do this. I'm not accepting a dismissal from your office, so you can cut that one up your ass. No dismissal. I want to go to trial. I want to trial date. I'm gonna beat the cases that you know, sue your ass for what you've done to me and my wife, Kaydell. So, yeah. So. So you're a rat bastard. And so, you know, like, like anyway, you can give me a call back and we can talk cordially about this case that you pinned on me the case that you pinned on because you don't like me. And anyway, 80239355037 Have some kind of a day* "

○ **VOICEMAIL #2:** July 29, 2024 at 1145 hours from phone number (340)725-8384. Received in the Vermont Department of Public Service (DPS) voicemail box: "*My name is Todd Hoyte. I'm trying to reach attorney. Whatever he is, that queer fuck Doug DiSabito States Attorney. I'm representing myself. I haven't got a call back from you. You're a fucking punk, mother fucker state's attorney and your days are numbered mother fucka. Peekaboo. You're gonna see mother fucker you want to fuck with my life. I'm gonna fucking take yours You'll see, you cocksucker.*" This message was retrieved by employee Melissa Metivier at DPS.

○ **VOICEMAIL #3:** July 30, 2024 at 1103 hours from phone number (340)725-8384. Received in the GICSA voicemail box. "*Get me a trial date and a lawyer you fucking asshole fat ass bitch.*"

○ **VOICEMAIL #4:** August 1, 2024 at 1221 hours from phone number (340)725-8384. Received in the GICSA voicemail box from phone number (340)725-8384: ""*oh boy. It's gonna get nasty . . . real nasty.*'

○ **VOICEMAIL #5:** August 5, 2024 at 1649 hours from phone number (340)725-8384: Received in the GICSA voicemail box: "*Yeah Doug, Todd Hoyte here. My number is 340-725-8384 I've been waiting for a phone call from you for two weeks. Obviously, you're a fucking coward punk as we all know you are. I'm gonna be honest with you, man. You you bit off more than you can chew with me mother fucka because I'm not letting this go, OK? I don't give a fuck who you know or what protection act you're protected under or what not. You made a fucking mistake fucking charging me maliciously. You know basically you could have charged Kaydell's son with driving under the influence or split the fence coming over and causing fucking violence at my house. But you don't like me, so you're you're you're enjoying \*(indecipherable)\* I promise you justice is coming as sure as the next snowstorm is coming in Vermont, justice is coming to your fat ass. OK, you fucked over the wrong person. I don't give a flying fuck. You know how much I fucking hate you I hate you more than Adolph Hitler. Goodbye asshole* "

2



Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256

State of Vermont
Franklin County, SS

- **VOICEMAIL #6:** August 7, 2024 at 1408 hours from phone number (340)725-8384: *"What's going on? Todd Hoyte here. When you're done fucking me over, let me know, OK? Because I'm gonna start fucking you over brotha. Ok? You fucking fat piece of shit. You made an attempt on my life as I see it. So I'm gonna return the favor to you. I'm chasing your job brother. I'm chasing your job. I want your job. I want you working at Dunkin' Donuts with a little skirt like you belong, OK? You are a hunk of shit, scum bag lying maggot. OK? And you're in abomination to the judicial system, alright? I've just about had it with you and your fucking system up there. So, we're going to change things up in Vermont. You're not going to like it, I'll promise you that."*

- **VOICEMAIL #7:** August 8, 2024 at 0925 hours from phone number (340)725-8384: *"Message for Doug DiSabito. This is Todd Hoyte. Been trying to get a hold of. You for a few weeks now because my lawyer is gone now for conflict of interest. I'm sure you know about that. You're so smart. So anyway, I'm supposed to be in court this morning but I have no lawyer. You yourself, not so much your state. You and that that fat cunt Ashley Harriman have really twisted my life upside down. Violating my constitutional rights, my civil rights and amongst others So, we're going to stop playing the fuck fuck game. You're not dismissing these fucking cases asshole. I'm taking these cases to trial. OK, I'm innocent for these fucking cases. You know I am and you maliciously prosecuted you because you're fat cunt friend Ashley Harriman former Franklin County State's Attorney who shouldn't even be a fucking attorney of any sort and yourself included. So yeah, my goal in life, my mission in life is to make sure that the two of you don't practice law ever again. So that is my mission in life. My new mission. So I am going to be flying back to Vermont, probably within a month. So get me a fucking trial date mother fucka. OK. And it is personal between me and you because you're. A hateful fucking asshole."*

## PHONE RECORDS

4.     On August 1, 2024, I provided the phone number (340)725-8384 to FBI Special Agent Eric Boyce. He obtained a subpoena issued by the US Attorney's Office for toll and subscriber information for this phone number for the dates of July 22, 2024 to August 5, 2024.

5.     The following information was provided to me by SA Boyce on August 6, 2024:
- 340-725-8384 is listed to Todd Hoyte, but that phone wasn't active with Viya until 7/22/24
- Account # 335587
- Address: Compass Point, St Thomas, VI 00802
- Email Address - toddhoyte@icloud.com

6.     On August 7, 2024, SA Boyce provided me with phone records for this phone number. The following information was confirmed by the phone records:
- July 29, 2024: phone call from this number to (802)828-2332. This phone number is listed as Melissa Metivier at the Department of Public Service on the website.
- July 30, 2024: phone call from this number to (802)372-8350. Grand Isle County Courthouse.
- July 30, 2024: four phone calls from this number to (802)372-5422. GICSA office.
- July 31, 2024: phone call from this number to (802)372-5422. GICSA office.
- August 1, 2024: phone call from this number to (802)372-5422. GICSA office.
See case file for a copy of the phone records.

3

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

## BACKGROUND INFORMATION

7.       As part of this investigation, GICSA DiSabito provided background information on his previous professional interactions with Todd Hoyte. GICSA DiSabito specifically referenced communication with Andrew Strauss, Licensing Counsel for the Board of Bar Examiners, on January 18, 2023, in response to a complaint filed by Todd Hoyte. The information in GISCA DiSabito's communication contained the following pertinent background information:

- *"Back in August of 2020, I filed an Extreme Risk Protection Order ("ERPO") request against Mr. Hoyte  This is the first time I became aware of the existence of Mr  Hoyte.  He had made threats against Judge Rainville, then-DSA Ashley Harriman, the entire Franklin County State's Attorney's Office, as well as some LE agencies in Massachusetts (See Exhibit #5 attached). I believe he was on furlough at the time and, due to the threats, he was reincarcerated and programmed inside (I think it was close to a year, I was told).  Because of that result, I withdrew the ERPO.  I don't believe I had knowledge when I filed the ERPO that he was residing with a Kaydell Davis (who I know through previous LE interactions, and when I was a Court Officer).  When Mr. Hoyte was reincarcerated, Ms  Davis called my office to ask me how he can get released and to say he was not a bad guy—I do remember telling Ms. Davis that he is a dangerous individual, and I take these threats against public officials seriously.  That was the extent of our conversation, to the best of my recollection—I can tell you, however, that I never called him "a piece of shit" and I never initiated the call.  His allegation that this occurred in 2019 is also not supported by the timing of the ERPO filing.*
- *Fast forward to June 2022.  Ms. Davis was arrested for DUI #4, and I filed that charge on June 13, 2022.  Shortly thereafter, on or about July 22, 2022, Mr. Hoyte called my office and left a voicemail message.  I have attached that voicemail message (Hoyte VM Message.amr)—this is the first time he accused me of calling Ms. Davis, and the first time I had any connection with him since the ERPO.  He spews profanity at me and says he will make sure I don't get reelected.  As a result, I notified John Campbell, who notified James O. Brigham Jr., the State's Threat Mitigation Specialist, just to keep them in the loop given his past threats against prosecutors and LE*
- *Fast forward to November 2022.  Ms. Davis calls the police saying Mr. Hoyte punched her in the face.  When I received the case, I decided to charge him with Domestic Assault.  I then farmed out the DUI #4 case against Ms. Davis to DSA Aliena Gerhard to handle to avoid any conflict (plus we were close to a resolution in that matter).  At Mr. Hoyte's arraignment, I requested COR #14 and #15 as to Ms. Davis.  Judge Hoar remembered the facts surrounding the ERPO (as he had signed the temporary ex parte order back in 2020, and I also filed documents to support my requests—this was a public safety issue).  Judge Hoar granted the COR the State requested. During the arraignment, Ms  Davis was present, and Mr  Hoyte made the same allegations against me, and Ms. Davis supported his story that (i) I called her; and (ii) I called him a "piece of shit".  I believe she is fearful of him, Andy  Also, I believe they are both alcoholics and support/rely on one another*
- *I have attached the supporting affidavit to the Domestic Assault charge, penned by Sgt. Bruzzi. Upon information and belief, after this event, Mr. Hoyte filed a complaint against Sgt. Bruzzi with VSP, which was not substantiated.  Given all the above, I had anticipated a PRB filing by Mr. Hoyte against me*

4

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

- *I made no admissions of any contempt of him at his arraignment (which was on November 10, 2022, and not on November 3, 2022, as Mr. Hoyte alleges)—I made it very clear on the record, however, that the State believes he poses a safety risk to the public (and to Ms. Davis) based upon his extensive record and the allegations made against him by Ms. Davis. I believe I also noted the State reserves the right to amend the Information to Agg. DA. When Sgt. Bruzzi met with Ms. Davis on November 3, 2022, he "could immediately see significant bruising on her face, mostly concentrated near her mouth and cheek on the left side. She advised that Hoyte took out one of her teeth". Aff. Sgt. Bruzzi, ¶ 4 (Nov. 3, 2022). Of concern to the State, is it appears that Mr. Hoyte is pressuring Ms. Davis to recant, which she has (See ¶¶ 6 & 7 of Sgt. Bruzzi's affidavit). We have a hearing tomorrow on the defense's Motion to Amend COR, to allow contact between the two, which the State does not support. Thankfully, he is represented by Robert Kaplan. He was pro se at his arraignment.*
- *I have attached another recording (Todd Hoyte recording.m4a) which was made years ago (I don't have the date), where Mr. Hoyte calls a Massachusetts Police Department about some tools—he says he has been stalking an officer for 12 years, he alleges he got everyone there fired years ago, he says he's coming down there with his Peterbilt Dump Truck (or a tank) and makes other statements to Dispatcher Olson  I believe Ashland Police Department provided me with this when I received the ERPO affidavits. I hope this email and the attachments help to clarify, and provide context to, Mr. Hoyte's PRB Complaint."*  All the documents and recordings referenced in GICSA DiSabito's communication referenced above are included as exhibits in this case file.

## INTERVIEW WITH GICSA DISABITO

8.      On August 1, 2024 at approximately 1100 hours, I met with GICSA Doug DiSabito in his office in North Hero to discuss the concerning voicemail messages left by Hoyte. This interview was audio recorded and a copy of the recording is included in the case file. During this interview, GICSA DiSabito discussed much of the information already referenced above, including the exhibits provided in the case file. He further advised he has never had any interactions with Hoyte outside of court proceedings and he did not know Hoyte personally.

9.      GICSA DiSabito advised that during a court hearing held before Attorney Kaplan withdrew as Hoyte's attorney, Hoyte asked the Judge if he could go to the Virgin Islands. GICSA DiSabito said he was not aware of any conditions that prevented Hoyte from going to the Virgin Islands. The Judge advised Hoyte he could go to the Virgin Islands, but he had to come back to appear in court for his hearings.

10.      GICSA DiSabito advised Hoyte has current active Conditions of Release that prohibit him from engaging in violent or threatening behavior. The Conditions of Release issued# by the Honorable Judge Samuel Hoar on January 19, 2023 for Docket 22-CR-10449 contain Condition 33: You must not engage in violent or threatening behavior, which would place a reasonably prudent person in fear of bodily injury. On August 7, 2024, GICSA DiSabito filed a motion with the Superior Court in Grand Isle for "State's Application to Review Conditions of Release, stating that Hoyte has repeatedly violated Condition #33 by leaving the "threatening and profanity-laden messages" intended for GISCA DiSabito. See case file for a copy of the Conditions of Release and the Application to Review Conditions of Release.

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

11.     When asked how Hoyte's actions, specifically related to the concerning voicemail messages, have affected him, GICSA DiSabito advised the following, *"It's almost like I'm two different people in that I'm not going to be intimidated .   . I have an obligation to protect the public in this role. And that public includes the victim in this matter."* However, he acknowledged that he is very concerned for the safety of his family, as well as his own personal safety. He said the entire situation has caused him a lot of stress and worry. He was considering wearing a bulletproof vest and carrying his personal firearm for protection. He admitted he did not want to take these precautions but said, *"I'm constantly looking over my shoulder."* He advised, *"I'm in fear, but not to the point that I am going to capitulate and dismiss the case."* At the end of the interview, GICSA DiSabito confirmed all the information he provided was the truth under the pains and penalties of perjury.

## WITNESS STATEMENTS

12.     On July 31, 2024, I spoke with Melissa Metivier of the Vermont Department of Public Service (DPS). Melissa is responsible for checking the messages on the Consumer Affairs and Public Information hotline. She received the message left by Todd Hoyte on July 29, 2024 at approximately 1145 hours from the following phone number: (340)725-8384. The phone interview with Melissa for this investigation was audio recorded and a copy of the recording is included in the case file.

13.     Melissa advised the phone number that Hoyte called at DPS is intended for consumers who have issues with their utilities. However, she said this phone number receives all kinds of calls because of the name of the agency is the Department of Public Service "so people just think we do everything." She does not know Todd Hoyte and has never received a phone call from him prior to his message. At the end of the interview, Melissa confirmed all the information she provided was the truth under the pains and penalties of perjury.

14.     On August 1, 2024, I went to Melissa's office at the Department of Public Service. She played the saved message from Hoyte, and I recorded it using my digital recorder. See case file for a copy of this message.

15.     Christopher Mitchell, GICSA Administrative Assistant, provided the following information regarding the voicemail messages received from Todd Hoyte at the GICSA's office: *"First two messages were received on our office/desk phone and the most recent was on my cell phone. The office number is forwarded to my cell phone at certain times. I believe the first message was from Kaydell Davis' phone, which is 802-393-5503. Recently, he has been calling from a Virgin Islands number, which is 340-725-8384. When he calls, the caller ID shows CHTAMSTTHS VI "* Mitchell has not communicated directly with Hoyte. NOTE: Kaydell Davis is identified as Hoyte's girlfriend and is reportedly with him in the Virgin Islands.

16.     During this investigation, GICSA DiSabito advised he was previously contacted by a constituent, identified as Raleigh Palmer, in 2023 alerting him to a concerning conversation with Hoyte. On September 29, 2023, GICSA DiSabito communicated the following information to James Brigham at the Vermont Office of Safety and Security: *"This morning a constituent called me who came into contact with Mr. Hoyte—he said all Mr. Hoyte would talk about was me, and that Hoyte said that if I was in Massachusetts (where he is originally from) he would have me "capped" in seconds. Hoyte apparently*

6

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

*appeared "obsessed" with me, and this constituent was adamant that I was in danger and this was not a bluff. He stated that if I ended up dead, he couldn't live with himself if he hadn't warned me, even though he doesn't want to get involved."*

17. On August 6, 2024, I spoke with Raleigh Palmer by phone to obtain more information regarding Hoyte's comments about GICSA DiSabito. This conversation was audio recorded and a copy of the recording is included in the case file. During this phone conversation, Raleigh confirmed his previous interactions with Hoyte and described him as a "nefarious person." He said Hoyte "hated Doug and wanted to pull a cap on him." Raleigh advised "pull a cap" on Doug meant to shoot him. Raleigh confirmed Hoyte was "obsessed with Doug" and would always talk about him. Raleigh also advised he had recently had a stroke and now struggles with his memory. He could not remember exactly what Hoyte said to him but advised he had already relayed all the information to Doug about his interactions with Hoyte. Raleigh described Hoyte as "scary person" and advised Doug to carry a concealed weapon to protect himself from Hoyte because he was danger. Raleigh said he had not had any interactions with Hoyte since this conversation with him several years prior.

## HOYTE CRIMINAL BACKGROUND

18. Hoyte has an extensive criminal background in Massachusetts, including the following charges: 13 civil restraining order. assault & battery with a dangerous weapon, false reports to police, intimidation, failure to register as a sex offender, threatening, possession of a controlled substance, resisting arrest, assault and battery on a police officer, rape of a child and breaking and entering in the nighttime with intent to commit a felony. He also has the following criminal convictions in Vermont: violation of conditions of release, simple assault on a law enforcement officer with bodily fluids, violation of an abuse prevention order, driving under the influence, criminal threatening and leaving the scene of an accident. Hoyte's criminal record also contains the following information: one failure to appear; 8 violation of court charges and 4 convictions; 2 felony charges and no convictions; 19 misdemeanor charges and 11 convictions; 1 assaultive crime charge and 1 conviction and 1 assault on officer charge.

19. Hoyte's criminal record contains a "Violent Offender Warning or a Serious Threat to Law Enforcement Officers" warning issued on 25, 2019 with the following note: *"Threatened to shoot Franklin County SA 'execution style' while being transported by a Milton police officer. Has also made inquiries of how many 'cop shootings' have happened in VT and 'is surprised more haven't been shot in the head on the side of the road' as well as stating 'I don't know, maybe someone just needs to make a fucking stand, I guess, against some of this corruption up here." Reference case 19MT005927* See case file for a complete copy of Hoyte's criminal record.

20. On August 5, 2024, Massachusetts State Police Trooper Francis E. Torres of the Middlesex District Attorney's Office in Woburn, Massachusetts confirmed he recently investigated Todd Hoyte in Massachusetts for a similar case involving witness interference and obstruction of justice. The following information was obtained from Tpr. Torres' investigative report:

- Hoyte filed a complaint against an Assistant District Attorney (ADA) in Massachusetts. He was not in agreement with the Board of Bar Overseer's (BBO) decision regarding the complaint. Hoyte stated, *"I will get a gun and handle this"* referring to the ADA.

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

o   On June 5, 2024, Hoyte telephoned the BBO and expressed his displeasure with the investigation. Hoyte stated, *"I'll just come and handle it with a gun"* On June 14, 2024, another attorney in Massachusetts received threating text messages from Hoyte stating *"I want you license and more. Someone will be by to collect soon. Serious problems coming for you and Tarrant. You both should be concern heads up. You a dead cocksucker Fucked my life up great. I'll replay you soon a hole"* This attorney received an additional threating text message from Hoyte on June 16, 2024 stating, *"Don't care about the law no more. Hasn't given me justice. I'll get it myself."*

21.    Tpr. Torres advised probable cause was found to charge Hoyte with two counts of intimidation of a witness for the intentional/willful direct communication to harass and/or intimidate and/or cause emotional injury for the purpose of retaliation/punishment/harm for work on his previous criminal cases. However, Trooper Torres confirmed he has not been able to locate Hoyte to arrest him for these charges, both of which are felonies. An arrest warrant has not yet been in Massachusetts for these charges. A copy of Tpr. Torres' Investigative Report is included in the case file.

## HOYTE'S CURRENT LOCATION

22.    According to information received from the Grand Isle County Sheriff's Department, Hoyte's residence at 82 Allen Street in Grand Isle, has been vacated and appears to be cleaned out. The neighbors are reportedly feeding the cats.

23.    On August 6, 2024, I spoke by phone with Evan Davis (DOB 03/12/80) and Christina Davis (DOB 09/20/84). Evan is the son of Kaydell Davis (Hoyte's girlfriend). Hoyte has a pending simple assault charge for causing harm to Evan. This case is being prosecuted by GICSA DiSabito and the next court hearing was scheduled for August 8, 2024. Evan and Christina advised Kaydell and Hoyte were currently somewhere in the Caribbean, possibly in St. Thomas. Evan recently sent a new cell phone to his mother but had him send it to her former Grand Isle address so it would be forwarded to her new address. He spoke with his mother a couple of days prior when she was using Hoyte's cell phone. Evan provided the phone number she was calling from as (340)725-8384. He said they went to the Caribbean because Todd wanted to buy a couple of boats and open an Airbnb. Evan said he did not think Todd had any intention of coming back to Vermont. They also advised they did not think either Todd or Kaydell had the financial means to be flying back and forth between Vermont and the Virgin Islands.

24.    Based on information received from the FBI regarding a trace of Hoyte's phone number, his current address is Compass Point, St Thomas, VI 00802. Compass Point is a boat marina on the coast of St. Thomas.

25.    Hoyte did not show for his August 8, 2024 hearing at the Grand Isle County Courthouse. He left a voicemail message for GICSA DiSabito at approximately 0925 hours advising he would be "flying back to Vermont in a month." GICSA DiSabito requested the Court issue a warrant for his arrest for failure to appear with bail set at $5,000.00. This non-extraditable warrant was issued by the Honorable Judge Samual Hoar on August 8, 2024.

8

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

26.    Based on the information outlined in this affidavit, specifically acknowledging that Hoyte's exact current location is unknown, I respectfully request the Honorable Court to issue a warrant for Hoyte's arrest for the charges outlined in this affidavit.

For the above listed reasons, I have probable cause to believe that Todd Hoyte (10/10/70) has committed the following offenses: Title 13 VSA Section 3015, Obstruction of Justice; Title 13 VSA Section 1702(f), Criminal Threatening, and Title 13 VSA Section 7559, Violation of Conditions of Release.

Subscribed and sworn to before me on:

This 9th day of August 2024

_____
Notary Public

_____
Affiant

_____8/9/24_____
Date

9

Vermont Superior Court
Filed 08/20/24
Grand Isle Unit

**VERMONT SUPERIOR COURT**
Grand Isle Unit
PO Box 7
North Hero, VT 05474
802-372-8350
www.vermontjudiciary.org



**CRIMINAL DIVISION**
Case No. 24-CR-08337

| State of Vermont v. Todd R Hoyte | DOB: 10/10/1970 |
| --- | --- |

**Arrest Warrant: 24-GI-04693**

Investigating Agency: St. Albans VSP

Defendant: Todd R Hoyte

Date of Birth: 10/10/1970

Address: 4605 Tutu Park Mall - Suite 133- PMB 301
St Thomas VI  00802
Place of Birth:

**Offenses:**

| 13 VSA 3015 | Felony | 1 | OBSTRUCTION OF JUSTICE |
| 13 VSA 1702(f) | Misdemeanor | 2 | CRIMINAL THREATENING PUBLIC SERVANT |
| 13 VSA 7559(e) | Misdemeanor | 3 | VIOLATION OF CONDITIONS OF RELEASE |

The defendant has been charged with the above offense(s) and the Information and Application for Arrest Warrant was filed with the clerk of the court (VRCrp 4(a)(d))

Bail on this warrant is set at   100,000.00 dollars cash or surety unless changed by a judicial officer.

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF VERMONT:

You are commanded to arrest the above-named defendant and bring him or her without unnecessary delay before the nearest available judicial officer.

**If bail is posted issue a citation to appear the next business day at Franklin Criminal Court, 36 Lake Street St Albans, VT @ 1 PM on Monday-Friday, except Thursdays give citation for Grand Isle Courthouse, 3677 US Route 2, North Hero, VT for 8:30 AM**

Samuel Hoar, Jr.
Presiding Superior Court Judge

By Order of the Court:

Date: 8/20/2024

200-00106 – Per Prosecutor Request Warrant
State of Vermont v. Todd R Hoyte 24-CR-08337

Page 1 of 2

**Grand Isle Unit**

## Case Summary

◊ **Case No. 22-CR-10449**

| | | |
|---|---|---|
| **State of Vermont v. Todd Hoyte** | § <br> § | Location: **Grand Isle Unit** <br> Filed on: **11/08/2022** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| 1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE | 13 VSA 1043(a) (1) | FEL | 11/03/2022 | 11/08/2022 |

Case Type: Felony
Case Status: **09/13/2024   Inactive - Arrest Warrant**

Arrest
    Date:   11/04/2022
    Control #:   22A2006291
    Agency:   2003 - St. Albans VSP

Offense Reports
    Control #:   22A2006291
    Agency:   St. Albans VSP
        140 Fisher Rd
        Saint Albans, VT, 05478

*Filed As:* ASSAULT - DOMESTIC
*Original Statute:* 13 VSA 1042
*Original Degree:* MIS
*Amended Date:* 08/22/2023

**Related Cases**
◊  23-CR-02730 (Related Criminal Case)

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Vermont** | **DiSabito, Douglas E.** <br> *Retained* <br> 802-372-5422(W) <br> doug.disabito@vermont.gov |
| **Defendant** | **Hoyte, Todd Robert** <br> DOB:   10/10/1970 | **Chase, Rosanna S.** <br> *Public Defender* <br> 802-524-7979(W) <br> rosie.chase@vermont.gov |
| **Victim's Advocate** | **Sicard, David** | |

---

### Case Events

11/08/2022    Criminal Case Filed

11/08/2022    📄
            State's Attorney Information and Probable Cause Affidavit

11/08/2022    📄
            Citation

**Grand Isle Unit**

## Case Summary

**Case No. 22-CR-10449**

| | |
|---|---|
| 11/08/2022 | Criminal History Record |
| 11/08/2022 | Notice of Collateral Consequences |
| 11/08/2022 | Notice of Collateral Consequences |
| 11/08/2022 | Proposed Bail Conditions |
| 11/08/2022 | Exhibits<br>    Filed by:   Attorney DiSabito, Douglas E. |
| 11/08/2022 | Exhibit List<br>    Filed by:   Attorney DiSabito, Douglas E. |
| 11/08/2022 | Probable Cause Found    (Judicial Officer: Hoar, Samuel)<br>Charges:<br>    1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE (191) |
| 11/10/2022 | Sent to Case Parties<br>    *Automated by RIS for SOP processing - Douglas E. DiSabito* |
| 11/10/2022 | Hearing Held - Arraignment    (Judicial Officer: Hoar, Samuel)<br>    *Hybrid* |
| 11/10/2022 | Rule 5 Waived |
| 11/10/2022 | Not Guilty Plea<br>Charges:<br>    1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE (191) |
| 11/10/2022 | Conditions of Release<br>    *Signed* |
| 11/10/2022 | Notice to Parties<br>    *NOH 12/1 and Signed COR*<br>    Recipients:   Attorney DiSabito, Douglas E.<br>    *NOH 12/1 and Signed COR* |
| 12/01/2022 | Sent to Case Parties<br>    *Automated by RIS for SOP processing - Douglas E. DiSabito* |
| 12/01/2022 | Hearing Held    (Judicial Officer: Hoar, Samuel)<br>    *In Person* |
| 12/01/2022 | Notice to Parties<br>    *NOH for 1/19/2023 Aty/appear sent to attorney*<br>    Recipients:   Attorney DiSabito, Douglas E.<br>    *NOH for 1/19/2023 Aty/appear sent to attorney* |
| 12/01/2022 | Letter Sent<br>    *NOH for 1/19/2023 atty/appear sent to defendant by mail*<br>    Sent To:   Defendant Hoyte, Todd Robert<br>    *NOH for 1/19/2023 atty/appear sent to defendant by mail* |
| 12/01/2022 | Notice of Attorney's Appearance<br>    Filed by:   Attorney Kaplan, Robert J.<br>    Representing:   Defendant Hoyte, Todd Robert |
| 12/02/2022 | Sent to Case Parties<br>    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* |
| 12/02/2022 | Notice to Parties |

**Grand Isle Unit**

## Case Summary

⊰ **Case No. 22-CR-10449**

*NOH cancelation sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
                     Attorney Kaplan, Robert J.
*NOH cancelation sent to attorneys*

| | | |
|---|---|---|
| 12/21/2022 | 🖹 Motion to Amend Conditions of Release<br>Filed by:   Attorney Kaplan, Robert J. | Index # 1 |

12/21/2022   Sent to Judge     (Judicial Officer: Hoar, Samuel)

12/22/2022   Entry Regarding Motion - Motion to be Set for Hearing     (Judicial Officer: Hoar, Samuel)

12/23/2022   Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

12/23/2022   🖹
Notice to Parties
   *NOH for 1/19/2023 sent to attorneys*
   Recipients:   Attorney DiSabito, Douglas E.;
                        Attorney Kaplan, Robert J.
   *NOH for 1/19/2023 sent to attorneys*

01/19/2023   Hearing Held - Motion     (Judicial Officer: Hoar, Samuel)
*Remote Hybrid*

01/19/2023   🖹
Conditions of Release
   *amended conditions signed by defendant*

01/19/2023   Entry Regarding Motion - Granted     (Judicial Officer: Hoar, Samuel)

05/23/2023   Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

05/23/2023   🖹
Notice to Parties
   *NOH for 7/13/2023 SC sent to attorney*
   Recipients:   Attorney DiSabito, Douglas E.;
                        Attorney Kaplan, Robert J.
   *NOH for 7/13/2023 SC sent to attorney*

07/13/2023   Hearing Held - Status Conference     (Judicial Officer: Hoar, Samuel)
*Hybrid*

07/13/2023   Arrest Warrant Ordered

07/13/2023   Arrest Warrant Disposed

| | | |
|---|---|---|
| 07/28/2023 | 🖹 Motion to Amend Information<br>Filed by:   Attorney DiSabito, Douglas E. | Index # 2 |

08/22/2023   Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

08/22/2023   Sent to Judge     (Judicial Officer: Hoar, Samuel)

08/22/2023   🖹
Entry Regarding Motion - Granted     (Judicial Officer: Hoar, Samuel)

08/22/2023   🗎
Notice to Parties
   *EO regarding the motion to amend information and NOH for 9/7/2023 sent to attorneys*
   Recipients:   Attorney DiSabito, Douglas E.;
                        Attorney Kaplan, Robert J.
   *EO regarding the motion to amend information and NOH for 9/7/2023 sent to attorneys*

09/07/2023   Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

09/07/2023   Hearing Held - Arraignment     (Judicial Officer: Katims, Robert W)

**Grand Isle Unit**

## Case Summary

Case No. 22-CR-10449

*In Person*

| | | |
|---|---|---|
| 09/07/2023 | Rule 5 Waived | |
| | *amended information* | |
| 09/07/2023 | Not Guilty Plea | |
| | *amended information* | |
| | Charges: | |
| | 1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE (191) | |

09/07/2023     Notice to Parties
      *NOH for 11/9/2023 SC sent to attorneys*
      Recipients:    Attorney DiSabito, Douglas E.;
                 Attorney Kaplan, Robert J.
      *NOH for 11/9/2023 SC sent to attorneys*

09/08/2023     Sent to Case Parties
      *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

09/08/2023     Notice to Parties
      *NOH cancellation for 11/9/2023 and new NOH for 11/16/2023 SC sent to attorneys*
      Recipients:    Attorney DiSabito, Douglas E.;
                 Attorney Kaplan, Robert J.
      *NOH cancellation for 11/9/2023 and new NOH for 11/16/2023 SC sent to attorneys*

11/16/2023     Hearing Held - Status Conference     (Judicial Officer: Hoar, Samuel)
      *In Person*

11/16/2023     Hearing Notes
      *Recent amendment will change the timeline of the case. Court orders parties to submit a Felonly scheduling order.*

01/11/2024     Document(s) Filed
      *waiver of counsel*
      Filed by:   Defendant Hoyte, Todd Robert
      *waiver of counsel*

01/11/2024     Motion                                                         Index # 3
      *Motion For: Def's Request for Hearing*
      Filed by:   Defendant Hoyte, Todd Robert
      *Motion For: Def's Request for Hearing*

01/11/2024     Document(s) Filed
      *Waiver of counsel*
      Filed by:   Defendant Hoyte, Todd Robert
      *Waiver of counsel*

01/11/2024     Notice to Parties
      *Copy of waiver of counsel, request for hearing and NOH for 2/1/2024 SC sent to attorneys*
      Recipients:    Attorney DiSabito, Douglas E.;
                 Attorney Kaplan, Robert J.
      *Copy of waiver of counsel, request for hearing and NOH for 2/1/2024 SC sent to attorneys*

01/12/2024     Sent to Case Parties
      *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

01/12/2024     Letter Sent
      *NOH for 2/1/2024 SC sent to defendant by 1st class mail*
      Sent To:   Defendant Hoyte, Todd Robert
      *NOH for 2/1/2024 SC sent to defendant by 1st class mail*

01/12/2024     Entry Regarding Motion - Granted     (Judicial Officer: Hoar, Samuel)

02/01/2024     Hearing Held - Status Conference     (Judicial Officer: Hoar, Samuel)
      *In Person*

**Grand Isle Unit**

## Case Summary

⟳ **Case No. 22-CR-10449**

02/01/2024    Hearing Notes
*SA. DiSabito, Att. Kaplan Defendat appears. Court will set this case for Status in March*

02/02/2024    Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

02/02/2024    📄
Notice to Parties
*NOH for 3/7/2024 SC sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
                    Attorney Kaplan, Robert J.
*NOH for 3/7/2024 SC sent to attorneys*

02/23/2024    📄                                                                    Index # 4
Motion to Resolve Scheduling Conflict
Conflct Date:   03/07/2024
Filed by:   Attorney Kaplan, Robert J.

02/27/2024    Sent to Judge    (Judicial Officer: Hoar, Samuel)

03/04/2024
Note
*Defendant called court requesting all criminal case files and transcripts from all hearings. Defendant has submitted records request. Court advised defendant court has not received withdrawal from Attorney. Attorney has case files at this time.*

03/06/2024    Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

03/06/2024    📄
Notice to Parties
*EO regarding motion to resolve conflict sent to attorneys, (case has been cancelled anyway due to SA illness)*
Recipients:   Attorney DiSabito, Douglas E.;
                    Attorney Kaplan, Robert J.
*EO regarding motion to resolve conflict sent to attorneys, (case has been cancelled anyway due to SA illness)*

03/11/2024    Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

03/11/2024    📄
Notice to Parties
*NOH for 4/4/2024 SC sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
                    Attorney Kaplan, Robert J.
*NOH for 4/4/2024 SC sent to attorneys*

03/11/2024    Letter Sent
*Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail*
Sent To:   Defendant Hoyte, Todd Robert
*Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail*

03/29/2024    📄                                                                    Index # 5
Motion to Resolve Scheduling Conflict
Conflct Date:   04/04/2024
Filed by:   Attorney Kaplan, Robert J.

03/29/2024    Sent to Judge    (Judicial Officer: Hoar, Samuel)

04/01/2024    Sent to Case Parties
*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

04/01/2024    📄
Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel)

04/01/2024
📄
Notice to Parties
*EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024 and new NOH for 5/2/2024 SC sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
                    Attorney Kaplan, Robert J.
*EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024 and new NOH for 5/2/2024 SC sent to attorneys*

## Grand Isle Unit

## Case Summary

⊖ **Case No. 22-CR-10449**

**04/01/2024**
Letter Sent
> EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024, and New NOH for 5/2/2024 SC sent to defendant by mail
> Sent To:   Defendant Hoyte, Todd Robert
> EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024, and New NOH for 5/2/2024 SC sent to defendant by mail

**05/02/2024**   Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
> *In Person*

**05/02/2024**   Hearing Notes
> *Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.*

**06/14/2024**   Sent to Case Parties
> *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

**06/14/2024**   
Notice to Parties
> *Motion to Withdraw Attorney/ NOH*
> Recipients:   Attorney DiSabito, Douglas E.;
>                       Attorney Kaplan, Robert J.
> *Motion to Withdraw Attorney/ NOH*

**06/14/2024**   
Letter Sent
> *1st Class Mail NOH*
> Sent To:   Defendant Hoyte, Todd Robert
> *1st Class Mail NOH*

**06/14/2024**   Note
> *Judge Grants SA to Appear Remotely for hearing 6/27*

**06/18/2024**                                                                                                            Index # 6
Motion to Resolve Scheduling Conflict
> *6/27/24 Conflict*
> Conflct Date:   06/27/2024
> Filed by:   Attorney Kaplan, Robert J.
> *6/27/24 Conflict*

**06/18/2024**   Motion with COM

**06/19/2024**
Note
> *Motion to Resolve Scheduling Conflict with a Grand Isle Case was filed. Moved from 8:30am to 10:30am for Attorney Kaplan to be able to do both the Grand Isle Case and the 2 Franklin cases.*

**06/20/2024**                                                                                                            Index # 7
Motion to Withdraw as Attorney
> Filed by:   Attorney Kaplan, Robert J.

**06/20/2024**   Sent to Judge    (Judicial Officer: Hoar, Samuel)

**06/24/2024**   Sent to Case Parties
> *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

**06/24/2024**   
Notice to Parties
> *EO regarding motion to withdraw sent to attorneys*
> Recipients:   Attorney DiSabito, Douglas E.;
>                       Attorney Kaplan, Robert J.
> *EO regarding motion to withdraw sent to attorneys*

**06/27/2024**   Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
> *In Person*

**06/27/2024**
Hearing Notes
> *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court- Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days. Court will issue Judical Summos*

**06/27/2024**   Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel)

**Grand Isle Unit**

## Case Summary

⏳ Case No. 22-CR-10449

**07/15/2024**
Note
*Defendant called to update e-mail address on file. Does not have post mailing address, Sent Public defender application via e-mail to defendant.*

**07/30/2024**    Sent to Case Parties
*Automated by RIS for SOP processing - Douglas E. DiSabito*

**07/30/2024**    📄
Notice to Parties
*NOH for 8/8/2024 attorney/appear sen to SA by email*
Recipients:    Attorney DiSabito, Douglas E.
*NOH for 8/8/2024 attorney/appear sen to SA by email*

**07/30/2024**    📄
Letter Sent
*NOH for 8/8/2024 attorney/appear sent to defndant at the email on file*
Sent To:    Defendant Hoyte, Todd Robert
*NOH for 8/8/2024 attorney/appear sent to defndant at the email on file*

**08/01/2024**    📄
Note
*Only email on file NOH for 8/8/2024 sent to defendant returned as undeliverable*

**08/07/2024**
Note
*Defendant called to update email address/telephone number- was sent email NOH, Misc. Motion and Public Defender App.*

**08/07/2024**    Note
*Defendnat called again, didnt view email but wanted to appear remotely*

**08/07/2024**    📄                                                                      Index # 8
Motion
*to Review Conditions of Release*
Filed by:    Attorney DiSabito, Douglas E.
*to Review Conditions of Release*

**08/08/2024**    Hearing Held - Attorney or Appear    (Judicial Officer: Hoar, Samuel)
*In Person*

**08/08/2024**
Hearing Notes
*SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemail's to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney for defendant ready for trial, Court- will set case for jury draw for Sept. 12th. Trail date to be set for Sept. 13th- will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear- Expeditable*

**08/08/2024**    📄
Arrest Warrant Ordered

**08/08/2024**    Arrest Warrant Issued

**08/08/2024**    📄                                                                      Index # 9
Motion
*Supplemental - to Review Conditions of Release*
Filed by:    Attorney DiSabito, Douglas E.
*Supplemental - to Review Conditions of Release*

**08/09/2024**
Letter Sent
*Emailed defendant to updated e-mail address the following: NOH, Jury draw, NOH- Trail date, States App. to Review Conditions of Release/ updated Exhibit list for App. to Review Conditions of Release, Supplemental Application to Review Conditions of Release.*
Sent To:    Defendant Hoyte, Todd Robert
*Emailed defendant to updated e-mail address the following: NOH, Jury draw, NOH- Trail date, States App. to Review Conditions of Release/ updated Exhibit list for App. to Review Conditions of Release, Supplemental Application to Review Conditions of Release.*

**08/20/2024**    Note
*Defendant called to update a mailing address- 1st class mailed - NOH, jury draw/trial dates & PD application*

**Grand Isle Unit**

## Case Summary

### ◊ Case No. 22-CR-10449

09/03/2024   📄
     Returned Mail
       Party:   Defendant Hoyte, Todd Robert

09/10/2024   Note
       *Defendant called court to inform he is sending Public defender application and needs more time for case.*

09/12/2024   Note
       *Defendant did not appear for jury draw, jury trial canceled for 9/13/2024*

09/12/2024
Hearing Notes
       *Court Orents Jurors, No Selection for Jurors, Defendant FTA, State- asks for $5000, COurt Issues Hold WIthout bail, Case will be inactive until Defendat can appear before the court*

09/13/2024   Arrest Warrant Issued

09/13/2024   Note
       *Warrant for $5000.00 Amended to HWOB in VOWS*

09/13/2024   Arrest Warrant Amended

09/27/2024   📄
     Public Defender Application
       *Granted- $50 Co-Pay*
       Requested By:   Defendant Hoyte, Todd Robert
       *Granted- $50 Co-Pay*

09/27/2024   📄
     Document(s) Filed
       *Letter to the Court*
       Filed by:   Defendant Hoyte, Todd Robert
       *Letter to the Court*

10/02/2024
Note
       *Defendant contacted the court inquiring about his PD Application, advised him that needed to be sent to judge to review and sign off on. Requested Application to proceed informa pauperis in order to have transcript fees waived. Sent by 1st class mail to defendant*

10/02/2024   Public Defender Assigned    (Judicial Officer: Spero, Navah C)
       Party For:   Defendant Hoyte, Todd Robert
       PD Assigned:   Attorney Chase, Rosanna S.

10/21/2024   📄
     Public Defender Order    (Judicial Officer: Spero, Navah C)
       Party:   Defendant Hoyte, Todd Robert

---

## Hearings

---

11/10/2022   📄
     **Arraignment**   (8:30 AM)   (Judicial Officer: Hoar, Samuel)
       *Hearing Held*
       Charges:   1

12/01/2022   📄
     **Attorney or Appear Hearing**   (8:30 AM)   (Judicial Officer: Hoar, Samuel)
       *Hearing Held*

01/19/2023   📄
     *CANCELED* **Attorney or Appear Hearing**   (9:00 AM)   (Judicial Officer: Hoar, Samuel)
       *Canceled Hearing*

01/19/2023   📄
     **Motion Hearing**   (11:00 AM)   (Judicial Officer: Hoar, Samuel)
       *Hearing Held*

07/13/2023   📄
     *CANCELED* **Pre Trial Conference**   (10:15 AM)   (Judicial Officer: Hoar, Samuel)
       *Canceled Hearing*

Grand Isle Unit

## Case Summary

⁹ Case No. 22-CR-10449

07/13/2023 📄
    **Pre Trial Conference** (10:30 AM) (Judicial Officer: Hoar, Samuel)
        *Hearing Held*

09/07/2023 📄
    **Arraignment** (8:30 AM) (Judicial Officer: Katims, Robert W)
        *Hearing Held*
      Charges: 1

11/09/2023 📄
    *CANCELED* **Status Conference** (9:00 AM) (Judicial Officer: Katims, Robert W)
        *Canceled Hearing*

11/16/2023 📄
    **Status Conference** (9:00 AM) (Judicial Officer: Hoar, Samuel)
        **MINUTES - 11/16/2023**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
        Hearing Notes
          *Recent amendment will change the timeline of the case. Court orders parties to submit a Felonly scheduling order.*
        Hearing Held;
        *Parties Present:*   Attorney   Kaplan, Robert J.
                        Attorney   DiSabito, Douglas E.
                        Defendant   Hoyte, Todd Robert
                        Plaintiff   State of Vermont
        *Hearing Held*

02/01/2024 📄
    **Status Conference** (9:30 AM) (Judicial Officer: Hoar, Samuel)
        **MINUTES - 02/01/2024**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
                Hearing Notes
                    *SA. DiSabito, Att. Kaplan Defendat appears. Court will set this case for Status in March*
        Hearing Held;
        *Parties Present:*   Attorney   Kaplan, Robert J.
                        Attorney   DiSabito, Douglas E.
                        Defendant   Hoyte, Todd Robert
                        Plaintiff   State of Vermont
        *Hearing Held*

03/07/2024 📄
    *CANCELED* **Status Conference** (11:45 AM) (Judicial Officer: Hoar, Samuel)
        *Canceled Hearing*

04/04/2024 📄
    *CANCELED* **Status Conference** (11:00 AM) (Judicial Officer: Hoar, Samuel)
        *Canceled Hearing*

05/02/2024 📄
    **Status Conference** (10:45 AM) (Judicial Officer: Hoar, Samuel)
        **MINUTES - 05/02/2024**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
                Hearing Notes
                    *Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.*
        Hearing Held;
          *Hearing Held*

06/27/2024 📄
    **Status Conference** (9:30 AM) (Judicial Officer: Hoar, Samuel)
        **MINUTES - 06/27/2024**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
        Hearing Notes
          *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court-Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days.*

**Grand Isle Unit**

## Case Summary

ⓕ **Case No. 22-CR-10449**

*Court will issue Judical Summos*
Hearing Held;
    *Hearing Held*

08/08/2024  📄

**Attorney or Appear Hearing**  (9:45 AM)  (Judicial Officer: Hoar, Samuel)
**MINUTES - 08/08/2024**
        Hearing Held - Attorney or Appear    (Judicial Officer: Hoar, Samuel)
          *In Person*

Hearing Notes
    *SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemail's to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney for defendant ready for trial, Court- will set case for jury draw for Sept. 12th. Trail date to be set for Sept. 13th- will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear- Expeditable*
Hearing Held; Defendant FTA
*Parties Present:*  Attorney  DiSabito, Douglas E.
              *Plaintiff*  State of Vermont
    *Hearing Held*

09/12/2024  📄

**Jury Draw**  (8:30 AM)  (Judicial Officer: Spero, Navah C)
**MINUTES - 09/12/2024**
        Note
           *Defendant did not appear for jury draw, jury trial canceled for 9/13/2024*

Hearing Notes
    *Court Orents Jurors, No Selection for Jurors, Defendant FTA, State- asks for $5000, COurt Issues Hold WIthout bail, Case will be inactive until Defendat can appear before the court*
Hearing Held; Defendat FTA
*Parties Present:*  Attorney  DiSabito, Douglas E.
              *Plaintiff*  State of Vermont
    *Hearing Held*

09/13/2024  📄

*CANCELED* **Jury Trial**  (8:30 AM)  (Judicial Officer: Spero, Navah C)
*Canceled Hearing*

---

## Conditions

---

01/19/2023  **Interim Condition for Hoyte, Todd Robert**
(Judicial Officer: Hoar, Samuel)
- Condition 01
  *You must come to court when you are told to.*
- Condition 02
  *You must give your attorney and the court clerk your address and phone number. If it changes, you must tell them immediately.*
- Condition 15
  *You must NOT abuse or harass (K.D.) in any way regardless of whether you are in jail or released.*
- Condition 31
  *You must report immediately to the GICSD to be fingerprinted and photographed.*
- Condition 32
  *Defendant not to discuss any part of this case or the circumstances with the victim K.D.*
- Condition 33
  *You must not engage in violent or threatening behavior, which wuld place a reasonably prudent person in fear of bodily injury.*

---

## Bond Settings

---

07/13/2023  **Bond Setting**
1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE

**Grand Isle Unit**

## Case Summary

ϑ Case No. 22-CR-10449

Cash or Surety Bond $200.00 Any

| | | |
|---|---|---|
| 08/08/2024 | **Bond Setting** | |
| | 1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE | |
| | Cash or Surety Bond $5,000.00 Any | |
| 09/13/2024 | **Bond Setting** | |
| | 1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE | |
| | Cash or Surety Bond $100,000.00 Any | |
| 09/13/2024 | **Bond Setting** | |
| | 1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE | |
| | Hold Without Bail | |

---

### Other Documents

| | | | | |
|---|---|---|---|---|
| 🗎 | 11/08/2022 | Criminal Order | Pre Trial Discovery/Scheduling Order | 1 Pages |
| 🗎 | 11/10/2022 | Criminal Document | Criminal - Conditions of Release | 2 Pages |
| 🗎 | 12/01/2022 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |
| 🗎 | 01/19/2023 | Criminal Document | Criminal - Conditions of Release | 2 Pages |
| 🗎 | 07/13/2023 | Criminal Order | Failure to Appear Warrant | 1 Pages |
| 🗎 | 01/12/2024 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |
| 🗎 | 04/01/2024 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |
| 🗎 | 09/13/2024 | Criminal Order | Criminal - Entry Order | 1 Pages |
| 🗎 | 09/13/2024 | Criminal Order | Failure to Appear Warrant | 2 Pages |
| 🗎 | 10/02/2024 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |

---

### Financial Information

| | | |
|---|---|---|
| **Defendant** | Hoyte, Todd Robert | |
| Total Financial Assessment | | 50.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 04/01/2025** | | **50.00** |
| 10/21/2024 | Transaction Assessment | 50.00 |

FILED: 7/28/2023 11:35 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

## STATE OF VERMONT

SUPERIOR COURT                                    CRIMINAL DIVISION
GRAND ISLE UNIT                                   DOCKET NO. 22-CR-10449

---

STATE OF VERMONT,
    Plaintiff,

    v.

TODD HOYTE,
    Defendant.

---

## MOTION TO AMEND INFORMATION

NOW COMES the State of Vermont, by and through the Grand Isle County State's

Attorney, and respectfully moves this honorable court to amend Count #1 of the information.

Presently the charge is as follows:

### COUNT 1 OF 1

CHARGE CODE: 13V1042 | CODE ID: 190 | OFFENSE CLASS: M
CHARGE NAME: ASSAULT - DOMESTIC

Todd R. Hoyte, in the County of Grand Isle, at Grand Isle, on or about November 3, 2022,
willfully or recklessly caused bodily injury to a family or household member, TO WIT, K.D.,
in violation of 13 V.S.A. § 1042.

Penalty: Imprisoned not more than 18 months or fined not more than $5,000.00 or both.

The State moves to amend Count #1 of the said information to read as follows:

### COUNT 1 OF 1

CHARGE CODE: 13V1043A1 | CODE ID: 191 | OFFENSE CLASS: F
CHARGE NAME: ASSAULT – AGG DOMESTIC – 1ST DEG

Todd R. Hoyte, in the County of Grand Isle, at Grand Isle, on or about November 3, 2022,
willfully or recklessly caused serious bodily injury to a family or household member, TO WIT,
K.D., in violation of 13 V.S.A. § 1043(a)(1) and 13 V.S.A. § 11.

Penalty: Imprisoned not more than 15 years or fined not more than $25,000.00 or both.

1

**Enhanced penalty**: **Defendant having previously been convicted three times under the law of any other state, government, or country, of crimes which, if committed within this State, would be felonious, may be sentenced upon conviction of such fourth or subsequent offence to imprisonment up to and including life. Defendant has been previously convicted of three felonies in Massachusetts for Assault & Battery with a Dangerous Weapon, on 11/03/2011, 01/15/1998 and 12/19/1995.**

Against the peace and dignity of the State.

The State is well within its right to amend an information. "Prior to commencement of trial, the prosecuting officer may amend the information or indictment, and may add additional counts." *V.R.Cr.P. 7(d)*. It has long been the view of the Vermont Supreme Court that the State ought to be allowed to liberally amend complaints, indictments or informations. See generally *State v. Pelletier*, 123 Vt. 271 (1962); *State v. Woodmansee*, 124 Vt. 387 (1964); *State v. Holden*, 136 Vt. 158 (1978); *V.R.Cr.P. 7*. The defense has been on notice since the November 10, 2022 arraignment that the State was considering amending the Information from a misdemeanor to a felony:

> STATE'S ATTY:  So Your Honor, this is not a normal -- what I consider a normal domestic assault matter. I would really ask the Court to review the State's supporting documents in support of the conditions that we're seeking. Mr. Hoyte has quite a background, originally from Massachusetts, and that --
>
> DEFENDANT:  (Indiscernible).
>
> THE COURT:  Try to wait your turn.
>
> DEFENDANT:  Okay, sir.
>
> STATE'S ATTY:  There's been threats to kill the entire Ashland, Massachusetts Police Department. He's threatened --
>
> \*                    \*                    \*
>
> STATE'S ATTY:  Oh. The State has -- and you've read the affidavit, of course with the tooth being knocked out, the State's still considering whether this is an aggravated assault rather than a simple domestic assault,

2

and so we do -- we are considering --

THE COURT:       I'm not suggesting that --

STATE'S ATTY:    Yeah.

THE COURT:       -- you would have waived any possible --

STATE'S ATTY:    Yeah.

THE COURT:       -- amendment. I don't think --

STATE'S ATTY:    Thank you, Judge.

THE COURT:       -- Mr. Sullivan or a lawyer representing Mr. Hoyte would mind that either.

ARR. HRG. TR. 5:13-24; 8:18 – 9:5 (Nov. 13, 2022).


Dated at North Hero, Vermont, this 28th day of July, 2023.

                              Respectfully submitted,
                              STATE OF VERMONT

                      By:     _____
                              Douglas E. DiSabito, Esq.—ERN 4480
                              State's Attorney, Grand Isle County
                              P.O. Box 168 3677 | U.S. Route 2
                              North Hero, VT 05474
                              (802) 372-5422
                              doug.disabito@vermont.gov


The above amendment was exhibited to the Court this _____ day of _____, 2023.


                              _____
                              Judge Samuel Hoar, Jr.
                              Vermont Superior Court
                              Grand Isle Unit, Criminal Division


cc:     Robert Kaplan, Esq.


3

Vermont Superior Court
Filed 08/22/23
Grand Isle Unit

| | | |
|---|---|---|
| **VERMONT SUPERIOR COURT**<br>Grand Isle Unit<br>PO Box 7<br>North Hero, VT 05474<br>802-372-8350<br>www.vermontjudiciary.org |  | **CRIMINAL DIVISION**<br>Case No. 22-CR-10449 |

| | |
|---|---|
| State of Vermont v. Todd Hoyte | DOB: 10/10/1970 |

## ENTRY REGARDING MOTION

Title:        Motion to Amend Information  (Motion: 2)
Filer:        Douglas E. DiSabito
Filed Date:   July 28, 2023

The motion is GRANTED. The clerk will schedule an arraignment on the amended information.

Electronically signed pursuant to V.R.E.F. 9(d): 8/22/2023 3:12 PM

Samuel Hoar, Jr.
Superior Court Judge

FILED: 11/8/2022 10:18 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

DEFENDANT: Todd R Hoyte
DOB: 10/10/1970 AGE: 52
ADDRESS:
82 Allen Rd
Grand Isle, VT 05458

ARRAIGNMENT DATE: November 10, 2022
SA CASE ID.: 22-17035
ASSIGNED SA: Doug DiSabito Esq. ERN: 4480
POLICE DEPT.: VSP-St. Albans
INVESTIGATING OFFICER: Sgt. John Bruzzi
VICTIM ADVOCATE: David Sicard
INCIDENT NO.: 22A2006291

## STATE OF VERMONT

SUPERIOR COURT
GRAND ISLE UNIT

STATE OF VERMONT

v.

TODD R HOYTE

CRIMINAL DIVISION

DOCKET NO. 22-CR-_____

## INFORMATION BY STATE'S ATTORNEY

By the authority of the State of Vermont, the State's Attorney for Grand Isle County, upon the oath of office charges:

### COUNT 1 OF 1

CHARGE CODE: 13V1042 | CODE ID: 190 | OFFENSE CLASS: M
CHARGE NAME: ASSAULT - DOMESTIC

Todd R. Hoyte, in the County of Grand Isle, at Grand Isle, on or about November 3, 2022, willfully or recklessly caused bodily injury to a family or household member, TO WIT, K.D., in violation of 13 V.S.A. § 1042.

Penalty: Imprisoned not more than 18 months or fined not more than $5,000.00 or both.

Against the peace and dignity of the State.

DATED: November 7, 2022

State's Attorney

**Referral(s) if applicable: No Diversion Referral - *Crime of Domestic Violence***

This information has been presented to me and I have found probable cause.

DATED: November 8, 2022

Superior Court Judge

**AFFIDAVIT**

**STATE OF VERMONT
GRAND ISLE COUNTY, ss.**

Case#22A2006291

**NOW COMES** <u>Sergeant John L. Bruzzi</u> , **affiant(s), being duly sworn and on oath, deposes and says he has probable cause to believe that** <u>Todd R. Hoyte (10/10/70)</u> **has committed the offense(s) of** <u>Domestic Assault</u>, **a violation of** <u>Title 13</u>, **Vermont Statutes Annotated Sections** <u>1042</u>.

I am a law enforcement officer certified by the Vermont Criminal Justice Training Council since 2003. I am employed by the Department of Public Safety as a Vermont State Trooper, assigned to the St. Albans Barracks.

1. On November 3, 2022 at approximately 2313 hours, I was notified of an assault complaint from 82 Allen Rd in Grand Isle. Complainant, Kaydell Davis (9/9/53) called to advise that Todd Hoyte (10/10/70) had punched her in the face. Dispatch advised that she was declining rescue at this time. Davis ended up leaving the residence and walked over to her father's house after the incident.

2. Upon calling and speaking with Davis, she advised that she lives with Hoyte at the above-mentioned residence and that he got upset because she was texting. She advised that when he punched her, he knocked one of her teeth out and told me she was currently bleeding. She stated that she was willing to give a statement about the incident and stated that she wanted him "punished" for what he did.

3. On my way out to meet with Davis, a female name Catherin Moulton (2/19/77) called to advise that she is the one who picked Hoyte up and that Davis appeared uninjured but very intoxicated. I briefly spoke with her on the phone, and she stated that she went over there to pick up Hoyte and that she didn't notice any injuries on Davis. It should be noted that it was dark out at the time, and when I asked her if she could see any blood on Davis at the time, she stated she could not. I also made contact with Hoyte via telephone on the way there. He quickly became upset that I was questioning him, but at one point advised that he never punched her. He ended up hanging up on me before I could ask anything further.

4. Upon getting to the residence, I met with Davis. I could immediately see significant bruising on her face, mostly concentrated near her mouth and cheek on the left side. She advised that Hoyte took out one of her teeth, and then she motioned to the left side of her face and stated she was "pretty sore" there and that he "might have broken something". While speaking further with her, I told her that Hoyte told me he never punched her. She pointed to her face and stated, "I didn't do this to myself". During the conversation, she reiterated that he knocked a tooth out and mentioned that he had pushed her earlier in the day. When I asked how many times he punched her, she stated just once. I took 3 photos to be included with this case, and they are all attached to the

Subscribed and sworn to before me on

this __5th__ day of __Nov__ , __22__

(Notary Public)   (Judicial Officer)

_____
(Affiant)

__11-5-22__
(Date)

case in our Valcour system. This entire interaction was captured on my V300 Watchguard body camera. In the video, you can clearly see very significant black and blue bruising on her face from the incident. This video footage will be available for court documentation.

5.    Davis was not up for completing the sworn statement at that time, and I advised her if she could fill it out after the fact, I would ask the Grand Isle Sheriff's to pick it up. I was unable to get a definitive answer as to where Hoyte was staying for the night, so I advised her I was also going to ask them to try and cite him the following day. I was advised the next morning that Davis now called my dispatch center and advised she no longer wants to give a statement or press charges. Regardless, due to the evidence and taped statements from Davis, I asked Sergeant Blake Allen to try and locate Hoyte so he could be cited for the crime of domestic assault.

6.    When I got to work (11/4/2022), I had two voicemails on my office phone. Both were from Davis who was advising she wanted to drop the charges. In one message she advised that Hoyte never hit her, and in the other message she stated that the injuries to her face were caused by her hitting her face on the coffee table. For the purposes of this affidavit, it should be noted that these voicemails were listened to by myself and Trooper Ashley Farmer.

7.    I then called Davis to ask her about all this. She advised that she doesn't want to press charges and that Hoyte was just defending himself because she was going after him. I reminded her that this doesn't fit with the voicemail she just left stating that the injuries were from her hitting her face on the coffee table. She paused and stated that happened earlier. Hoyte was in the background and ended up getting on the phone and was very upset. At one point during the conversation, I made a point of telling Davis that it didn't sound like she was speaking freely. Hoyte once again got upset and said something to the effect of how she can say whatever she needs to. I tried to continue talking with Hoyte but he remained upset, yelled something about how he's getting a lawyer, and then hung up on me.

8.    Based on the taped statements from Davis and the video footage showing extensive facial injuries, Hoyte is being charged with the crime of domestic assault. He was cited to appear in the Vermont Superior Court, Grand Isle Criminal Division in North Hero on Thursday, November 10, 2022 at 0830 hours.

Subscribed and sworn to before me on

this _____ day of _Nov_ , _22_

_____
(Notary Public)    (Judicial Officer)

_____
(Affiant)

_____
(Date) _11-5-22_

Vermont Superior Court
Filed 09/13/24
Grand Isle Unit

**VERMONT SUPERIOR COURT**
Grand Isle Unit
PO Box 7

North Hero, VT 05474

802-372-8350

www.vermontjudiciary.org



**CRIMINAL DIVISION**
Docket No. 22-CR-10449

| State of Vermont v. Todd R Hoyte | DOB: 10/10/1970 |
|---|---|

**Arrest Warrant: 24-GI-05259**

Investigating Agency: St. Albans VSP

Defendant: Todd R Hoyte

Address: 4605 Tutu Park Mall
Suite 133 PMB 301
St Thomas VI  00802

Date of Birth: 10/10/1970

Place of Birth:

Offenses:

| 13 VSA 1043(a)(1) | Felony | 1 | ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE. |
|---|---|---|---|

The defendant has failed to appear on 09/12/2024 for Jury Draw

### Bail on this warrant is set at Hold Without Bail

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF VERMONT:

You are commanded to arrest the above-named defendant and bring him or her without unnecessary delay before the nearest available judicial officer.

Regardless of whether the defendant is held or released, you shall issue the defendant a citation to appear at the issuing court at: **Franklin Criminal Court, 36 Lake Street St Albans, VT @ 1 PM on Monday-Friday, except Thursdays give citation for Grand Isle Courthouse, 3677 US Route 2, North Hero, VT for 8:30 AM**

Navah C. Sper
Superior Court Judge

By Order of the Court:

Date: 9/13/2024

### OFFICER'S RETURN

On _____ I arrested the above-named defendant at _____
   (date)                                         (City, County, State)

_____
Arresting Officer Signature, Title and Badge Number

**Grand Isle Unit**

## Case Summary

ꝺ **Case No. 23-CR-02730**

| | | |
|---|---|---|
| **State of Vermont v. Todd Hoyte** | § <br> § | Location: **Grand Isle Unit** <br> Filed on: **03/22/2023** |

---

### Case Information

---

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| 1. ASSAULT - SIMPLE | 13 VSA 1023(a)(1) | MIS | 03/05/2023 | 03/22/2023 | Case Type: | Misdemeanor |
| | | | | | Case Status: | **12/09/2024  Inactive - Arrest Warrant** |

Arrest
    Date:  03/06/2023
    Control #:  23A2001184
    Agency:  2003 - St. Albans VSP

Offense Reports
    Control #:  23A2001184
    Agency:
    St. Albans VSP
    140 Fisher Rd
    Saint Albans, VT, 05478

### Related Cases
ꝺ  22-CR-10449 (Related Criminal Case)

---

### Party Information

---

| **Plaintiff** | **State of Vermont** | **DiSabito, Douglas E.** <br> *Retained* <br> 802-372-5422(W) <br> doug.disabito@vermont.gov |
|---|---|---|
| **Defendant** | **Hoyte, Todd R** <br> DOB:  10/10/1970 | **Schultz, Matthew A.** <br> *Public Defender* <br> 802-524-7979(W) <br> matthew.schultz@vermont.gov |
| **Victim's Advocate** | **Sicard, David** | |

---

### Case Events

---

| | |
|---|---|
| 03/22/2023 | Criminal Case Filed |
| 03/22/2023 | 🗎 <br> State's Attorney Information and Probable Cause Affidavit |
| 03/22/2023 | 🗎 <br> Citation |
| 03/22/2023 | 🗎 <br> Criminal History Record |
| 03/22/2023 | 🗎 <br> Notice of Collateral Consequences |
| 03/23/2023 | Probable Cause Found   (Judicial Officer: Hoar, Samuel) |

**Grand Isle Unit**

## Case Summary

⬧ **Case No. 23-CR-02730**

Charges:
1. ASSAULT - SIMPLE (116)

| | |
|---|---|
| 04/18/2023 | 📄 Notice of Attorney's Appearance<br>Filed by:   Attorney Kaplan, Robert J.<br>Representing:   Defendant Hoyte, Todd R |
| 04/20/2023 | Hearing Held - Arraignment    (Judicial Officer: Hoar, Samuel)<br>*In Person* |
| 04/20/2023 | Rule 5 Waived |
| 04/20/2023 | Not Guilty Plea<br>Charges:<br>1. ASSAULT - SIMPLE (116) |
| 04/20/2023 | 📄 Conditions of Release<br>*signed* |
| 05/23/2023 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* |
| 05/23/2023 | 📄 Notice to Parties<br>*NOH for 7/13/2023 SC sent to attorney*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>       Attorney Kaplan, Robert J.<br>*NOH for 7/13/2023 SC sent to attorney* |
| 07/13/2023 | Hearing Held - Pretrial Conference    (Judicial Officer: Hoar, Samuel)<br>*Hybrid* |
| 01/11/2024 | 📄 Document(s) Filed<br>*Waiver of counsel*<br>Filed by:   Defendant Hoyte, Todd R<br>*Waiver of counsel* |
| 01/11/2024 | 📄 Motion<br>*Motion For: Def's Request for Hearing*<br>Filed by:   Defendant Hoyte, Todd R<br>*Motion For: Def's Request for Hearing*                                                    Index # 1 |
| 01/12/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* |
| 01/12/2024 | Letter Sent<br>*NOH for 2/1/2024 SC sent to defendant by 1st class mail*<br>Sent To:   Defendant Hoyte, Todd R<br>*NOH for 2/1/2024 SC sent to defendant by 1st class mail* |
| 01/12/2024 | 📄 Notice to Parties<br>*Copy of Def request to have hearing, waiver of counsel and NOH for 2/1/2024 SC sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>       Attorney Kaplan, Robert J.<br>*Copy of Def request to have hearing, waiver of counsel and NOH for 2/1/2024 SC sent to attorneys* |
| 01/12/2024 | Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel) |
| 02/02/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* |
| 02/02/2024 | Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)<br>*In Person* |
| 02/02/2024 | 📄 Notice to Parties |

**Grand Isle Unit**

## Case Summary

**Case No. 23-CR-02730**

*NOH for 3/7/2024 SC sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
                    Attorney Kaplan, Robert J.
*NOH for 3/7/2024 SC sent to attorneys*

| | | |
|---|---|---|
| 02/12/2024 | 🗎 **Motion**<br>*Motion For: to Proceed with Status Conference*<br>Filed by:   Defendant Hoyte, Todd R<br>*Motion For: to Proceed with Status Conference* | Index # 2 |
| 02/13/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 02/13/2024 | 🗎 Entry Regarding Motion - Moot    (Judicial Officer: Hoar, Samuel) | |
| 02/23/2024 | 🗎 Motion to Resolve Scheduling Conflict<br>*Case was canceled to SA illness*<br>Conflct Date:   03/07/2024<br>Filed by:   Attorney Kaplan, Robert J.<br>*Case was canceled to SA illness* | Index # 3 |
| 02/27/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 03/11/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 03/11/2024 | 🗎 Notice to Parties<br>*NOH for 4/4/2024 SC sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>                    Attorney Kaplan, Robert J.<br>*NOH for 4/4/2024 SC sent to attorneys* | |
| 03/11/2024 | Letter Sent<br>*Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail*<br>Sent To:   Defendant Hoyte, Todd R<br>*Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail* | |
| 03/29/2024 | 🗎 Motion to Resolve Scheduling Conflict<br>Conflct Date:   04/04/2024<br>Filed by:   Attorney Kaplan, Robert J. | Index # 4 |
| 03/29/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 04/01/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 04/01/2024 | 🗎 Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel) | |
| 04/01/2024 | 🗎 Notice to Parties<br>*NOH for 5/2/2024 SC sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>                    Attorney Kaplan, Robert J.<br>*NOH for 5/2/2024 SC sent to attorneys* | |
| 04/01/2024 | Letter Sent<br>*NOH for 5/2/2024 SC sent to defendant by mail*<br>Sent To:   Defendant Hoyte, Todd R<br>*NOH for 5/2/2024 SC sent to defendant by mail* | |
| 05/02/2024 | Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)<br>*In Person* | |
| 05/02/2024 | Hearing Notes<br>*Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.* | |

**Grand Isle Unit**

### Case Summary

ⅇ **Case No. 23-CR-02730**

06/18/2024  🖹                                                                            Index # 5
Motion to Resolve Scheduling Conflict
    *6/27/24 Conflict*
    Conflct Date:  06/27/2024
    Filed by:  Attorney Kaplan, Robert J.
    *6/27/24 Conflict*

06/18/2024  Motion with COM

06/19/2024
Note
    *Motion to Resolve Scheduling Conflict with a Grand Isle Case was filed. Moved from 8:30am to 10:30am for Attorney Kaplan to be able to do both the Grand Isle Case and the 2 Franklin cases.*

06/20/2024  ⎘                                                                            Index # 6
Motion to Withdraw as Attorney
    Filed by:  Attorney Kaplan, Robert J.

06/20/2024  Sent to Judge    (Judicial Officer: Hoar, Samuel)

06/24/2024  Sent to Case Parties
    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

06/24/2024  🖹
Notice to Parties
    *EO regarding motion to withdraw sent to attorneys*
    Recipients:  Attorney DiSabito, Douglas E.;
            Attorney Kaplan, Robert J.
    *EO regarding motion to withdraw sent to attorneys*

06/27/2024  Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
    *In Person*

06/27/2024
Hearing Notes
    *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court- Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days. Court will issue Judical Summos*

06/27/2024  Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel)
    *granted on record*

06/28/2024  Note
    *Mr. Hoyte called to update phone contact number 802-393-5503 will call next week to update mailing address*

07/15/2024
Note
    *Defendant called to update e-mail address on file, does not have post office address, emailed defendant public defender application*

07/30/2024  Sent to Case Parties
    *Automated by RIS for SOP processing - Douglas E. DiSabito*

07/30/2024  🖹
Notice to Parties
    *NOH for 8/8/2024 atty/appear sent to attorney*
    Recipients:  Attorney DiSabito, Douglas E.
    *NOH for 8/8/2024 atty/appear sent to attorney*

07/30/2024  🖹
Letter Sent
    *NOH for 8/8/2024 attorney/appear sent to defendant at email on file*
    Sent To:  Defendant Hoyte, Todd R
    *NOH for 8/8/2024 attorney/appear sent to defendant at email on file*

08/01/2024  🖹
Note
    *Only email on file NOH for 8/8/2024 sent to defendant returned as undeliverable*

08/07/2024
Note
    *Defendant called to update e-mail/ telephone number- sent e-mail to defendant , NOH, Misc. Motion, Public Defender App.*

**Grand Isle Unit**

## Case Summary

⊙ **Case No. 23-CR-02730**

08/07/2024   Note
*Defendant called again, didnt review email that was sent, wanted to appear remotely*

08/08/2024   Hearing Held - Attorney or Appear    (Judicial Officer: Hoar, Samuel)
*In Person*

08/08/2024
Hearing Notes
*SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemails to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney fro defendant ready for trial, Court- will set case for jury draw for Sept. 12th , will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear*

08/20/2024   Note
*Defendant called to update a mailing address: sent 1st class mail -Jurydraw/Trial NOH, PD application*

09/10/2024   Note
*Defendant called court to inform he is sending Public defender application and needs more time for case.*

09/27/2024   📄
Public Defender Application
*Granted- $50 Co-Pay*
Requested By:   Defendant Hoyte, Todd R
*Granted- $50 Co-Pay*

09/27/2024   📄
Document(s) Filed
*Letter to Court*
Filed by:   Defendant Hoyte, Todd R
*Letter to Court*

11/13/2024   Sent to Case Parties
*Automated by RIS for SOP processing - Rosanna S. Chase, Douglas E. DiSabito*

11/13/2024   📄
Notice to Parties
*NOH for 12/12/2024 SC sent to attorneys*
Recipients:   Attorney Chase, Rosanna S.;
             Attorney DiSabito, Douglas E.
*NOH for 12/12/2024 SC sent to attorneys*

11/13/2024   📄
Substitution of Counsel
*Counsel Withdrawing: Rosanna Chase*
Cnsl Apprng:   Attorney Schultz, Matthew A.
Representing:   Defendant Hoyte, Todd R
*Counsel Withdrawing: Rosanna Chase*

12/09/2024   📄                                                              Index # 7
Motion
*to Vacate Status Conference 12/12/24*
Filed by:   Attorney Schultz, Matthew A.
*to Vacate Status Conference 12/12/24*

12/09/2024   Sent to Judge    (Judicial Officer: Spero, Navah C)

12/10/2024   Sent to Case Parties
*Automated by RIS for SOP processing - Douglas E. DiSabito, Matthew A. Schultz*

12/10/2024   📄
Entry Regarding Motion - Granted    (Judicial Officer: Spero, Navah C)

12/10/2024   📄
Notice to Parties
*EO regarding motion to vacate the status conference hearing sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
             Attorney Schultz, Matthew A.
*EO regarding motion to vacate the status conference hearing sent to attorneys*

**Grand Isle Unit**

**Case Summary**

꜡ **Case No. 23-CR-02730**

## Hearings

**04/20/2023**
**Arraignment** (8:30 AM)  (Judicial Officer: Hoar, Samuel)
    *Hearing Held*
    Charges:  1

**07/13/2023**
**Pre Trial Conference** (10:30 AM)  (Judicial Officer: Hoar, Samuel)
    *Hearing Held*

**02/01/2024**
**Status Conference** (9:30 AM)  (Judicial Officer: Hoar, Samuel)
    *Hearing Held*

**03/07/2024**
*CANCELED* **Status Conference** (11:45 AM)  (Judicial Officer: Hoar, Samuel)
    *Canceled Hearing*

**04/04/2024**
*CANCELED* **Status Conference** (11:00 AM)  (Judicial Officer: Hoar, Samuel)
    *Canceled Hearing*

**05/02/2024**
**Status Conference** (10:45 AM)  (Judicial Officer: Hoar, Samuel)
    **MINUTES - 05/02/2024**
        Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
          *In Person*
        Hearing Notes
          *Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.*
    Hearing Held;
    *Parties Present:*  Plaintiff  State of Vermont
                  Attorney  Kaplan, Robert J.
                  Attorney  DiSabito, Douglas E.
                  Defendant  Hoyte, Todd R
    *Hearing Held*

**06/27/2024**  **Status Conference** (9:30 AM)  (Judicial Officer: Hoar, Samuel)
    **MINUTES - 06/27/2024**
        Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
          *In Person*
    Hearing Notes
    *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court-Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days. Court will issue Judical Summos*
    Hearing Held;  Defendant FTA
    *Parties Present:*  Plaintiff  State of Vermont
                  Attorney  Kaplan, Robert J.
                  Attorney  DiSabito, Douglas E.
    *Hearing Held*

**08/08/2024**
    **Attorney or Appear Hearing** (9:45 AM)  (Judicial Officer: Hoar, Samuel)
    **MINUTES - 08/08/2024**
        Hearing Held - Attorney or Appear    (Judicial Officer: Hoar, Samuel)
          *In Person*
    Hearing Notes
    *SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemails to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney fro defendant ready for trial, Court- will set case for jury draw for Sept. 12th , will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear*
    Hearing Held;
        *Hearing Held*

**12/12/2024**
*CANCELED* **Status Conference** (9:50 AM)  (Judicial Officer: Spero, Navah C)
    *Canceled Hearing*

**Grand Isle Unit**

## Case Summary

⊕ **Case No. 23-CR-02730**

---

### Conditions

04/20/2023 **Interim Condition for Hoyte, Todd R**
(Judicial Officer: Hoar, Samuel)
- Condition 01
  *You must come to court when you are told to.*
- Condition 02
  *You must give your attorney and the court clerk your address and phone number. If it changes, you must tell them immediately.*
- Condition 14
  *You must NOT have contact with (Evan Davis) which includes in person, in writing, by telephone, by e-mail or through a third person regardless of whether you are in jail or released.*
- Condition 15
  *You must NOT abuse or harass (Evan Davis) in any way regardless of whether you are in jail or released.*

---

### Other Documents

| | | | | |
|---|---|---|---|---|
| 📄 | 03/22/2023 | Criminal Order | Pre Trial Discovery/Scheduling Order | 1 Pages |
| 📄 | 04/20/2023 | Criminal Document | Criminal - Conditions of Release | 1 Pages |
| 📄 | 06/10/2024 | Criminal Motion | Motion / Letter to withdraw Attorney | 2 Pages |

FILED: 3/22/2023 11:52 AM
Vermont Superior Court
Grand Isle Unit
23-CR-02730

DEFENDANT: Todd R Hoyte
DOB: 10/10/1970 AGE: 52
ADDRESS:
82 Allen Rd
Grand Isle, VT 05458

ARRAIGNMENT DATE: April 20, 2023
SA CASE ID · 23-4403
ASSIGNED SA: Doug DiSabito Esq. ERN: 4480
POLICE DEPT: VSP-St. Albans
INVESTIGATING OFFICER. Trooper Matthew Conte
VICTIM ADVOCATE. David Sicard
INCIDENT NO: 23A2001184

## STATE OF VERMONT

SUPERIOR COURT
GRAND ISLE UNIT

STATE OF VERMONT

v.

TODD R HOYTE

CRIMINAL DIVISION

DOCKET NO. 23-CR-_____

## INFORMATION BY STATE'S ATTORNEY

By the authority of the State of Vermont, the State's Attorney for Grand Isle County, upon the oath of office charges:

### COUNT 1 OF 1

#### CHARGE CODE: 13V1023A1 | CODE ID: 116 | OFFENSE CLASS: M
#### CHARGE NAME: ASSAULT - SIMPLE

Todd R Hoyte, in the County of Grand Isle, at Grand Isle, on or about March 5, 2023, purposely caused bodily injury to another, TO WIT, Evan Davis, in violation of 13 V.S.A. § 1023(a)(1).

Penalty: Imprisoned not more than 1 year or fined not more than $1,000.00 or both.

Against the peace and dignity of the State.

DATED: March 22, 2023

_____
State's Attorney

**Referral(s) if applicable: No Diversion Referral - *Crime of Violence***

This information has been presented to me and I have found probable cause.

DATED: March 23, 2023

_____
Superior Court Judge .

**AFFIDAVIT**
Case # 23A2001184
**STATE OF VERMONT**
**GRAND ISLE COUNTY**

      **NOW COMES Trooper Matthew Conte, affiant, being duly sworn and on oath, deposes and says he has probable cause to believe that Todd Hoyte (DOB: 10/10/1970) has committed the offense(s) of Simple Assault in violation of Title(s) 13, of Vermont Statutes Annotated Section(s) 1023.**

1.      I am a Law Enforcement Officer certified by the Vermont Criminal Justice Training Council and have been since May 2016. I am employed by the Department of Public Safety as a Vermont State Trooper assigned to the St. Albans Barracks.

2.      On March 5th 2023 at 1524 hours, dispatch received the report of a citizen dispute at 82 Allen Road in the town of Grand Isle. The complainant advised he had just been in a physical altercation with the son of his landlord (the landlord is also his roommate). The complainant stated the son of his landlord had since left the residence and returned to his own down the road. The complainant advised he did not require rescue for injuries, but that the son of the landlord may as he "fucked him up" after he initiated a physical altercation. The complainant was identified as Todd Hoyte (DOB: 10/10/1970), his landlord's son as Evan Davis (DOB: 03/12/1980), and his landlord as Kaydell Davis (DOB: 09/09/1953). I was joined on the call by Trooper Olson.

3.      At 1617 hours, I arrived at 82 Allen Road in the town of Grand Isle in order to speak with Todd. Upon my arrival, I met with him in the kitchen and living room of the residence. As we spoke, I noted he had a red mark on the top of his head. He stated the small of his back hurt as well due to running into the corner of a desk during the altercation. While on scene I took a photograph of Todd's overall appearance as well as one of the red mark on his head. These photographs will be included with this report for further review. Additionally, it should be noted there has been a long standing issue and tension between Todd and Evan stemming from Todd living with Kaydell who is Evan's mother. It should be noted, I provided Todd with the after hours Relief from Abuse hotline phone number and instructions on how to obtain just such an order.

4.      I then asked Todd what happened during the incident. He advised initially he had been asleep in his bedroom. It should be noted his bedroom is accessed directly from the living room, which is accessed directly from the kitchen. He stated Evan arrived at the residence in order to bring Kaydell to the hospital to meet with his (Evan's) father who was there for treatment. He advised once Kaydell was out in the vehicle, Evan entered the residence in order to put a borrowed set of Tupperware back in the kitchen. He stated Evan then walked into the living room and stood several feet away from the open doorway of his

(Todd's) bedroom. He advised he (Todd) was asleep at the time but was awakened by the sound of Evan walking across a creaky metal grate in the floor in the living room. He stated he noticed Evan standing in the open doorway of his bedroom, so he got out of bed and confronted him as to why he was in the residence. He advised Evan then attempted to punch him with his right hand but missed and he (Todd) jumped on him. He stated a chaotic melee ensued in the living room, during which he and Evan struck each other before eventually disengaging. Additionally, he wanted it known that there is a large size disparity between he and Evan. The Valcour police records system lists Todd's size as 5'05" 180 lbs and Evan's size as 6'4" 220 lbs. It should be noted, Kaydell was outside in the vehicle at the time of the incident and did not directly witness it.

5.     At 1629 hours, I arrived at 2 Macomber Lane in the town of Grand Isle in order to speak with Evan. Upon my arrival, I met with him as I stood on the front porch of the residence, and he spoke to me through the closed front door. As we spoke, I noted through the glass on the side of the door that he had bruising on the side of his face. Additionally, he had a winter hat on so at the time, so I was unable to directly see the rest of his head. However, he later provided photographs of his injuries by way of email to Trooper Olson. These revealed a large cut above his right eye and red marks on his forehead. These photographs will be included with this report for further review. It should be noted, I provided Evan with instructions on how to obtain a Relief from Abuse Order.

6.     Initially, Evan was reluctant to provide details of the incident. He advised there was a long standing issue with Todd living at the residence with the permission of Kaydell, technically owned by him (Evan) and his sister, and that there have been numerous other confrontations involving him (Todd) and other family members in the past. At one point during the conversation, Evan agreed to allow Trooper Olson and I to enter the residence and speak with him face to face. At that time, two dogs escaped from the residence, ran across the road, and went into a wooded area behind another residence. I then attempted to get the dogs to return to the residence while Trooper Olson remained at the residence with Evan.

7.     Upon my return to the residence with the dogs in question, I met with Trooper Olson and Evan as they stood outside of the garage. Trooper Olson advised Evan had provided a brief overview of the incident while I was gone. He advised he arrived at Todd and Kaydell's residence in order to give her a ride to the hospital. He stated once Kaydell was in the vehicle, he entered the residence to return a set of borrowed Tupperware. He advised he then wanted to say hi to Todd in order to let him know he was there. He stated he then stood in the doorway of Todd's bedroom and he (Todd) came out quickly in a confrontational manner. He advised, through motioning the action to me and Trooper Olson, that he (Todd) then lunged towards him (Evan) and a chaotic melee ensued in the living room. He stated he then

returned to his own residence and awaited the arrival of the Troopers dispatched to the call made by Todd.

Subscribed and sworn to before me on

this ⟨18th⟩ day of march, 2023          _____
                                                        (Affiant)

_____
(Notary)

FILED 11/8/2022 11:09 AM
Vermont Superior Court
Grand Isle Unit
STATE'S 22-CR-10449
EXHIBIT
—2—

**SUPPLEMENTAL AFFIDAVIT**
**STATE OF VERMONT**
GRAND ISLE **COUNTY, ss.**

**NOW COMES** Sergeant Dustin Abell, **affiant, being duly sworn and on oath, deposes and says:**

### CASE # 20GIC1368

1. On Wednesday August 19, 2020 I spoke on the phone with Lt Tim Labrie of the Northbridge, Massachusetts Police Department. He wanted to notify our department that Todd Hoyte DOB: 10/10/1970 currently lives at 82 Allen Rd in Grand Isle, VT. Hoyte formerly resided in his area in Massachusetts. He notified me that Hoyte was posting publicly on his Facebook profile within the last 24 hours, specific threats to law enforcement officers and the Police Department in Ashland Massachusetts along with Officer Greg Wildman with the Auburn, Massachusetts Police Department. He was also making threats about harming former Deputy SA Ashley Harriman, who now works at the Vermont Attorney General's Office, VT Superior Court Judge Rainville, the entire Franklin County State's Attorney's Office.

2. While running Hoyte in VT DMV Database, an NCIC Record is attached stating that Hoyte is listed as a Violent Person – Threat to Law Enforcement. It was entered by Milton, VT Police Department on 9/25/2019. "THREATENED TO SHOOT FRANKLIN COUNTY SA "EXECUTION STYLE" WHILE BEING TRANSPORTED BY A MILTON POLICE OFFICER  HAS ALSO MADE INQUIRIES OF HOW MANY "COP SHOOTINGS" HAVE HAPPENED IN VT AND "IS SURPRISED MORE HAVENT BEEN SHOT IN THE HEAD ON THE SIDE OF THE ROAD" AS WELL AS STATING "I DONT KNOW, MAYBE SOMEONE JUST NEEDS TO MAKE A FUCKING STAND, I GUESS, AGAINST SOME OF THIS CORRUPTION UP HERE".

3. I looked up Hoyte's Facebook Profile under Facebook ID "todd.hoyte.71" and found the following recent posts by Hoyte which are attached to this affidavit by reference as if fully set forth herein. I also found a news article online from Metro West Daily News about Hoyte in which he presented similar behavior in Massachusetts which is attached to this affidavit by reference as if fully set forth herein.

I declare that the above statement is true and accurate to the best of my knowledge and belief. I understand that if the above statement is false, I may be subject to sanctions by the Court for contempt.

Dated at Alburgh, Vermont, this 7th day of August, 2020.

/S/ *Dustin Abell*
Dustin Abell

_____
(Affiant)

8/19/2020
_____
(Date)

FILED 11/8/2022 11:09 AM
Vermont Superior Court
Grand Isle Unit

STATE'S
EXHIBIT
1

22-CR-10449



**CASE # 19MT005927**        **AFFIDAVIT**

STATE OF V[...]
Franklin C[...]

Now comes <u>Corporal Jareco Coulombe</u> affiant, being duly sworn and on oath, deposes and says he has probable cause to believe <u>Todd R Hoyte (10/10/1970)</u>, has committed the offenses of <u>Criminal Threatening</u>, a violation of Title <u>13</u>, Vermont Statutes Annotated Section <u>1702(b)</u> and <u>Violating Conditions of Release x4</u>, a violation of Title <u>13</u>, Vermont Statutes Annotated Section <u>7559(E)</u>.

1] On July 23rd, 2019, at approximately 1300 hours, Sergeant Paul Locke of the Milton Police Department was made aware that Todd R Hoyte (DOB: 10/10/1975) was possibly violating his active pre-trial conditions of release that stipulate a curfew. The information was that Hoyte had posted recent pictures and comments on his social media site Facebook profile over the last few days about him leaving Vermont and traveling to Boston, Massachusetts and Florida.

2] Sgt Locke was able to access Hoyte's public Facebook profile. It should be noted that I am familiar with Hoyte and have had prior interactions with him in the past. On Hoyte's public Facebook profile it shows comments and a picture of him holding a silver and black Smith and Wesson semi-automatic pistol; it should be noted that at time of viewing his profile it was July 23rd, 2019 at 1509 hours. The date and time stamps represent the time on the Facebook page the comment and/or picture was posted to his page by him.

3] 19 hours ago-"BANG BANG B8TCHES!!!" is the comment of Hoyte holding a Smith and Wesson semi-automatic pistol, with the following picture:



4] Based on prior contact with Hoyte and 371 US Route 7 south in the Town of Milton, this picture is a picture of Hoyte and what appears to be the inside of 371 US Route 7 south, in the Town of Milton.

CASE # 19MT005927                    **AFFIDAVIT**

**STATE OF VERMONT**
**Franklin County, S.S.**

**Now comes <u>Corporal Jareco Coulombe</u> affiant, being duly sworn and on oath, deposes and says he has probable cause to believe <u>Todd R Hoyte (10/10/1970)</u>, has committed the offenses of <u>Criminal Threatening</u>, a violation of Title <u>13</u>, Vermont Statutes Annotated Section <u>1702(b)</u> and <u>Violating Conditions of Release x4</u>, a violation of Title <u>13</u>, Vermont Statutes Annotated Section <u>7559(E)</u>.**

5] On July 30th, 2019, Hoyte was arrested by Milton Corporal Jason Porter for violating active pre-trial conditions of release – curfew and an active arrest warrant out of Franklin County. I transported Hoyte to the Franklin County Superior Court – Criminal Division for the outstanding arrest warrant. Hoyte was ultimately remanded back into my custody to be transported to Northwest State Corrections.

6] While preparing paperwork in the holding area after the Judge's ruling, Hoyte made a request along the lines of someone going to his shop, located at 371 US Route 7 south, in the Town of Milton, and locking it up and securing a gun. Milton Detective Nicholas Hendry had previously sent a department wide email with a photograph (above photograph) of Hoyte holding a firearm.

7] I then contacted Sgt Locke and confirmed Hoyte was Brady Disqualified; which prevents him from possessing firearms. I tried to speak to Hoyte further about securing his shop and he advised nobody was to enter his shop and he would have someone else do it.

8] I then left the Franklin County Superior Court. We briefly discussed his property that was taken for safe keeping upon his arrest. Hoyte then stated "that Judge is a cocksucker, huh?" I told him yelling in the courtroom was probably not a good way to make friends with the judge. Hoyte then stated "my lawyer should be able to be speaking without being interrupted by that fucking grey head fucking cunt fuck." I know this to be in reference to Franklin Deputy State's Attorney John Lavoie as he was interrupting Hoyte's defense counsel during the hearing. He continued saying "If I even see that guy in the street I'm going to split his wig open. I'll kill that DA. I'm gonna kill DAs anyway, when I get out, that's going to be my new hobby, shooting district attorneys, in the face, execution style, with my fucking Smith 40... execution style. And I'm gonna fucking smile doing it. Dirty district attorneys." Toward the end of the transport Hoyte began asking if there had been any cop shootings in Vermont, I asked why, and said he was just curious. He said it was probably the only state in the country where you don't hear about cops

CASE # 19MT005927          **AFFIDAVIT**

STATE OF VERMONT
Franklin County, S.S.

Now comes <u>Corporal Jareco Coulombe</u> affiant, being duly sworn and on oath, deposes and says he has probable cause to believe <u>Todd R Hoyte (10/10/1970)</u>, has committed the offenses of <u>Criminal Threatening</u>, a violation of Title <u>13</u>, Vermont Statutes Annotated Section <u>1702(b)</u> and <u>Violating Conditions of Release x4</u>, a violation of Title <u>13</u>, Vermont Statutes Annotated Section <u>7559(E)</u>.

getting shot in the head on the side of the road. He stated he didn't think we deserve it as we are all "wicked good dudes, ya know? Except for Corbin." Hoyte is referring to Milton Police Officer Richard Corbin with whom he dislikes. Hoyte stated "I don't know, maybe someone just needs to make a fucking stand, I guess, against some of this corruption up here."

9] Once at Northwest State Corrections, I made contact with Sgt Locke and relayed Hoyte's comments to him. While Hoyte and I were in Northwest State Correction's holding bay I confirmed that Hoyte refers to State Attorneys (SAs) as District Attorney's (DAs). District Attorneys (DAs) are Massachusetts' equivalent to Vermont's State Attorneys (SAs).

10] I issued Hoyte a flash citation for July 31st, 2019, at 1100 hours, to answer to the charge of Criminal Threatening at the Franklin County Superior Court – Criminal Division. Hoyte refused to sign for his copy.

11] I applied for and was granted a search warrant for Hoyte's business and residence (371 US Route 7) by the Honorable Nancy Waples on July 30th, 2019. At approximately 1915 hours, members of the Milton Police Department executed the search warrant and did not locate any firearms. I located a half empty 375 milliliter bottle of Captain Morgan Spiced rum in the refrigerator in the front office area. I left it on top of the refrigerator and it was later collected by Officer Samuel Noel upon confirming Hoyte had active pre-trial conditions of release prohibiting him from possessing alcohol. Vermont State Police were contacted and a K-9 unit responded to assist with the search. The K-9 unit did not locate any firearm within the building.

12] Based on the contained facts herein I believe there is probable cause to charge Hoyte with criminal threatening as he made specific statements about a Franklin County Deputy State's Attorney and stated he would us his "Smith 40" which is pictured in paragraph 3.

CASE # 19MT005927                    **AFFIDAVIT**

**STATE OF VERMONT**
**Franklin County, S.S.**

Now comes **Corporal Jareco Coulombe** affiant, being duly sworn and on oath, deposes and says he has probable cause to believe **Todd R Hoyte (10/10/1970)**, has committed the offenses of **Criminal Threatening**, a violation of Title **13**, Vermont Statutes Annotated Section **1702(b)** and **Violating Conditions of Release x4**, a violation of Title **13**, Vermont Statutes Annotated Section **7559(E)**.

13] On 02/11/2019 the Honorable Judge A. Gregory Rainville issued the following pre-trial condition of release that was violated at this time: "12. You must NOT buy, have or drink any alcoholic beverages." Case 138-2-19 Frcr.

14] On 03/18/2019 the Honorable John L Pacht issued the following pre-trial condition of release that was violated at this time: "12. You must NOT buy, have or drink any alcoholic beverages." Case 374-3-19 Frcr.

15] On 04/01/2019 the Honorable Judge Devid Fenster issued the following pre-trial condition of release that was violated at this time: "12. You must NOT buy, have or drink any alcoholic beverages." Case 1154-4-19 Cncr.

16] On 06/28/2019 the Honorable Judge A. Gregory Rainville issued the following pre-trial condition of release that was violated at this time: "12. You must NOT buy, have or drink any alcoholic beverages." Case 811-6-19 Frcr.

Subscribed and sworn to before me on

this 30ᵗʰ day of July          2019.

_____                    _____
(Notary Public)                                   (Affiant)
                                                7/30/19
                                                  (Date)

FILED 11/8/2022 11:09 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

**Todd Hoyte**
6d · 🌐

COCKSUCKER

GOOGLE.COM

**Image: T. J. Donovan - Wikipedia**

Found on Google from en.wikipedia.org

**Todd Hoyte**
Aug 11 · 🌐

Daniel Wiznewski
Jul 8 · 🌐

**FUCK THE GOVERNMENT**

**Todd Hoyte**
6d · 🌐

Robert Carvalho

**...BACKGROUND.**

**Todd Hoyte**
3d · 🌐

**FUCK THE GOVERNMENT**

👍 2    2 Comments

**Todd Hoyte**
3d · 🌐

**Todd Hoyte**
20h · 🌐

**Think dirty cops should be euthanized for dis loyal services**

👍 2    1 Comment

**Todd Hoyte**
23h · 🌐

Just sold another one

STATE'S EXHIBIT
5









FILED 11/8/2022 11:09 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

STATE'S
EXHIBIT
— 6 —

## Current Case Docket Information

Court record: 96847

Vermont Superior Court                                        Franklin Criminal Division

| Docket No.  811-6-19 Frcr        State vs. Hoyte, Todd Robert   811-6-19 Frcr |

Prosecutor:    Ashley Harriman              Defendant:    Todd Robert Hoyte
                                            DOB:          10/10/1970
Motions pdg:                                POB:
Bail set:                                   Atty:         Michael Peter Ledden
Incarcerated:  Northwest State Corr Facility (St.A)
               Conditions:                  Aliases:
Case Status:                                Address:      371 Route 7 South
    Disposed                                              Milton VT 05468
Next Hearing:

```
====================================================================================
Dspt  Docket No.     Ct. Statute           F/M/O
====================================================================================
1     811-6-19 Frcr   1                               11/01/19 Dismissed by state
      SEALED
2     811-6-19 Frcr   2                               11/01/19 Dismissed by state
      SEALED
3     811-6-19 Frcr   3   13 1028(b)(1)      mis      11/01/19 Plea nolo contendr
      ASSAULT-SIMPLE W/FLUIDS LE OFFICER,FIREFIGHTER,EMG MEDICAL PERSONNEL,HEALTH
4     811-6-19 Frcr   4                               11/01/19 Dismissed by state
      SEALED
5     811-6-19 Frcr   5   13 1030(a)         mis      11/01/19 Plea guilty
      VIOLATION OF ABUSE PREVENTION ORDER
6     811-6-19 Frcr   6   13 2582(a)         mis      11/01/19 Plea guilty
      THEFT OF SERVICE $900 OR LESS
====================================================================================
```

06/07/19

    **3883794 - cfile** - status set to ipar

    Information and Affidavit filed on 6 disputes.
    **3883795 - charge**

    Dispute 1 for Docket No. 811-6-19 Frcr Count #1, SEALED, V.S.A.

    **3883797 - charge**

    Dispute 2 for Docket No. 811-6-19 Frcr Count #2, SEALED, V.S.A.

    **3883798 - charge**

    Dispute 3 for Docket No. 811-6-19 Frcr Count #3, ASSAULT-SIMPLE
    W/FLUIDS LE OFFICER,FIREFIGHTER,EMG MEDICAL PERSONNEL,HEALTH
    CAREWORKER, Misdemeanor, 13 V.S.A. 1028(b)(1). Alleged offense date:
    06/08/19. Arrest/citation date: 06/08/19 St. Albans PD.
    **3883800 - charge**

Dispute 4 for Docket No. 811-6-19 Frcr Count #4, SEALED, V.S.A.

### 3883802 - *charge*

Dispute 5 for Docket No. 811-6-19 Frcr Count #5, VIOLATION OF ABUSE
PREVENTION ORDER, Misdemeanor, 13 V.S.A. 1030(a). Alleged offense
date: 06/08/19. Arrest/citation date: 06/08/19 St. Albans PD.
### 3883803 - *charge*

Dispute 6 for Docket No. 811-6-19 Frcr Count #6, THEFT OF SERVICE
$900 OR LESS, Misdemeanor, 13 V.S.A. 2582(a). Alleged offense date:
06/08/19. Arrest/citation date: 06/08/19 St. Albans PD.
### 3883804 - *hrgset*

Arraignment set for 06/10/19 at 01:00 PM.  Kelly Woodward, Victim's
Advocate, entered as party/participant 3.

06/10/19

### 3884135 - *hrgheld*

Arraignment held by A. Gregory Rainville. (CDVIDEO)
Wheeler/Ledden/Dft present.
### 3884136 - *pcfound*

Probable Cause found by Judge A. Gregory Rainville on disputes 1-6.

### 3884137 - *rule5*

Copy of Affidavit and Information given to defendant.  24 hour rule
waived.
### 3884138 - *plea - status set to aptr*

Reading of Information waived.  Defendant pleads not guilty on
disputes 1-6. Pre-trial discovery order issued.
### 3884140 - *pdord*

Request granted for public defender.  50.00 to be paid; Payment Order
No. 54887.
### 3884142 - *pdasg*

Attorney assigned: Michael Peter Ledden.
### 3884143 - *bailord*

Conditions set by A. Gregory Rainville on dispute 1-6. Bail Amount:
0.00 set. Condition[s] 1-2,11-12,14-15,31-32 imposed; No.11: Curfew:
Def. shall abide by a twenty four; No.14: not to have contact with
Britney Donahue; No.15: not to harass Britney Donahue; Other
conditions: Abide by Family Court Orders Def shall not go on the
premises of: Dirty Nelly's St Albans VT.

06/11/19

### 3884800 - *hrgset*

Pre Trial Conference set for 08/01/19 at 08:30 AM.
### 3884801 - *hrgset*

Jury Drawing set for 08/06/19 at 08:30 AM.

06/19/19

### 3889467 - *motion*

Motion Emergency motion to Amend COR filed by Attorney Michael Peter
Ledden for Defendant Todd Robert Hoyte on disputes 1-6. Motion
Emergency motion to Amend COR given to judge.
### 3889469 - *motjudge*

Motion Emergency motion to Amend COR given to Judge A. Gregory
Rainville.

06/25/19

### 3892889 - motreact

Motion Emergency motion to Amend COR set for hearing per Judge A.
Gregory Rainville.
### 3892890 - hrgset

Motion Hearing set for 06/28/19 at 03:00 PM.

06/28/19

### 3894817 - note

Note: Dft appeared this morning @ 8:30am and was told to come back
for his 3:00pm hearing.
### 3894819 - hrgheld

Motion Hearing held by A. Gregory Rainville. (CDVIDEO)
Harriman/Ledden/Dft not present State objects to a change to the
conditi ons without the dft here.
### 3894823 - motdisp

Motion 1 (Emergency motion to Amend COR) granted by A. Gregory
Rainville.   Parties notified on the record.
### 3894824 - bailord

Conditions set by A. Gregory Rainville on dispute 1-6. Bail Amount:
0.00 amend. Condition[s] 1-2,11-12,14-15,31-33 imposed; No.11:
Curfew: Def. shall abide by a twenty four; No.14: not to have contact
with Britney Donahue; No.15: not to harass Britney Donahue; Other
conditions: Abide by Family Court Orders Def shall not go on the
premises of: Dirty Nelly's St Albans VT Amended 6/28/19: Cond 11
curfew 12pm-6am.

07/11/19   .
07/25/19

### 3908002 - note

Note: Def called from Boston. He asked to speak with a clerk of the
court. I said that I was a clerk and asked how I could help him. He
wanted to complain about his attorney - Mike Ledden - for not knowing
that Def was going to be in Boston for a SS meeting. He went on and
on but unfortunately, his recep- tion kept going in and out. He was
irratated that I kept telling him that. He claims there was nothing
wrong with his phone; that it was my phone. After further explanation
from him as to what his complaint was about Mike Ledden, I indicated
that he would have to put his complaint and concerns in writing to
the court. He indicated that "you and I" need to fix this. I told him
that it wasn't going to be a "you and I" thing. It has to be filed in
writing for the Court to consider.  Then his reception went out again
and I told him that I couldn't hear him.  He comes back with "OMG,
you are a f. idiot" and hung up.
### 3908471 - hrgcan

Pre Trial Conference scheduled for 08/01/19 cancelled due to court
schedule.
### 3908472 - hrgcan

Jury Drawing scheduled for 08/06/19 cancelled due to court schedule.

### 3908474 - hrgset

Pre Trial Conference set for 10/03/19 at 08:30 AM.  *** PLEASE NOTE
NEW DATE-RESCHEDULED BY THE COURT ***.
*3908476 - hrgset*

Jury Drawing set for 10/08/19 at 08:30 AM.  *** PLEASE NOTE NEW
DATE-RESCHEDULED BY THE COURT ***.

07/31/19

*3911774 - motion*

Motion Speedy Trial (oral) filed by Attorney Michael Peter Ledden for
Defendant Todd Robert Hoyte on disputes 1-6. Motion Speedy Trial
(oral) waiting for Memo in Opposition.

08/05/19

*3917829 - motion*

Motion to Revoke Right to Bail filed by Attorney Ashley Harriman for
Plaintiff State on disputes 1-6. Motion to Revoke Right to Bail given
to judge.
*3917830 - motdisp*

Motion 3 (to Revoke Right to Bail) to wait for memo in opposition per
by A. Gregory Rainville.  Parties notified on the record.  Court is
not going to act on the State's motion today.

08/12/19

*3919129 - motion*

Motion to Dismiss filed by Attorney Michael Peter Ledden for
Defendant Todd Robert Hoyte on disputes 1-6. Motion to Dismiss
waiting for Memo in Opposition.

08/23/19

*3926561 - motion*

Motion new counsel filed by Defendant Todd Robert Hoyte on disputes
1-6. Motion new counsel given to judge.

08/26/19

*3927747 - document*

2 documents filed for party 1: Pro se letter regarding mistakes the
dft; has made in the past.

08/27/19

*3926571 - motjudge*

Motion to Revoke Right to Bail given to Judge A. Gregory Rainville.

08/28/19

*3928138 - motmemo*

A response was filed to Motion new counsel filed by Attorney Michael
Peter Ledden for Defendant Todd Robert Hoyte.

09/06/19

*3935790 - hrgset*

Motion Hearing set for 09/13/19 at 03:30 PM.
*3935794 - document*

2 documents filed for party 1: Pro se letter in regards to new
counsel; and transcripts.

09/09/19

*3935911 - document*

1 document filed for party 1: Pro se letter in re: ineffective
counsel.

09/13/19

*3937783 - hrgheld*

Motion Hearing held by Scot L. Kline. (CDVIDEO) Harriman/Ledden/Dft
present Dft has retained Robert Bockus. No entry of appearance.

*3937800 - motdisp*

Motion 5 (new counsel) withdrawn by Scot L. Kline.   Parties notified
on the record.

09/20/19
*3944047 - motmemo*

A response was filed to Motion to Dismiss filed by Attorney Ashley
Harriman for Plaintiff State.

09/25/19
*3944048 - motjudge*

Motion to Dismiss given to Judge Scot L. Kline.
*3944181 - motion*

Motion to Review Bail filed by Attorney Michael Peter Ledden for
Defendant Todd Robert Hoyte on disputes 1-6. Motion to Review Bail to
be set for hearing.
*3944183 - motion*

Motion Application for Home Detention filed by Attorney Michael Peter
Ledden for Defendant Todd Robert Hoyte on disputes 1-6. Motion
Application for Home Detention to be set for hearing.
*3944184 - hrgset*

Motion Hearing set for 09/30/19 at 01:00 PM.

09/30/19
*3945939 - motmemo*

A response was filed to Motion to Review Bail filed by Attorney
Ashley Harriman for Plaintiff State.
*3946075 - hrgheld*

Motion Hearing held by H. E. VanBenthuysen. (CDVIDEO)
Harriman/Ledden/Dft present.

10/03/19
*3948409 - hrgheld*

Pre Trial Conference held by H. E. VanBenthuysen. (CDVIDEO) sa
harriman/da ledden/def present. Case is recalled. Parties have an
agreement b ut it needs to be written up. Court will set for change
of plea due to Def going to plead to about 9 charges.
*3948559 - hrgcan*

Jury Drawing scheduled for 10/08/19 cancelled.

10/14/19
*3954690 - hrgset*

Change of plea set for 10/31/19 at 01:00 PM.

10/31/19
*3964281 - hrgheld*

Change of plea held by Scot L. Kline. (CDVIDEO).

11/01/19
*3964609 - note*

Note: Plea agreement filed Harriman/Ledden/Dft present.

*3964672 - cop - status set to apsn*

Defendant pleads guilty on disputes 5-6. Plea agreement filed. Judge John L. Pacht accepts plea after finding it to be voluntary and made with knowledge and understanding of the consequences and after a knowing waiver of constitutional rights.  Plea found to have a factual basis.  Adjudication of guilty entered.
*3964673 - sentence*

Sentence on dispute 3: to serve 0 to 6 month(s)
*3964673 - sentence*

 to start on 11/01/19 per Judge John L. Pacht.  Sentencing Mittimus to Commissioner of Corrections issued.  CONC.  $47.00 surcharge assessed.  $100.00 Special Investigative Unit surcharge assessed.

*3964674 - sentence*

Sentence on dispute 5: to serve 0 to 6 month(s)
*3964674 - sentence*

 to start on 11/01/19 per Judge John L. Pacht.  Sentencing Mittimus to Commissioner of Corrections issued.  CONC.  $47.00 surcharge assessed.  $100.00 Special Investigative Unit surcharge assessed.

*3964679 - sentence*

Sentence on dispute 6: to serve 0 to 30 day(s)
*3964679 - sentence*

 to start on 11/01/19 per Judge John L. Pacht.  Sentencing Mittimus to Commissioner of Corrections issued.  CONC.  $47.00 surcharge assessed.  $100.00 Special Investigative Unit surcharge assessed.

*3964681 - jailmitt*

*3964682 - jailmitt*

*3964686 - jailmitt*

*3964688 - cop*

Defendant pleads nolo contendre on dispute 3. Plea agreement filed. Judge John L. Pacht accepts plea after finding it to be voluntary and made with knowledge and understanding of the consequences and after a knowing waiver of constitutional rights.  Plea found to have a factual basis.  Adjudication of guilty entered.
*3964689 - chgdisp*

Dispute 3: Plea nolo contendre. Judgment of Guilty entered by Judge John L. Pacht on dispute 3.
*3964690 - chgdisp*

Judgment of Guilty entered by Judge John L. Pacht on disputes 5-6.

*3964692 - chgdisp*

Dispute 1-2,4: Dismissed by state without prejudice. Judgment of No judgment entered by Judge John L. Pacht on disputes 1-2,4.

*3964693 - close - status set to dis*

Case closed.
*3964694 - motdisp*

Motion 2 (Speedy Trial (oral)) rendered moot; Motion 3 (to Revoke
Right to Bail) rendered moot; Motion 4 (to Dismiss) rendered moot;
Motion 6 (to Review Bail) rendered moot; Motion 7 (Application for
Home Detention) rendered moot.
*3964695 - defpay*

Deferred payment agreement no. 55929 issued: payments to be made.
Defendant to pay fine in full by 01/15/20 or appear for a Show Cause
Hearing on at.
11/04/19

*3974018 - document*

1 document filed for party : Sentence Calculation Notification.
12/22/19   Tax referral on Fine #57985 Order #54887.
-----------------------------------------------------------------------------
Document Printed  Wed Aug 26 10:31:36 EDT 2020            doc_id: 96847

## STATE OF VERMONT

**SUPERIOR COURT**                                                    FAM

**Grand Isle Unit**                                        Docket No. 26-8-20 Gifa

| DiSabito vs. Hoyte |
|---|

| Petitioner | | Respondent | Date of Birth |
|---|---|---|---|
| State of Vermont | V. | | |

## TEMPORARY ORDER for EXTREME RISK PROTECTION
☐ EXTENDED Temporary Order

Petition filed on: August 19, 2020

Hearing:    ☐ was held on
            ☒ was not held

*Vermont Superior Court*

*AUG 19 2020  Filed*

*Grand Isle Unit*

The following persons were present:
☐ Petitioner        ☐ with attorney                  *(Name of Attorney)*
☐ Respondent        ☐ with attorney

**Findings by the Court: (check all boxes that apply)**
Respondent has:

☐ inflicted or attempted to inflict bodily harm on another
☒ by his threats or actions has placed others in reasonable fear of physical harm to themselves
☐ by his/her actions or inactions has presented a danger to persons in his or her care
☐ has threatened or attempted suicide or serious bodily harm
☐ Other:

**Order of the Court:**
The petition for an *ex parte* ORDER is GRANTED, as follows:

☒ The Respondent is prohibited from purchasing, possessing, or receiving a dangerous weapon or having a dangerous weapon within his custody or control.

☒ The Respondent shall immediately relinquish all dangerous weapons. Until further order of the Court or until this order expires, Grand Isle Sheriff's Department , shall hold the following dangerous weapons belonging to Respondent: all weapons in Respondent's possession

☒ Other: Respondent shall stay at least 1,000 feet away from Judge Gregory Rainville and any employee of the Franklin County State's Attorney's Office.

## IMPORTANT NOTICES

**To the subject of this protection order** This order shall be in effect until the date and time stated below. If you have not done so already, you are required to surrender all dangerous weapons in your custody, control, or possession to Grand Isle Sheriff's Department, a federally licensed firearms dealer, or a person approved by the court. While this order is in effect, you are not allowed to purchase, possess, or receive a dangerous weapon; attempt to purchase, possess, or receive a dangerous weapon; or have a dangerous weapon in your custody or control. You have the right to request one hearing to terminate this order during the period that this order is in effect, starting from the date of this order. You may seek the advice of an attorney regarding any matter connected with this order

RELATIONSHIP OF THIS ORDER TO CRIMINAL DIVISION ORDERS
This order does not change or overrule any Condition of Release or Probation Condition ordered by the Criminal Division. An amendment to this order will not change your Conditions of Release or Probation Conditions.

**TO THE PARTIES AND LAW ENFORCEMENT AGENCIES** Respondent who attends a hearing held under 13 V.S.A section 4053, 4054, or 4055 at which a temporary or final order under this subchapter is issued and who receives notice from the court on the record that the order has been issued shall be deemed to have been served.

**To Law Enforcement agency, approved federally licensed firearms dealer, or other person in possession of the firearm.** Any firearm(s) are to be released to the owner upon expiration of the order.

**Right to Appeal:** Either party has the right to appeal this Order to the Supreme Court. Your appeal must be in writing with the Clerk of this Court within 7 days of the date of this Order.

**VIOLATION OF THIS ORDER IS A CRIME SUBJECT TO A TERM OF IMPRISONMENT OR A FINE, OR BOTH, AS PROVIDED BY 13 V.S.A. § 4058, AND MAY ALSO BE PROSECUTED AS CRIMINAL CONTEMPT PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**

**\*\* This order may be served by any law enforcement officer. \*\***

**A HEARING** will be held on 8/27/2020 at 1:30 ☐ AM          ☒ PM At the

Vermont Superior Court located at

3677 US RT 2, PO Box 7 North Hero, Vermont 05474

The temporary order remains in effect until the Court dismisses the case or, after a hearing, issues an order or denies a final order, or at 5:00PM on the date of hearing, whichever is earlier.

Electronically signed on August 19, 2020 at 04:47 PM pursuant to V.R.E.F. 9(d).

Samuel Hoar, Jr.
Superior Court Judge

## RETURN OF SERVICE
### STATE OF VERMONT

**SUPERIOR COURT**                                                      **FAMILY DIVISION**
**Grand Isle Unit**                                                      **Docket No. 26-8-20 Gifa**

**DiSabito vs. Hoyte**

I personally served: (check all that apply)

☐ Complaint, Affidavit and Temporary Order          ☐ Order to Modify/Extend/Vacate Order

☐ Temporary Order                                    ☐ Extended Final Order

☐ Final Order                                        ☐ Extended Temporary Order

☐ Court Service Information Sheet                     ☐ Denial of Emergency Relief
                                                        Intent to Pursue
☐ Amended/Modified Temporary Order                      Notice of hearing

☐ Amended/Modified Final Order

Upon_____by:_____

Date:_____Time:_____☐ AM ☐ PM    Place:_____

| Date | Officer's Name, Title and Agency | Officer's Signature |
|------|----------------------------------|---------------------|
|      |                                  |                     |

|  |  | **Acceptance of Service** |
|---|---|---|
|  |  | I hereby accept service of this order. |
| **Fees** |  | Date | Signature |
|  | Service Fee |  |  |
| _____ Miles **X** $0._____ per mile |  | (please type or print name) |
|  | Total |  |  |

STATE OF VERMONT

**SUPERIOR COURT**                    AUG 1 9 2020  Filed                    **FAMILY DIVISION**

**Grand Isle    Unit**                                                        Docket No. 26-8-20 Grifq

| Petitioner | | Respondent | Date Of Birth |
|---|---|---|---|
| Douglas E. DiSabito, Esq | **V.** | Todd Hoyte | 10/10/1970 |

Respondent's Full Physical Address: _82 Allen Road, Grand Isle, VT 05458_

## PETITION FOR EXTREME RISK PROTECTION ORDER

**Existing Court Order or Proceedings**

Is there an existing order or a pending court proceeding involving the Respondent in this petition?

|  | No | Yes | |  | No | Yes |
|---|---|---|---|---|---|---|
| Relief from Abuse | ✓ | ☐ | | Stalking or Sexual Assault | ✓ | ☐ |

State(s): _____    County: _____

Docket Number: _____

**Facts**

✓ On *(date)* _08/18/2020_    Respondent did the following:

☐ inflicted or attempted to inflict bodily harm on another

✓ by his/~~her~~ threats or actions has placed others in reasonable fear of physical harm to themselves

☐ by his/her actions or inactions has presented a danger to persons in his/her care

☐ has threatened or attempted suicide or serious bodily harm

**Request for Emergency Relief**

✓ The Petitioner requests that the Court prohibit the Respondent from purchasing, possessing, or receiving a dangerous weapon or having a dangerous weapon within his/her custody or control.

✓ Other: _No contact with Ashley Harriman, Judge Gregory Rainville, Auburn PD Greg Wildman , and to_ _____
       stay 1,000 feet away from FCSA Office, Ashland MA PD, and Auburn MA PD.

**Request for Final Order**

✓ The Petitioner requests that the Court prohibit the Respondent from purchasing, possessing, or receiving a dangerous weapon or having a dangerous weapon within his/her custody or control.

✓ Other: _No contact with Ashley Harriman, Judge Gregory Rainville, Auburn PF Gren Wildman, and to_ _____
       stay 1,000 feet away from FCSA Office, Ashland MA PD, and Auburn MA PD.

**The facts to support this request for relief can be found on the Petitioner's accompanying affidavit.**

Dated
_August 19, 2020_ _____

                                                 _____
                                                 Signature of Petitioner
                                                 Doug DiSabito, Grand Isle County State's Atty
                                                 Printed Name of Petitioner

                                                 P.O. Box 168   3677 U.S. Route 2
                                                 North Hero, VT 05474
                                                 Address of Petitioner

**Grand Isle Unit**

**Case Summary**

🔲 **Case No. 24-CR-08337**

| | | |
|---|---|---|
| 🔲 **State of Vermont v. Todd Hoyte** | §<br>§ | Location: **Grand Isle Unit**<br>Filed on: **08/12/2024** |

---

## Case Information

---

Case Type: Felony
Case Status: **08/20/2024   Inactive - Arrest Warrant**

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| Jurisdiction: **North Hero** | | | | |
| 1.  OBSTRUCTION OF JUSTICE | 13 VSA 3015 | FEL | 07/16/2024 | 08/12/2024 |

    Arrest
        Control #:  24A2005256
        Agency:  2003 - St. Albans VSP

    Offense Reports
        Control #:  24A2005256
        Agency:  St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

| 2.  CRIMINAL THREATENING PUBLIC SERVANT | 13 VSA 1702(f) | MIS | 07/16/2024 | 08/12/2024 |
|---|---|---|---|---|

    Arrest
        Control #:  24A2005256
        Agency:  2003 - St. Albans VSP

    Offense Reports
        Control #:  24A2005256
        Agency:  St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

| 3.  VIOLATION OF CONDITIONS OF RELEASE | 13 VSA 7559(e) | MIS | 07/16/2024 | 08/12/2024 |
|---|---|---|---|---|

    Arrest
        Control #:  24A2005256
        Agency:  2003 - St. Albans VSP

    Offense Reports
        Control #:  24A2005256
        Agency:  St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

## Warrants

Application of Prosecutor - Hoyte, Todd R (Judicial Officer: Hoar, Samuel) 🔲

| | | |
|---|---|---|
| 08/20/2024 | 10:20 AM | Issued |
| 08/20/2024 | 10:07 AM | Pending |

Fine:        $0.00
Bond Set:       $100,000.00            Any

---

## Party Information

---

| **Plaintiff** | **State of Vermont** | **Wheeler, Diane C.**<br>***Retained***<br>802-524-7969(F)<br>802-524-7920(W)<br>** Confidential Phone **(H)<br>diane.wheeler@vermont.gov |
|---|---|---|

**Grand Isle Unit**

## Case Summary

⊕ **Case No. 24-CR-08337**

**Defendant** ⊞ **Hoyte, Todd R**
DOB:  10/10/1970
DL:  VT 73490294

**Victim's**  **Woodward, Kelly**
**Advocate**

---

## Case Events

| | |
|---|---|
| 08/12/2024 | Criminal Case Filed |
| 08/12/2024 | 📄 State's Attorney Information and Probable Cause Affidavit |
| 08/12/2024 | 📄 Criminal History Record |
| 08/12/2024 | 📄 Proposed Bail Conditions |
| 08/12/2024 | 📄 Motion for Arrest Warrant    Index # 1 <br> Filed by:   Attorney Wheeler, Diane C. |
| 08/13/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) |
| 08/14/2024 | Probable Cause Found    (Judicial Officer: Hoar, Samuel) <br> Charges: <br> 1. OBSTRUCTION OF JUSTICE (536) <br> 2. CRIMINAL THREATENING PUBLIC SERVANT (2379) <br> 3. VIOLATION OF CONDITIONS OF RELEASE (728) |
| 08/19/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) |
| 08/20/2024 | 📄 Arrest Warrant Ordered |
| 08/20/2024 | Arrest Warrant Issued |

---

## Bond Settings

08/20/2024  **Bond Setting**
1. OBSTRUCTION OF JUSTICE
2. CRIMINAL THREATENING PUBLIC SERVANT
3. VIOLATION OF CONDITIONS OF RELEASE
Cash or Surety Bond $100,000.00 Any

FILED: 8/12/2024 10:19 AM
Vermont Superior Court
Grand Isle Unit
24-CR-08337

DEFENDANT  Todd R Hoyte
DOB  10/10/1970 AGE  53
ADDRESS          .
82 Allen Rd
Grand Isle, VT 05458

ARRAIGNMENT DATE
SA CASE ID  24-13307
ASSIGNED (D)SA  Diane C Wheeler Esq. ERN:
POLICE DEPT  VSP-St. Albans
INVESTIGATING OFFICER  Det. Sgt. Angela Baker
VICTIM ADVOCATE  Kelly Woodward
INCIDENT NO  24A2005256

## STATE OF VERMONT

SUPERIOR COURT
GRAND ISLE UNIT

STATE OF VERMONT

v.

TODD R HOYTE

CRIMINAL DIVISION

DOCKET NO. 24-CR-

## INFORMATION BY STATE'S ATTORNEY

By the authority of the State of Vermont, the State's Attorney for Grand Isle County, upon the oath of office charges:

### COUNT 1 OF 3

CHARGE CODE: 13V3015 | CODE ID: 536 | OFFENSE CLASS: F
CHARGE NAME: OBSTRUCTION OF JUSTICE

Todd R Hoyte, in the County of Grand Isle, at North Hero, between July 16, 2024 and August 8, 2024, by threatening communication endeavored to obstruct or impede the due administration of justice, to wit, threatened GI State's Attorney Douglas DiSabito, assigned prosecutor in a matter pending in court, to wit, Docket 22-CR-10449, in violation of 13 V.S.A. § 3015.

Penalty: Imprisonment up to and including LIFE pursuant to 13 V.S.A. 11: Todd R. Hoyte is a person who has three times convicted within this State or under the law of any other state, government, or country of crimes which, if committed within this State would be felonious, commits a felony other than murder within the State, to wit, was convicted in Massachusetts of Child Rape in 1990; Assault and Battery with a Deadly Weapon in 1999; and Intimidation of a Witness in 2012.

### COUNT 2 OF 3

CHARGE CODE: 13V1702f | CODE ID: 2379 | OFFENSE CLASS: M
CHARGE NAME: CRIMINAL THREATENING PUBLIC SERVANT

Todd R Hoyte, in the County of Grand Isle, at North Hero, between July 16, 2024 and August 8, 2024, by words or conduct, and either with the intent to terrify, intimidate, or unlawfully influence the conduct of a public servant, in any decision, opinion, recommendation, vote, or other exercise of discretion taken in capacity as a public servant, or with the intent to retaliate against a public servant for any previous action taken in capacity as a public servant, knowingly threatened another person, to wit, Douglas DiSabito, Grand Isle State's Attorney, and as a result of the threat placed Douglas DiSabito in reasonable apprehension of death, serious bodily injury, or sexual assault, in violation of 13 V.S.A. § 1702(f).

Penalty: Imprisoned not more than two years or fined not more than $2,000 or both

COUNT 3 OF 3

CHARGE CODE: 13V7559E | CODE ID: 728 | OFFENSE CLASS: M
CHARGE NAME: VIOLATION OF CONDITIONS OF RELEASE

Todd R Hoyte, in the County of Grand Isle, at North Hero, between July 16, 2024 and August 8, 2024, being subject to release conditions issued under 13 V.S.A. § 7554, violated condition #33 by engaging in threatening behavior which put Douglas DiSabito in fear of bodily injury, in violation of 13 V.S.A. § 7559(e).

Penalty: Imprisoned not more than 6 months or fined not more than $1,000.00 or both.


Against the peace and dignity of the State.

DATED: August 11, 2024

*/s/ Diane C. Wheeler*

_____
State's Attorney (Deputy)


**Referral(s) if applicable: -**
☐ Diversion ☐ Tamarack **XX** No Referral – Reason: nature of allegations


This information has been presented to me and I have found probable cause.

DATED: August 13, 2024

_____
Superior Court Judge

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

## AFFIDAVIT OF PROBABLE CAUSE

**NOW COMES DETECTIVE SERGEANT ANGELA BAKER, affiant(s), being duly sworn and on oath, deposes and says she has probable cause to believe that <u>Todd Hoyte (10/10/70)</u> has committed the following offenses: Title 13 VSA Section 3015, Obstruction of Justice; Title 13 VSA Section 1702(f), Criminal Threatening; and Title 13 VSA Section 7559, Violation of Conditions of Release.**

I, Detective Sergeant Angela Baker, am now and have been a full-time certified police officer in the State of Vermont since January of 2009. I am currently a full-time employee of the Vermont State Police, being presently assigned to the Bureau of Criminal Investigation at the St. Albans barracks.

The information contained within this affidavit is based on my investigation, training, and experience, as well as information conveyed to me by other law enforcement officers having direct knowledge of the events described below. Since this affidavit is being submitted for limited purposes of establishing probable cause, I have not included every fact known to me concerning this investigation.

## INITIAL REPORT

1.     On July 30, 2024, Grand Isle County State's Attorney (GICSA) Doug DiSabito contacted the Vermont State Police to advise of concerning voicemail messages left by Todd Hoyte (DOB 10/10/70) between July 16, 2024 and July 30, 2024. Hoyte is a defendant in an active domestic assault case currently being prosecuted by GICSA DiSabito. I was assigned to investigate Hoyte's actions in leaving the voicemail messages intended for GICSA DiSabito.

2.     On July 30, 2024, GICSA Doug DiSabito communicated the following information to numerous individuals in local law enforcement and state government regarding the concerning voicemails from Todd Hoyte:

*"We now have at least 3 messages from Mr. Todd Hoyte, between July 16, 2024 and July 30, 2024, which collectively I submit are attempts to obstruct justice . . . and intimidate me into dropping the charge(s). . . The message from yesterday is of great concern to me. He has now escalated to making a death threat. He now states: "...your days are numbered [expletive] . . . peek-a-boooo . . . You're gonna see [expletive], you wanna f_ck with my life, I'm gonna f_cking take yours. You'll see you c_cksucker " He also uses a homophobic slur. "Queer f_ck" As you know, I am prosecuting Mr. Hoyte for Agg. Domestic Assault, with the Habitual Criminal sentencing enhancement. Mr Hoyte has an extensive and abysmal criminal record of violence and intimidation, including multiple counts of Rape of a Child, multiple counts of Assault & Battery on a LE Officer, multiple counts of Intimidation, multiple counts of violating orders, etc. Less than one year ago, the Vermont Judiciary issued an alert related to Mr. Hoyte (see attached). His record of violence is astounding and extensive, such as savagely beating his landlord (see attached) back in Massachusetts. As Chief Law Enforcement Officer for Grand Isle County, I think it is more than probable he will attempt to be violent towards me, given his record, and given his threats escalating. He now has a hearing notice for North Hero on August 8th (see attached) of which I am required to also attend I appreciate all of you and your understanding how this has made my family and I feel recently. It is incredibly unnerving Moreover, I am worried for my two staff members' safety. . . I will not be intimidated. But at the same time, precautions must be taken "* See case file for a copy of this email.

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

## VOICEMAIL MESSAGES FROM HOYTE

3.    The following voicemail messages were left by Todd Hoyte and intended for GISCA DiSabito between July 16, 2024 and August 8, 2024:

○   **VOICEMAL #1:** July 16, 2024 at 0935 hours from (802)393-5503. Received in the GICSA voicemail box: *""I call you attorney, but you're not an attorney to me. So, this is Todd Hoyte. I'm calling to see what's going on with the case. Case is the malicious one that you brought up on me. I'm. I'm representing myself Now, if you can call me and deal with me, my friend. OK. So we got a deposition, we got a plan. I gotta come back to Vermont to a deposition. I guess with you in your office with ****. So, I think if you want I can set this up and I will fly back to Vermont. We can do this. I'm not accepting a dismissal from your office, so you can cut that one up your ass. No dismissal. I want to go to trial. I want to trial date. I'm gonna beat the cases that you know, sue your ass for what you've done to me and my wife, Kaydell. So, yeah. So. So you're a rat bastard. And so, you know, like, like anyway, you can give me a call back and we can talk cordially about this case that you pinned on me the case that you pinned on because you don't like me. And anyway, 80239355037 Have some kind of a day "*

○   **VOICEMAIL #2:** July 29, 2024 at 1145 hours from phone number (340)725-8384. Received in the Vermont Department of Public Service (DPS) voicemail box: *"My name is Todd Hoyte. I'm trying to reach attorney. Whatever he is, that queer fuck Doug DiSabito States Attorney. I'm representing myself. I haven't got a call back from you. You're a fucking punk, mother fucker state's attorney and your days are numbered mother fucka. Peekaboo. You're gonna see mother fucker you want to fuck with my life. I'm gonna fucking take yours You'll see, you cocksucker."* This message was retrieved by employee Melissa Metivier at DPS.

○   **VOICEMAIL #3:** July 30, 2024 at 1103 hours from phone number (340)725-8384. Received in the GICSA voicemail box. *"Get me a trial date and a lawyer you fucking asshole fat ass bitch."*

○   **VOICEMAIL #4:** August 1, 2024 at 1221 hours from phone number (340)725-8384. Received in the GICSA voicemail box from phone number (340)725-8384: *""oh boy. It's gonna get nasty . . . real nasty.'*

○   **VOICEMAIL #5:** August 5, 2024 at 1649 hours from phone number (340)725-8384: Received in the GICSA voicemail box: *"Yeah Doug, Todd Hoyte here. My number is 340-725-8384 I've been waiting for a phone call from you for two weeks. Obviously, you're a fucking coward punk as we all know you are. I'm gonna be honest with you, man. You you bit off more than you can chew with me mother fucka because I'm not letting this go, OK? I don't give a fuck who you know or what protection act you're protected under or what not. You made a fucking mistake fucking charging me maliciously. You know basically you could have charged Kaydell's son with driving under the influence or split the fence coming over and causing fucking violence at my house. But you don't like me, so you're you're you're enjoying *(indecipherable)* I promise you justice is coming as sure as the next snowstorm is coming in Vermont, justice is coming to your fat ass. OK, you fucked over the wrong person. I don't give a flying fuck. You know how much I fucking hate you I hate you more than Adolph Hitler. Goodbye
asshole "*

2

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

- **VOICEMAIL #6:** August 7, 2024 at 1408 hours from phone number (340)725-8384: *"What's going on? Todd Hoyte here. When you're done fucking me over, let me know, OK? Because I'm gonna start fucking you over brotha. Ok? You fucking fat piece of shit. You made an attempt on my life as I see it. So I'm gonna return the favor to you. I'm chasing your job brother. I'm chasing your job. I want your job. I want you working at Dunkin' Donuts with a little skirt like you belong, OK? You are a hunk of shit, scum bag lying maggot. OK? And you're in abomination to the judicial system, alright? I've just about had it with you and your fucking system up there. So, we're going to change things up in Vermont. You're not going to like it, I'll promise you that."*

- **VOICEMAIL #7:** August 8, 2024 at 0925 hours from phone number (340)725-8384: *"Message for Doug DiSabito. This is Todd Hoyte. Been trying to get a hold of. You for a few weeks now because my lawyer is gone now for conflict of interest. I'm sure you know about that. You're so smart. So anyway, I'm supposed to be in court this morning but I have no lawyer. You yourself, not so much your state. You and that that fat cunt Ashley Harriman have really twisted my life upside down. Violating my constitutional rights, my civil rights and amongst others So, we're going to stop playing the fuck fuck game. You're not dismissing these fucking cases asshole. I'm taking these cases to trial. OK, I'm innocent for these fucking cases. You know I am and you maliciously prosecuted you because you're fat cunt friend Ashley Harriman former Franklin County State's Attorney who shouldn't even be a fucking attorney of any sort and yourself included. So yeah, my goal in life, my mission in life is to make sure that the two of you don't practice law ever again. So that is my mission in life. My new mission. So I am going to be flying back to Vermont, probably within a month. So get me a fucking trial date mother fucka. OK. And it is personal between me and you because you're. A hateful fucking asshole."*

## PHONE RECORDS

4.    On August 1, 2024, I provided the phone number (340)725-8384 to FBI Special Agent Eric Boyce. He obtained a subpoena issued by the US Attorney's Office for toll and subscriber information for this phone number for the dates of July 22, 2024 to August 5, 2024.

5.    The following information was provided to me by SA Boyce on August 6, 2024:
- 340-725-8384 is listed to Todd Hoyte, but that phone wasn't active with Viya until 7/22/24
- Account # 335587
- Address: Compass Point, St Thomas, VI 00802
- Email Address - toddhoyte@icloud.com

6.    On August 7, 2024, SA Boyce provided me with phone records for this phone number. The following information was confirmed by the phone records:
- July 29, 2024: phone call from this number to (802)828-2332. This phone number is listed as Melissa Metivier at the Department of Public Service on the website.
- July 30, 2024: phone call from this number to (802)372-8350. Grand Isle County Courthouse.
- July 30, 2024: four phone calls from this number to (802)372-5422. GICSA office.
- July 31, 2024: phone call from this number to (802)372-5422. GICSA office.
- August 1, 2024: phone call from this number to (802)372-5422. GICSA office.

See case file for a copy of the phone records.

3

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

## BACKGROUND INFORMATION

7.    As part of this investigation, GICSA DiSabito provided background information on his previous professional interactions with Todd Hoyte. GICSA DiSabito specifically referenced communication with Andrew Strauss, Licensing Counsel for the Board of Bar Examiners, on January 18, 2023, in response to a complaint filed by Todd Hoyte. The information in GISCA DiSabito's communication contained the following pertinent background information:

- "Back in August of 2020, I filed an _Extreme Risk Protection Order_ ("ERPO") request against Mr. Hoyte   This is the first time I became aware of the existence of Mr  Hoyte. He had made threats against Judge Rainville, then-DSA Ashley Harriman, the entire Franklin County State's Attorney's Office, as well as some LE agencies in Massachusetts (See _Exhibit #5_ attached). I believe he was on furlough at the time and, due to the threats, he was reincarcerated and programmed inside (I think it was close to a year, I was told). Because of that result, I withdrew the ERPO. I don't believe I had knowledge when I filed the ERPO that he was residing with a Kaydell Davis (who I know through previous LE interactions, and when I was a Court Officer). When Mr. Hoyte was reincarcerated, Ms  Davis called my office to ask me how he can get released and to say he was not a bad guy—I do remember telling Ms. Davis that he is a dangerous individual, and I take these threats against public officials seriously. That was the extent of our conversation, to the best of my recollection—I can tell you, however, that I never called him "a piece of shit" and I never initiated the call. His allegation that this occurred in 2019 is also not supported by the timing of the ERPO filing.

- Fast forward to June 2022. Ms. Davis was arrested for DUI #4, and I filed that charge on June 13, 2022. Shortly thereafter, on or about July 22, 2022, Mr. Hoyte called my office and left a voicemail message. I have attached that voicemail message (Hoyte VM Message.amr)—this is the first time he accused me of calling Ms. Davis, and the first time I had any connection with him since the ERPO. He spews profanity at me and says he will make sure I don't get reelected. As a result, I notified John Campbell, who notified James O. Brigham Jr., the State's Threat Mitigation Specialist, just to keep them in the loop given his past threats against prosecutors and LE

- Fast forward to November 2022. Ms. Davis calls the police saying Mr. Hoyte punched her in the face. When I received the case, I decided to charge him with Domestic Assault. I then farmed out the DUI #4 case against Ms. Davis to DSA Aliena Gerhard to handle to avoid any conflict (plus we were close to a resolution in that matter). At Mr. Hoyte's arraignment, I requested COR #14 and #15 as to Ms. Davis. Judge Hoar remembered the facts surrounding the ERPO (as he had signed the temporary ex parte order back in 2020, and I also filed documents to support my requests—this was a public safety issue). Judge Hoar granted the COR the State requested. During the arraignment, Ms  Davis was present, and Mr  Hoyte made the same allegations against me, and Ms. Davis supported his story that (i) I called her; and (ii) I called him a "piece of shit". I believe she is fearful of him, Andy  Also, I believe they are both alcoholics and support/rely on one another

- I have attached the supporting affidavit to the Domestic Assault charge, penned by Sgt. Bruzzi. Upon information and belief, after this event, Mr. Hoyte filed a complaint against Sgt. Bruzzi with VSP, which was not substantiated. Given all the above, I had anticipated a PRB filing by Mr. Hoyte against me

4



Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256

State of Vermont
Franklin County, SS

- *I made no admissions of any contempt of him at his arraignment (which was on November 10, 2022, and not on November 3, 2022, as Mr. Hoyte alleges)—I made it very clear on the record, however, that the State believes he poses a safety risk to the public (and to Ms. Davis) based upon his extensive record and the allegations made against him by Ms. Davis. I believe I also noted the State reserves the right to amend the Information to Agg. DA. When Sgt. Bruzzi met with Ms. Davis on November 3, 2022, he "could immediately see significant bruising on her face, mostly concentrated near her mouth and cheek on the left side. She advised that Hoyte took out one of her teeth". Aff. Sgt. Bruzzi, ¶ 4 (Nov. 3, 2022). Of concern to the State, is it appears that Mr. Hoyte is pressuring Ms. Davis to recant, which she has (See ¶¶ 6 & 7 of Sgt. Bruzzi's affidavit). We have a hearing tomorrow on the defense's Motion to Amend COR, to allow contact between the two, which the State does not support. Thankfully, he is represented by Robert Kaplan. He was pro se at his arraignment.*
- *I have attached another recording (Todd Hoyte recording.m4a) which was made years ago (I don't have the date), where Mr. Hoyte calls a Massachusetts Police Department about some tools—he says he has been stalking an officer for 12 years, he alleges he got everyone there fired years ago, he says he's coming down there with his Peterbilt Dump Truck (or a tank) and makes other statements to Dispatcher Olson I believe Ashland Police Department provided me with this when I received the ERPO affidavits. I hope this email and the attachments help to clarify, and provide context to, Mr. Hoyte's PRB Complaint."* All the documents and recordings referenced in GICSA DiSabito's communication referenced above are included as exhibits in this case file.

## INTERVIEW WITH GICSA DISABITO

8.    On August 1, 2024 at approximately 1100 hours, I met with GICSA Doug DiSabito in his office in North Hero to discuss the concerning voicemail messages left by Hoyte. This interview was audio recorded and a copy of the recording is included in the case file. During this interview, GICSA DiSabito discussed much of the information already referenced above, including the exhibits provided in the case file. He further advised he has never had any interactions with Hoyte outside of court proceedings and he did not know Hoyte personally.

9.    GICSA DiSabito advised that during a court hearing held before Attorney Kaplan withdrew as Hoyte's attorney, Hoyte asked the Judge if he could go to the Virgin Islands. GICSA DiSabito said he was not aware of any conditions that prevented Hoyte from going to the Virgin Islands. The Judge advised Hoyte he could go to the Virgin Islands, but he had to come back to appear in court for his hearings.

10.    GICSA DiSabito advised Hoyte has current active Conditions of Release that prohibit him from engaging in violent or threatening behavior. The Conditions of Release issued# by the Honorable Judge Samuel Hoar on January 19, 2023 for Docket 22-CR-10449 contain Condition 33: You must not engage in violent or threatening behavior, which would place a reasonably prudent person in fear of bodily injury. On August 7, 2024, GICSA DiSabito filed a motion with the Superior Court in Grand Isle for "State's Application to Review Conditions of Release, stating that Hoyte has repeatedly violated Condition #33 by leaving the "threatening and profanity-laden messages" intended for GISCA DiSabito. See case file for a copy of the Conditions of Release and the Application to Review Conditions of Release.

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

11. When asked how Hoyte's actions, specifically related to the concerning voicemail messages, have affected him, GICSA DiSabito advised the following, *"It's almost like I'm two different people in that I'm not going to be intimidated . . I have an obligation to protect the public in this role. And that public includes the victim in this matter."* However, he acknowledged that he is very concerned for the safety of his family, as well as his own personal safety. He said the entire situation has caused him a lot of stress and worry. He was considering wearing a bulletproof vest and carrying his personal firearm for protection. He admitted he did not want to take these precautions but said, *"I'm constantly looking over my shoulder."* He advised, *"I'm in fear, but not to the point that I am going to capitulate and dismiss the case."* At the end of the interview, GICSA DiSabito confirmed all the information he provided was the truth under the pains and penalties of perjury.

## WITNESS STATEMENTS

12. On July 31, 2024, I spoke with Melissa Metivier of the Vermont Department of Public Service (DPS). Melissa is responsible for checking the messages on the Consumer Affairs and Public Information hotline. She received the message left by Todd Hoyte on July 29, 2024 at approximately 1145 hours from the following phone number: (340)725-8384. The phone interview with Melissa for this investigation was audio recorded and a copy of the recording is included in the case file.

13. Melissa advised the phone number that Hoyte called at DPS is intended for consumers who have issues with their utilities. However, she said this phone number receives all kinds of calls because of the name of the agency is the Department of Public Service "so people just think we do everything." She does not know Todd Hoyte and has never received a phone call from him prior to his message. At the end of the interview, Melissa confirmed all the information she provided was the truth under the pains and penalties of perjury.

14. On August 1, 2024, I went to Melissa's office at the Department of Public Service. She played the saved message from Hoyte, and I recorded it using my digital recorder. See case file for a copy of this message.

15. Christopher Mitchell, GICSA Administrative Assistant, provided the following information regarding the voicemail messages received from Todd Hoyte at the GICSA's office: *"First two messages were received on our office/desk phone and the most recent was on my cell phone. The office number is forwarded to my cell phone at certain times. I believe the first message was from Kaydell Davis' phone, which is 802-393-5503. Recently, he has been calling from a Virgin Islands number, which is 340-725-8384. When he calls, the caller ID shows CHTAMSTTHS VI "* Mitchell has not communicated directly with Hoyte. NOTE: Kaydell Davis is identified as Hoyte's girlfriend and is reportedly with him in the Virgin Islands.

16. During this investigation, GICSA DiSabito advised he was previously contacted by a constituent, identified as Raleigh Palmer, in 2023 alerting him to a concerning conversation with Hoyte. On September 29, 2023, GICSA DiSabito communicated the following information to James Brigham at the Vermont Office of Safety and Security: *"This morning a constituent called me who came into contact with Mr. Hoyte—he said all Mr. Hoyte would talk about was me, and that Hoyte said that if I was in Massachusetts (where he is originally from) he would have me "capped" in seconds. Hoyte apparently*

6

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

*appeared "obsessed" with me, and this constituent was adamant that I was in danger and this was not a bluff. He stated that if I ended up dead, he couldn't live with himself if he hadn't warned me, even though he doesn't want to get involved."*

17.    On August 6, 2024, I spoke with Raleigh Palmer by phone to obtain more information regarding Hoyte's comments about GICSA DiSabito. This conversation was audio recorded and a copy of the recording is included in the case file. During this phone conversation, Raleigh confirmed his previous interactions with Hoyte and described him as a "nefarious person." He said Hoyte "hated Doug and wanted to pull a cap on him." Raleigh advised "pull a cap" on Doug meant to shoot him. Raleigh confirmed Hoyte was "obsessed with Doug" and would always talk about him. Raleigh also advised he had recently had a stroke and now struggles with his memory. He could not remember exactly what Hoyte said to him but advised he had already relayed all the information to Doug about his interactions with Hoyte. Raleigh described Hoyte as "scary person" and advised Doug to carry a concealed weapon to protect himself from Hoyte because he was danger. Raleigh said he had not had any interactions with Hoyte since this conversation with him several years prior.

## HOYTE CRIMINAL BACKGROUND

18.    Hoyte has an extensive criminal background in Massachusetts, including the following charges: 13 civil restraining order. assault & battery with a dangerous weapon, false reports to police, intimidation, failure to register as a sex offender, threatening, possession of a controlled substance, resisting arrest, assault and battery on a police officer, rape of a child and breaking and entering in the nighttime with intent to commit a felony. He also has the following criminal convictions in Vermont: violation of conditions of release, simple assault on a law enforcement officer with bodily fluids, violation of an abuse prevention order, driving under the influence, criminal threatening and leaving the scene of an accident. Hoyte's criminal record also contains the following information: one failure to appear; 8 violation of court charges and 4 convictions; 2 felony charges and no convictions; 19 misdemeanor charges and 11 convictions; 1 assaultive crime charge and 1 conviction and 1 assault on officer charge.

19.    Hoyte's criminal record contains a "Violent Offender Warning or a Serious Threat to Law Enforcement Officers" warning issued on 25, 2019 with the following note: *"Threatened to shoot Franklin County SA 'execution style' while being transported by a Milton police officer. Has also made inquiries of how many 'cop shootings' have happened in VT and 'is surprised more haven't been shot in the head on the side of the road' as well as stating 'I don't know, maybe someone just needs to make a fucking stand, I guess, against some of this corruption up here." Reference case 19MT005927* See case file for a complete copy of Hoyte's criminal record.

20.    On August 5, 2024, Massachusetts State Police Trooper Francis E. Torres of the Middlesex District Attorney's Office in Woburn, Massachusetts confirmed he recently investigated Todd Hoyte in Massachusetts for a similar case involving witness interference and obstruction of justice. The following information was obtained from Tpr. Torres' investigative report:
- Hoyte filed a complaint against an Assistant District Attorney (ADA) in Massachusetts. He was not in agreement with the Board of Bar Overseer's (BBO) decision regarding the complaint. Hoyte stated, *"I will get a gun and handle this"* referring to the ADA.

7

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

    o  On June 5, 2024, Hoyte telephoned the BBO and expressed his displeasure with the investigation. Hoyte stated, *"I'll just come and handle it with a gun"* On June 14, 2024, another attorney in Massachusetts received threating text messages from Hoyte stating *"I want you license and more. Someone will be by to collect soon. Serious problems coming for you and Tarrant. You both should be concern heads up. You a dead cocksucker Fucked my life up great. I'll replay you soon a hole"* This attorney received an additional threating text message from Hoyte on June 16, 2024 stating, *"Don't care about the law no more. Hasn't given me justice. I'll get it myself."*

21.    Tpr. Torres advised probable cause was found to charge Hoyte with two counts of intimidation of a witness for the intentional/willful direct communication to harass and/or intimidate and/or cause emotional injury for the purpose of retaliation/punishment/harm for work on his previous criminal cases. However, Trooper Torres confirmed he has not been able to locate Hoyte to arrest him for these charges, both of which are felonies. An arrest warrant has not yet been in Massachusetts for these charges. A copy of Tpr. Torres' Investigative Report is included in the case file.

## HOYTE'S CURRENT LOCATION

22.    According to information received from the Grand Isle County Sheriff's Department, Hoyte's residence at 82 Allen Street in Grand Isle, has been vacated and appears to be cleaned out. The neighbors are reportedly feeding the cats.

23.    On August 6, 2024, I spoke by phone with Evan Davis (DOB 03/12/80) and Christina Davis (DOB 09/20/84). Evan is the son of Kaydell Davis (Hoyte's girlfriend). Hoyte has a pending simple assault charge for causing harm to Evan. This case is being prosecuted by GICSA DiSabito and the next court hearing was scheduled for August 8, 2024. Evan and Christina advised Kaydell and Hoyte were currently somewhere in the Caribbean, possibly in St. Thomas. Evan recently sent a new cell phone to his mother but had him send it to her former Grand Isle address so it would be forwarded to her new address. He spoke with his mother a couple of days prior when she was using Hoyte's cell phone. Evan provided the phone number she was calling from as (340)725-8384. He said they went to the Caribbean because Todd wanted to buy a couple of boats and open an Airbnb. Evan said he did not think Todd had any intention of coming back to Vermont. They also advised they did not think either Todd or Kaydell had the financial means to be flying back and forth between Vermont and the Virgin Islands.

24.    Based on information received from the FBI regarding a trace of Hoyte's phone number, his current address is Compass Point, St Thomas, VI 00802. Compass Point is a boat marina on the coast of St. Thomas.

25.    Hoyte did not show for his August 8, 2024 hearing at the Grand Isle County Courthouse. He left a voicemail message for GICSA DiSabito at approximately 0925 hours advising he would be "flying back to Vermont in a month." GICSA DiSabito requested the Court issue a warrant for his arrest for failure to appear with bail set at $5,000.00. This non-extraditable warrant was issued by the Honorable Judge Samual Hoar on August 8, 2024.

8

Vermont State Police
Bureau of Criminal Investigation
Case 24A2005256



State of Vermont
Franklin County, SS

26.    Based on the information outlined in this affidavit, specifically acknowledging that Hoyte's exact current location is unknown, I respectfully request the Honorable Court to issue a warrant for Hoyte's arrest for the charges outlined in this affidavit.

For the above listed reasons, I have probable cause to believe that Todd Hoyte (10/10/70) has committed the following offenses: Title 13 VSA Section 3015, Obstruction of Justice; Title 13 VSA Section 1702(f), Criminal Threatening, and Title 13 VSA Section 7559, Violation of Conditions of Release.

Subscribed and sworn to before me on:

This 9th day of August 2024

_____
Notary Public

_____
Affiant

_____
8/9/24
Date

9

Vermont Superior Court
Filed 08/20/24
Grand Isle Unit

**VERMONT SUPERIOR COURT**
Grand Isle Unit
PO Box 7
North Hero, VT 05474
802-372-8350
www.vermontjudiciary.org



**CRIMINAL DIVISION**
Case No. 24-CR-08337

| State of Vermont v. Todd R Hoyte | DOB: 10/10/1970 |
|---|---|

**Arrest Warrant: 24-GI-04693**

Investigating Agency: St. Albans VSP

Defendant: Todd R Hoyte

Date of Birth: 10/10/1970

Address: 4605 Tutu Park Mall - Suite 133- PMB 301
St Thomas VI  00802
Place of Birth:

**Offenses:**

| | | | |
|---|---|---|---|
| 13 VSA 3015 | Felony | 1 | OBSTRUCTION OF JUSTICE |
| 13 VSA 1702(f) | Misdemeanor | 2 | CRIMINAL THREATENING PUBLIC SERVANT |
| 13 VSA 7559(e) | Misdemeanor | 3 | VIOLATION OF CONDITIONS OF RELEASE |

The defendant has been charged with the above offense(s) and the Information and Application for Arrest Warrant was filed with the clerk of the court (VRCrp 4(a)(d))

Bail on this warrant is set at   100,000.00 dollars cash or surety unless changed by a judicial officer.

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF VERMONT:

You are commanded to arrest the above-named defendant and bring him or her without unnecessary delay
before the nearest available judicial officer.

**If bail is posted issue a citation to appear the next business day at Franklin Criminal Court, 36
Lake Street St Albans, VT @ 1 PM on Monday-Friday, except Thursdays give citation for Grand
Isle Courthouse, 3677 US Route 2, North Hero, VT for 8:30 AM**

Samuel Hoar, Jr.
Presiding Superior Court Judge

By Order of the Court:                                 Date: 8/20/2024

200-00106 – Per Prosecutor Request Warrant                                 Page 1 of 2
State of Vermont v. Todd R Hoyte 24-CR-08337

**Grand Isle Unit**

## Case Summary

〄 **Case No. 22-CR-10449**

| | | |
|---|---|---|
| **State of Vermont v. Todd Hoyte** | § <br> § | Location: **Grand Isle Unit** <br> Filed on: **11/08/2022** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| 1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE | 13 VSA 1043(a)(1) | FEL | 11/03/2022 | 11/08/2022 | Case Type: Felony <br> Case Status: **09/13/2024 Inactive - Arrest Warrant** |

Arrest
  Date:  11/04/2022
  Control #:  22A2006291
  Agency:  2003 - St. Albans VSP

Offense Reports
  Control #:  22A2006291
  Agency:  St. Albans VSP
            140 Fisher Rd
            Saint Albans, VT, 05478

*Filed As:* ASSAULT - DOMESTIC
*Original Statute:* 13 VSA 1042
*Original Degree:* MIS
*Amended Date:* 08/22/2023

### Related Cases
〄  23-CR-02730 (Related Criminal Case)

---

### Party Information

| **Plaintiff** | **State of Vermont** | **DiSabito, Douglas E.** <br> *Retained* <br> 802-372-5422(W) <br> doug.disabito@vermont.gov |
|---|---|---|
| **Defendant** | **Hoyte, Todd Robert** <br> DOB:  10/10/1970 | **Chase, Rosanna S.** <br> *Public Defender* <br> 802-524-7979(W) <br> rosie.chase@vermont.gov |
| **Victim's Advocate** | **Sicard, David** | |

---

### Case Events

11/08/2022    Criminal Case Filed

11/08/2022    📄
              State's Attorney Information and Probable Cause Affidavit

11/08/2022    📄
              Citation

**Grand Isle Unit**

## Case Summary

Case No. 22-CR-10449

11/08/2022    Criminal History Record

11/08/2022    Notice of Collateral Consequences

11/08/2022    Notice of Collateral Consequences

11/08/2022    Proposed Bail Conditions

11/08/2022    Exhibits
              Filed by:    Attorney DiSabito, Douglas E.

11/08/2022    Exhibit List
              Filed by:    Attorney DiSabito, Douglas E.

11/08/2022    Probable Cause Found    (Judicial Officer: Hoar, Samuel)
              Charges:
              1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE (191)

11/10/2022    Sent to Case Parties
              *Automated by RIS for SOP processing - Douglas E. DiSabito*

11/10/2022    Hearing Held - Arraignment    (Judicial Officer: Hoar, Samuel)
              *Hybrid*

11/10/2022    Rule 5 Waived

11/10/2022    Not Guilty Plea
              Charges:
              1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE (191)

11/10/2022    Conditions of Release
              *Signed*

11/10/2022    Notice to Parties
              *NOH 12/1 and Signed COR*
              Recipients:    Attorney DiSabito, Douglas E.
              *NOH 12/1 and Signed COR*

12/01/2022    Sent to Case Parties
              *Automated by RIS for SOP processing - Douglas E. DiSabito*

12/01/2022    Hearing Held    (Judicial Officer: Hoar, Samuel)
              *In Person*

12/01/2022    Notice to Parties
              *NOH for 1/19/2023 Aty/appear sent to attorney*
              Recipients:    Attorney DiSabito, Douglas E.
              *NOH for 1/19/2023 Aty/appear sent to attorney*

12/01/2022    Letter Sent
              *NOH for 1/19/2023 atty/appear sent to defendant by mail*
              Sent To:    Defendant Hoyte, Todd Robert
              *NOH for 1/19/2023 atty/appear sent to defendant by mail*

12/01/2022    Notice of Attorney's Appearance
              Filed by:    Attorney Kaplan, Robert J.
              Representing:    Defendant Hoyte, Todd Robert

12/02/2022    Sent to Case Parties
              *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

12/02/2022    Notice to Parties

**Grand Isle Unit**

## Case Summary

⑨ **Case No. 22-CR-10449**

*NOH cancelation sent to attorneys*
Recipients:   Attorney DiSabito, Douglas E.;
                     Attorney Kaplan, Robert J.
*NOH cancelation sent to attorneys*

| | | |
|---|---|---|
| 12/21/2022 | 📄 Motion to Amend Conditions of Release<br>Filed by:   Attorney Kaplan, Robert J. | Index # 1 |
| 12/21/2022 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 12/22/2022 | Entry Regarding Motion - Motion to be Set for Hearing    (Judicial Officer: Hoar, Samuel) | |
| 12/23/2022 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 12/23/2022 | 📄 Notice to Parties<br>*NOH for 1/19/2023 sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>                     Attorney Kaplan, Robert J.<br>*NOH for 1/19/2023 sent to attorneys* | |
| 01/19/2023 | Hearing Held - Motion    (Judicial Officer: Hoar, Samuel)<br>*Remote Hybrid* | |
| 01/19/2023 | 📄 Conditions of Release<br>*amended conditions signed by defendant* | |
| 01/19/2023 | Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel) | |
| 05/23/2023 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 05/23/2023 | 📄 Notice to Parties<br>*NOH for 7/13/2023 SC sent to attorney*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>                     Attorney Kaplan, Robert J.<br>*NOH for 7/13/2023 SC sent to attorney* | |
| 07/13/2023 | Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)<br>*Hybrid* | |
| 07/13/2023 | Arrest Warrant Ordered | |
| 07/13/2023 | Arrest Warrant Disposed | |
| 07/28/2023 | 📄 Motion to Amend Information<br>Filed by:   Attorney DiSabito, Douglas E. | Index # 2 |
| 08/22/2023 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 08/22/2023 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 08/22/2023 | 📄 Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel) | |
| 08/22/2023 | 📄 Notice to Parties<br>*EO regarding the motion to amend information and NOH for 9/7/2023 sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>                     Attorney Kaplan, Robert J.<br>*EO regarding the motion to amend information and NOH for 9/7/2023 sent to attorneys* | |
| 09/07/2023 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 09/07/2023 | Hearing Held - Arraignment    (Judicial Officer: Katims, Robert W) | |

**Grand Isle Unit**

## Case Summary

#### Case No. 22-CR-10449

*In Person*

| | | |
|---|---|---|
| 09/07/2023 | Rule 5 Waived<br>*amended information* | |
| 09/07/2023 | Not Guilty Plea<br>*amended information*<br>Charges:<br>1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE (191) | |
| 09/07/2023 | Notice to Parties<br>*NOH for 11/9/2023 SC sent to attorneys*<br>Recipients:  Attorney DiSabito, Douglas E.;<br>Attorney Kaplan, Robert J.<br>*NOH for 11/9/2023 SC sent to attorneys* | |
| 09/08/2023 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 09/08/2023 | Notice to Parties<br>*NOH cancellation for 11/9/2023 and new NOH for 11/16/2023 SC sent to attorneys*<br>Recipients:  Attorney DiSabito, Douglas E.;<br>Attorney Kaplan, Robert J.<br>*NOH cancellation for 11/9/2023 and new NOH for 11/16/2023 SC sent to attorneys* | |
| 11/16/2023 | Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)<br>*In Person* | |
| 11/16/2023 | Hearing Notes<br>*Recent amendment will change the timeline of the case. Court orders parties to submit a Felonly scheduling order.* | |
| 01/11/2024 | Document(s) Filed<br>*waiver of counsel*<br>Filed by:  Defendant Hoyte, Todd Robert<br>*waiver of counsel* | |
| 01/11/2024 | Motion<br>*Motion For: Def's Request for Hearing*<br>Filed by:  Defendant Hoyte, Todd Robert<br>*Motion For: Def's Request for Hearing* | Index # 3 |
| 01/11/2024 | Document(s) Filed<br>*Waiver of counsel*<br>Filed by:  Defendant Hoyte, Todd Robert<br>*Waiver of counsel* | |
| 01/11/2024 | Notice to Parties<br>*Copy of waiver of counsel, request for hearing and NOH for 2/1/2024 SC sent to attorneys*<br>Recipients:  Attorney DiSabito, Douglas E.;<br>Attorney Kaplan, Robert J.<br>*Copy of waiver of counsel, request for hearing and NOH for 2/1/2024 SC sent to attorneys* | |
| 01/12/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 01/12/2024 | Letter Sent<br>*NOH for 2/1/2024 SC sent to defendant by 1st class mail*<br>Sent To:  Defendant Hoyte, Todd Robert<br>*NOH for 2/1/2024 SC sent to defendant by 1st class mail* | |
| 01/12/2024 | Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel) | |
| 02/01/2024 | Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)<br>*In Person* | |

**Grand Isle Unit**

## Case Summary

ᕲ **Case No. 22-CR-10449**

02/01/2024    Hearing Notes
> *SA. DiSabito, Att. Kaplan Defendat appears. Court will set this case for Status in March*

02/02/2024    Sent to Case Parties
> *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

02/02/2024    📄
Notice to Parties
> *NOH for 3/7/2024 SC sent to attorneys*
> Recipients:   Attorney DiSabito, Douglas E.;
>                       Attorney Kaplan, Robert J.
> *NOH for 3/7/2024 SC sent to attorneys*

02/23/2024    📄                                                                                                Index # 4
Motion to Resolve Scheduling Conflict
> Conflct Date:   03/07/2024
> Filed by:   Attorney Kaplan, Robert J.

02/27/2024    Sent to Judge      (Judicial Officer: Hoar, Samuel)

03/04/2024
Note
> *Defendant called court requesting all criminal case files and transcripts from all hearings. Defendant has submitted records request. Court advised defendant court has not received withdrawal from Attorney. Attorney has case files at this time.*

03/06/2024    Sent to Case Parties
> *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

03/06/2024    📄
Notice to Parties
> *EO regarding motion to resolve conflict sent to attorneys, (case has been cancelled anyway due to SA illness)*
> Recipients:   Attorney DiSabito, Douglas E.;
>                       Attorney Kaplan, Robert J.
> *EO regarding motion to resolve conflict sent to attorneys, (case has been cancelled anyway due to SA illness)*

03/11/2024    Sent to Case Parties
> *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

03/11/2024    📄
Notice to Parties
> *NOH for 4/4/2024 SC sent to attorneys*
> Recipients:   Attorney DiSabito, Douglas E.;
>                       Attorney Kaplan, Robert J.
> *NOH for 4/4/2024 SC sent to attorneys*

03/11/2024    Letter Sent
> *Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail*
> Sent To:   Defendant Hoyte, Todd Robert
> *Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail*

03/29/2024    📄                                                                                                Index # 5
Motion to Resolve Scheduling Conflict
> Conflct Date:   04/04/2024
> Filed by:   Attorney Kaplan, Robert J.

03/29/2024    Sent to Judge      (Judicial Officer: Hoar, Samuel)

04/01/2024    Sent to Case Parties
> *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

04/01/2024    📄
Entry Regarding Motion - Granted      (Judicial Officer: Hoar, Samuel)

04/01/2024
📄
Notice to Parties
> *EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024 and new NOH for 5/2/2024 SC sent to attorneys*
> Recipients:   Attorney DiSabito, Douglas E.;
>                       Attorney Kaplan, Robert J.
> *EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024 and new NOH for 5/2/2024 SC sent to attorneys*

Grand Isle Unit

## Case Summary

### ᴖ Case No. 22-CR-10449

04/01/2024
Letter Sent
    *EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024, and New NOH for 5/2/2024 SC sent to defendant by mail*
    Sent To: Defendant Hoyte, Todd Robert
    *EO regarding motion to resolve conflict, NOH cancellation for 4/4/2024, and New NOH for 5/2/2024 SC sent to defendant by mail*

05/02/2024   Hearing Held - Status Conference   (Judicial Officer: Hoar, Samuel)
    *In Person*

05/02/2024   Hearing Notes
    *Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.*

06/14/2024   Sent to Case Parties
    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

06/14/2024   Notice to Parties
    *Motion to Withdraw Attorney/ NOH*
    Recipients: Attorney DiSabito, Douglas E.;
              Attorney Kaplan, Robert J.
    *Motion to Withdraw Attorney/ NOH*

06/14/2024   Letter Sent
    *1st Class Mail NOH*
    Sent To: Defendant Hoyte, Todd Robert
    *1st Class Mail NOH*

06/14/2024   Note
    *Judge Grants SA to Appear Remotely for hearing 6/27*

06/18/2024   Motion to Resolve Scheduling Conflict                    Index # 6
    *6/27/24 Conflict*
    Conflct Date: 06/27/2024
    Filed by: Attorney Kaplan, Robert J.
    *6/27/24 Conflict*

06/18/2024   Motion with COM

06/19/2024
Note
    *Motion to Resolve Scheduling Conflict with a Grand Isle Case was filed. Moved from 8:30am to 10:30am for Attorney Kaplan to be able to do both the Grand Isle Case and the 2 Franklin cases.*

06/20/2024   Motion to Withdraw as Attorney                         Index # 7
    Filed by: Attorney Kaplan, Robert J.

06/20/2024   Sent to Judge   (Judicial Officer: Hoar, Samuel)

06/24/2024   Sent to Case Parties
    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

06/24/2024   Notice to Parties
    *EO regarding motion to withdraw sent to attorneys*
    Recipients: Attorney DiSabito, Douglas E.;
              Attorney Kaplan, Robert J.
    *EO regarding motion to withdraw sent to attorneys*

06/27/2024   Hearing Held - Status Conference   (Judicial Officer: Hoar, Samuel)
    *In Person*

06/27/2024
Hearing Notes
    *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court- Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days. Court will issue Judical Summos*

06/27/2024   Entry Regarding Motion - Granted   (Judicial Officer: Hoar, Samuel)

**Grand Isle Unit**

## Case Summary

⌐ **Case No. 22-CR-10449**

07/15/2024
Note
*Defendant called to update e-mail address on file. Does not have post mailing address, Sent Public defender application via e-mail to defendant.*

07/30/2024    Sent to Case Parties
*Automated by RIS for SOP processing - Douglas E. DiSabito*

07/30/2024    📄
Notice to Parties
*NOH for 8/8/2024 attorney/appear sen to SA by email*
Recipients:   Attorney DiSabito, Douglas E.
*NOH for 8/8/2024 attorney/appear sen to SA by email*

07/30/2024    📄
Letter Sent
*NOH for 8/8/2024 attorney/appear sent to defndant at the email on file*
Sent To:   Defendant Hoyte, Todd Robert
*NOH for 8/8/2024 attorney/appear sent to defndant at the email on file*

08/01/2024    📄
Note
*Only email on file NOH for 8/8/2024 sent to defendant returned as undeliverable*

08/07/2024
Note
*Defendant called to update email address/telephone number- was sent email NOH, Misc. Motion and Public Defender App.*

08/07/2024    Note
*Defendnat called again, didnt view email but wanted to appear remotely*

08/07/2024    📄                                                              Index # 8
Motion
*to Review Conditions of Release*
Filed by:   Attorney DiSabito, Douglas E.
*to Review Conditions of Release*

08/08/2024    Hearing Held - Attorney or Appear     (Judicial Officer: Hoar, Samuel)
*In Person*

08/08/2024
Hearing Notes
*SA DiSabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemail's to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney for defendant ready for trial, Court- will set case for jury draw for Sept. 12th. Trail date to be set for Sept. 13th- will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear- Expeditable*

08/08/2024    📄
Arrest Warrant Ordered

08/08/2024    Arrest Warrant Issued

08/08/2024    📄                                                              Index # 9
Motion
*Supplemental - to Review Conditions of Release*
Filed by:   Attorney DiSabito, Douglas E.
*Supplemental - to Review Conditions of Release*

08/09/2024
Letter Sent
*Emailed defendant to updated e-mail address the following: NOH, Jury draw, NOH- Trail date, States App. to Review Conditions of Release/ updated Exhibit list for App. to Review Conditions of Release, Supplemental Application to Review Conditions of Release.*
Sent To:   Defendant Hoyte, Todd Robert
*Emailed defendant to updated e-mail address the following: NOH, Jury draw, NOH- Trail date, States App. to Review Conditions of Release/ updated Exhibit list for App. to Review Conditions of Release, Supplemental Application to Review Conditions of Release.*

08/20/2024    Note
*Defendant called to update a mailing address- 1st class mailed - NOH, jury draw/trial dates & PD application*

**Grand Isle Unit**

## Case Summary

### ◊ Case No. 22-CR-10449

09/03/2024    📄
Returned Mail
        Party:    Defendant Hoyte, Todd Robert

09/10/2024    Note
        *Defendant called court to inform he is sending Public defender application and needs more time for case.*

09/12/2024    Note
        *Defendant did not appear for jury draw, jury trial canceled for 9/13/2024*

09/12/2024
Hearing Notes
        *Court Orents Jurors, No Selection for Jurors, Defendant FTA, State- asks for $5000, COurt Issues Hold WIthout bail, Case will be inactive until Defendat can appear before the court*

09/13/2024    Arrest Warrant Issued

09/13/2024    Note
        *Warrant for $5000.00 Amended to HWOB in VOWS*

09/13/2024    Arrest Warrant Amended

09/27/2024    📄
Public Defender Application
        *Granted- $50 Co-Pay*
        Requested By:    Defendant Hoyte, Todd Robert
        *Granted- $50 Co-Pay*

09/27/2024    📄
Document(s) Filed
        *Letter to the Court*
        Filed by:    Defendant Hoyte, Todd Robert
        *Letter to the Court*

10/02/2024
Note
        *Defendant contacted the court inquiring about his PD Application, advised him that needed to be sent to judge to review and sign off on. Requested Application to proceed informa pauperis in order to have transcript fees waived. Sent by 1st class mail to defendant*

10/02/2024    Public Defender Assigned    (Judicial Officer: Spero, Navah C)
        Party For:    Defendant Hoyte, Todd Robert
        PD Assigned:    Attorney Chase, Rosanna S.

10/21/2024    📄
Public Defender Order    (Judicial Officer: Spero, Navah C)
        Party:    Defendant Hoyte, Todd Robert

---

## Hearings

11/10/2022    📄
    **Arraignment**    (8:30 AM)    (Judicial Officer: Hoar, Samuel)
        *Hearing Held*
        Charges:    1

12/01/2022    📄
    **Attorney or Appear Hearing**    (8:30 AM)    (Judicial Officer: Hoar, Samuel)
        *Hearing Held*

01/19/2023    📄
    *CANCELED* **Attorney or Appear Hearing**    (9:00 AM)    (Judicial Officer: Hoar, Samuel)
        *Canceled Hearing*

01/19/2023    📄
    **Motion Hearing**    (11:00 AM)    (Judicial Officer: Hoar, Samuel)
        *Hearing Held*

07/13/2023    📄
    *CANCELED* **Pre Trial Conference**    (10:15 AM)    (Judicial Officer: Hoar, Samuel)
        *Canceled Hearing*

Grand Isle Unit

## Case Summary

⊕ Case No. 22-CR-10449

07/13/2023  🖹
    **Pre Trial Conference**  (10:30 AM)  (Judicial Officer: Hoar, Samuel)
        *Hearing Held*

09/07/2023  🖹
    **Arraignment**  (8:30 AM)  (Judicial Officer: Katims, Robert W)
        *Hearing Held*
        Charges:  1

11/09/2023  🖹
    *CANCELED* **Status Conference**  (9:00 AM)  (Judicial Officer: Katims, Robert W)
        *Canceled Hearing*

11/16/2023  🖹
    **Status Conference**  (9:00 AM)  (Judicial Officer: Hoar, Samuel)
        **MINUTES - 11/16/2023**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
        Hearing Notes
        *Recent amendment will change the timeline of the case. Court orders parties to submit a Felonly scheduling order.*
        Hearing Held;
        *Parties Present:*  Attorney  *Kaplan, Robert J.*
                    Attorney  *DiSabito, Douglas E.*
                    Defendant  *Hoyte, Todd Robert*
                    Plaintiff  *State of Vermont*
        *Hearing Held*

02/01/2024  🖹
    **Status Conference**  (9:30 AM)  (Judicial Officer: Hoar, Samuel)
        **MINUTES - 02/01/2024**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
                Hearing Notes
                *SA. DiSabito, Att. Kaplan Defendat appears. Court will set this case for Status in March*
        Hearing Held;
        *Parties Present:*  Attorney  *Kaplan, Robert J.*
                    Attorney  *DiSabito, Douglas E.*
                    Defendant  *Hoyte, Todd Robert*
                    Plaintiff  *State of Vermont*
        *Hearing Held*

03/07/2024  🖹
    *CANCELED* **Status Conference**  (11:45 AM)  (Judicial Officer: Hoar, Samuel)
        *Canceled Hearing*

04/04/2024  🖹
    *CANCELED* **Status Conference**  (11:00 AM)  (Judicial Officer: Hoar, Samuel)
        *Canceled Hearing*

05/02/2024  🖹
    **Status Conference**  (10:45 AM)  (Judicial Officer: Hoar, Samuel)
        **MINUTES - 05/02/2024**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
                Hearing Notes
                *Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.*
        Hearing Held;
          *Hearing Held*

06/27/2024  🖹
    **Status Conference**  (9:30 AM)  (Judicial Officer: Hoar, Samuel)
        **MINUTES - 06/27/2024**
                Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                    *In Person*
        Hearing Notes
        *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court-
        Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days.*

**Grand Isle Unit**

## Case Summary

### ⊕ Case No. 22-CR-10449

*Court will issue Judical Summos*
Hearing Held;
  *Hearing Held*

08/08/2024 📄
**Attorney or Appear Hearing**  (9:45 AM)   (Judicial Officer: Hoar, Samuel)
**MINUTES - 08/08/2024**
                Hearing Held - Attorney or Appear     (Judicial Officer: Hoar, Samuel)
                    *In Person*
Hearing Notes
  *SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemail's to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney for defendant ready for trial, Court- will set case for jury draw for Sept. 12th. Trail date to be set for Sept. 13th- will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear- Expeditable*
Hearing Held;  Defendant FTA
*Parties Present:   Attorney   DiSabito, Douglas E.*
              *Plaintiff   State of Vermont*
  *Hearing Held*

09/12/2024 📄
**Jury Draw**  (8:30 AM)   (Judicial Officer: Spero, Navah C)
**MINUTES - 09/12/2024**
            Note
                *Defendant did not appear for jury draw, jury trial canceled for 9/13/2024*
Hearing Notes
  *Court Orents Jurors, No Selection for Jurors, Defendant FTA, State- asks for $5000, COurt Issues Hold WIthout bail, Case will be inactive until Defendat can appear before the court*
Hearing Held;  Defendat FTA
*Parties Present:   Attorney   DiSabito, Douglas E.*
              *Plaintiff   State of Vermont*
  *Hearing Held*

09/13/2024 📄
*CANCELED* **Jury Trial**  (8:30 AM)   (Judicial Officer: Spero, Navah C)
  *Canceled Hearing*

---

## Conditions

---

01/19/2023  **Interim Condition for Hoyte, Todd Robert**
           (Judicial Officer: Hoar, Samuel)
- Condition 01
  *You must come to court when you are told to.*
- Condition 02
  *You must give your attorney and the court clerk your address and phone number. If it changes, you must tell them immediately.*
- Condition 15
  *You must NOT abuse or harass (K.D.) in any way regardless of whether you are in jail or released.*
- Condition 31
  *You must report immediately to the GICSD to be fingerprinted and photographed.*
- Condition 32
  *Defendant not to discuss any part of this case or the circumstances with the victim K.D.*
- Condition 33
  *You must not engage in violent or threatening behavior, which wuld place a reasonably prudent person in fear of bodily injury.*

---

## Bond Settings

---

07/13/2023  **Bond Setting**
           1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE

**Grand Isle Unit**

## Case Summary

§ Case No. 22-CR-10449

Cash or Surety Bond $200.00 Any

08/08/2024 **Bond Setting**
1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE
Cash or Surety Bond $5,000.00 Any

09/13/2024 **Bond Setting**
1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE
Cash or Surety Bond $100,000.00 Any

09/13/2024 **Bond Setting**
1. ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE
Hold Without Bail

---

## Other Documents

| | | | | |
|---|---|---|---|---|
| 📄 | 11/08/2022 | Criminal Order | Pre Trial Discovery/Scheduling Order | 1 Pages |
| 📄 | 11/10/2022 | Criminal Document | Criminal - Conditions of Release | 2 Pages |
| 📄 | 12/01/2022 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |
| 📄 | 01/19/2023 | Criminal Document | Criminal - Conditions of Release | 2 Pages |
| 📄 | 07/13/2023 | Criminal Order | Failure to Appear Warrant | 1 Pages |
| 📄 | 01/12/2024 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |
| 📄 | 04/01/2024 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |
| 📄 | 09/13/2024 | Criminal Order | Criminal - Entry Order | 1 Pages |
| 📄 | 09/13/2024 | Criminal Order | Failure to Appear Warrant | 2 Pages |
| 📄 | 10/02/2024 | Criminal Document | Address Cover Sheet for Mailing | 1 Pages |

---

## Financial Information

| | |
|---|---:|
| **Defendant**    Hoyte, Todd Robert | |
| Total Financial Assessment | 50.00 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 04/01/2025** | **50.00** |
| 10/21/2024    Transaction Assessment | 50.00 |

FILED: 7/28/2023 11:35 AM
Vermont Superior Court
Grand Isle Unit
22-CR-10449

STATE OF VERMONT

SUPERIOR COURT                                    CRIMINAL DIVISION
GRAND ISLE UNIT                                   DOCKET NO. 22-CR-10449

---

STATE OF VERMONT,
    Plaintiff,

    v.

TODD HOYTE,
    Defendant.

---

## MOTION TO AMEND INFORMATION

NOW COMES the State of Vermont, by and through the Grand Isle County State's

Attorney, and respectfully moves this honorable court to amend Count #1 of the information.

Presently the charge is as follows:

COUNT 1 OF 1

CHARGE CODE: 13V1042 | CODE ID: 190 | OFFENSE CLASS: M
CHARGE NAME: ASSAULT - DOMESTIC

Todd R. Hoyte, in the County of Grand Isle, at Grand Isle, on or about November 3, 2022,
willfully or recklessly caused bodily injury to a family or household member, TO WIT, K.D.,
in violation of 13 V.S.A. § 1042.

Penalty: Imprisoned not more than 18 months or fined not more than $5,000.00 or both.

The State moves to amend Count #1 of the said information to read as follows:

COUNT 1 OF 1

CHARGE CODE: 13V1043A1 | CODE ID: 191 | OFFENSE CLASS: F
CHARGE NAME: ASSAULT – AGG DOMESTIC – 1ST DEG

Todd R. Hoyte, in the County of Grand Isle, at Grand Isle, on or about November 3, 2022,
willfully or recklessly caused serious bodily injury to a family or household member, TO WIT,
K.D., in violation of 13 V.S.A. § 1043(a)(1) and 13 V.S.A. § 11.

Penalty: Imprisoned not more than 15 years or fined not more than $25,000.00 or both.

1

**Enhanced penalty: Defendant having previously been convicted three times under the law of any other state, government, or country, of crimes which, if committed within this State, would be felonious, may be sentenced upon conviction of such fourth or subsequent offence to imprisonment up to and including life. Defendant has been previously convicted of three felonies in Massachusetts for Assault & Battery with a Dangerous Weapon, on 11/03/2011, 01/15/1998 and 12/19/1995.**

Against the peace and dignity of the State.

The State is well within its right to amend an information. "Prior to commencement of trial, the prosecuting officer may amend the information or indictment, and may add additional counts." *V.R.Cr.P. 7(d)*. It has long been the view of the Vermont Supreme Court that the State ought to be allowed to liberally amend complaints, indictments or informations. See generally *State v. Pelletier*, 123 Vt. 271 (1962); *State v. Woodmansee*, 124 Vt. 387 (1964); *State v. Holden*, 136 Vt. 158 (1978); *V.R.Cr.P. 7*. The defense has been on notice since the November 10, 2022 arraignment that the State was considering amending the Information from a misdemeanor to a felony:

| | |
|---|---|
| STATE'S ATTY: | So Your Honor, this is not a normal -- what I consider a normal domestic assault matter. I would really ask the Court to review the State's supporting documents in support of the conditions that we're seeking. Mr. Hoyte has quite a background, originally from Massachusetts, and that -- |
| DEFENDANT: | (Indiscernible). |
| THE COURT: | Try to wait your turn. |
| DEFENDANT: | Okay, sir. |
| STATE'S ATTY: | There's been threats to kill the entire Ashland, Massachusetts Police Department. He's threatened -- |

        *            *           *

| | |
|---|---|
| STATE'S ATTY: | Oh. The State has -- and you've read the affidavit, of course with the tooth being knocked out, the State's still considering whether this is an aggravated assault rather than a simple domestic assault, |

2

and so we do -- we are considering --

THE COURT:    I'm not suggesting that --

STATE'S ATTY:  Yeah.

THE COURT:    -- you would have waived any possible --

STATE'S ATTY:  Yeah.

THE COURT:    -- amendment. I don't think --

STATE'S ATTY:  Thank you, Judge.

THE COURT:    -- Mr. Sullivan or a lawyer representing Mr. Hoyte would mind that either.

ARR. HRG. TR. 5:13-24; 8:18 – 9:5 (Nov. 13, 2022).

Dated at North Hero, Vermont, this 28th day of July, 2023.

Respectfully submitted,
STATE OF VERMONT

By:   Douglas E. DiSabito, Esq.—ERN 4480
State's Attorney, Grand Isle County
P.O. Box 168 3677 | U.S. Route 2
North Hero, VT 05474
(802) 372-5422
doug.disabito@vermont.gov

The above amendment was exhibited to the Court this _____ day of _____, 2023.

Judge Samuel Hoar, Jr.
Vermont Superior Court
Grand Isle Unit, Criminal Division

cc:   Robert Kaplan, Esq.

3

Vermont Superior Court
Filed 08/22/23
Grand Isle Unit

VERMONT SUPERIOR COURT
Grand Isle Unit
PO Box 7
North Hero, VT 05474
802-372-8350
www.vermontjudiciary.org

CRIMINAL DIVISION
Case No. 22-CR-10449



| State of Vermont v. Todd Hoyte | DOB: 10/10/1970 |

## ENTRY REGARDING MOTION

Title:       Motion to Amend Information  (Motion: 2)
Filer:       Douglas E. DiSabito
Filed Date:  July 28, 2023

The motion is GRANTED. The clerk will schedule an arraignment on the amended information.

Electronically signed pursuant to V.R.E.F. 9(d): 8/22/2023 3:12 PM

Samuel Hoar, Jr.
Superior Court Judge

**DEFENDANT:** Todd R Hoyte
**DOB:** 10/10/1970 **AGE:** 52
**ADDRESS:**
82 Allen Rd
Grand Isle, VT 05458

**FILED: 11/8/2022 10:18 AM**
**Vermont Superior Court**
**Grand Isle Unit**
**22-CR-10449**

**ARRAIGNMENT DATE:** November 10, 2022
**SA CASE ID.:** 22-17035
**ASSIGNED SA:** Doug DiSabito Esq. **ERN:** 4480
**POLICE DEPT.:** VSP-St. Albans
**INVESTIGATING OFFICER:** Sgt. John Bruzzi
**VICTIM ADVOCATE:** David Sicard
**INCIDENT NO.:** 22A2006291

## STATE OF VERMONT

SUPERIOR COURT
GRAND ISLE UNIT

STATE OF VERMONT

v.

TODD R HOYTE

CRIMINAL DIVISION

DOCKET NO. 22-CR-_____

## INFORMATION BY STATE'S ATTORNEY

By the authority of the State of Vermont, the State's Attorney for Grand Isle County, upon the oath of office charges:

### COUNT 1 OF 1

#### CHARGE CODE: 13V1042 | CODE ID: 190 | OFFENSE CLASS: M
#### CHARGE NAME: ASSAULT - DOMESTIC

Todd R. Hoyte, in the County of Grand Isle, at Grand Isle, on or about November 3, 2022, willfully or recklessly caused bodily injury to a family or household member, TO WIT, K.D., in violation of 13 V.S.A. § 1042.

Penalty: Imprisoned not more than 18 months or fined not more than $5,000.00 or both.

Against the peace and dignity of the State.

DATED: November 7, 2022

_____
State's Attorney

**Referral(s) if applicable: No Diversion Referral -** *Crime of Domestic Violence*

This information has been presented to me and I have found probable cause.

DATED: November 8, 2022

_____
Superior Court Judge

## AFFIDAVIT

**STATE OF VERMONT**
**GRAND ISLE COUNTY, ss.**

**Case#22A2006291**

**NOW COMES** Sergeant John L. Bruzzi , **affiant(s), being duly sworn and on oath, deposes and says he has probable cause to believe that** Todd R. Hoyte (10/10/70) **has committed the offense(s) of** Domestic Assault, **a violation of** Title 13, **Vermont Statutes Annotated Sections** 1042.

I am a law enforcement officer certified by the Vermont Criminal Justice Training Council since 2003. I am employed by the Department of Public Safety as a Vermont State Trooper, assigned to the St. Albans Barracks.

1. On November 3, 2022 at approximately 2313 hours, I was notified of an assault complaint from 82 Allen Rd in Grand Isle. Complainant, Kaydell Davis (9/9/53) called to advise that Todd Hoyte (10/10/70) had punched her in the face. Dispatch advised that she was declining rescue at this time. Davis ended up leaving the residence and walked over to her father's house after the incident.

2. Upon calling and speaking with Davis, she advised that she lives with Hoyte at the above-mentioned residence and that he got upset because she was texting. She advised that when he punched her, he knocked one of her teeth out and told me she was currently bleeding. She stated that she was willing to give a statement about the incident and stated that she wanted him "punished" for what he did.

3. On my way out to meet with Davis, a female name Catherin Moulton (2/19/77) called to advise that she is the one who picked Hoyte up and that Davis appeared uninjured but very intoxicated. I briefly spoke with her on the phone, and she stated that she went over there to pick up Hoyte and that she didn't notice any injuries on Davis. It should be noted that it was dark out at the time, and when I asked her if she could see any blood on Davis at the time, she stated she could not. I also made contact with Hoyte via telephone on the way there. He quickly became upset that I was questioning him, but at one point advised that he never punched her. He ended up hanging up on me before I could ask anything further.

4. Upon getting to the residence, I met with Davis. I could immediately see significant bruising on her face, mostly concentrated near her mouth and cheek on the left side. She advised that Hoyte took out one of her teeth, and then she motioned to the left side of her face and stated she was "pretty sore" there and that he "might have broken something". While speaking further with her, I told her that Hoyte told me he never punched her. She pointed to her face and stated, "I didn't do this to myself". During the conversation, she reiterated that he knocked a tooth out and mentioned that he had pushed her earlier in the day. When I asked how many times he punched her, she stated just once. I took 3 photos to be included with this case, and they are all attached to the

Subscribed and sworn to before me on

this _____ day of _____ , _____

_____
(Notary Public)    (Judicial Officer)

_____
(Affiant)

_____
(Date)

case in our Valcour system. This entire interaction was captured on my V300 Watchguard body camera. In the video, you can clearly see very significant black and blue bruising on her face from the incident. This video footage will be available for court documentation.

5.    Davis was not up for completing the sworn statement at that time, and I advised her if she could fill it out after the fact, I would ask the Grand Isle Sheriff's to pick it up. I was unable to get a definitive answer as to where Hoyte was staying for the night, so I advised her I was also going to ask them to try and cite him the following day. I was advised the next morning that Davis now called my dispatch center and advised she no longer wants to give a statement or press charges. Regardless, due to the evidence and taped statements from Davis, I asked Sergeant Blake Allen to try and locate Hoyte so he could be cited for the crime of domestic assault.

6.    When I got to work (11/4/2022), I had two voicemails on my office phone. Both were from Davis who was advising she wanted to drop the charges. In one message she advised that Hoyte never hit her, and in the other message she stated that the injuries to her face were caused by her hitting her face on the coffee table. For the purposes of this affidavit, it should be noted that these voicemails were listened to by myself and Trooper Ashley Farmer.

7.    I then called Davis to ask her about all this. She advised that she doesn't want to press charges and that Hoyte was just defending himself because she was going after him. I reminded her that this doesn't fit with the voicemail she just left stating that the injuries were from her hitting her face on the coffee table. She paused and stated that happened earlier. Hoyte was in the background and ended up getting on the phone and was very upset. At one point during the conversation, I made a point of telling Davis that it didn't sound like she was speaking freely. Hoyte once again got upset and said something to the effect of how she can say whatever she needs to. I tried to continue talking with Hoyte but he remained upset, yelled something about how he's getting a lawyer, and then hung up on me.

8.    Based on the taped statements from Davis and the video footage showing extensive facial injuries, Hoyte is being charged with the crime of domestic assault. He was cited to appear in the Vermont Superior Court, Grand Isle Criminal Division in North Hero on Thursday, November 10, 2022 at 0830 hours.

Subscribed and sworn to before me on

this _____ day of _Nov_ , _22_

_____
(Notary Public)    (Judicial Officer)

_____
(Affiant)

_11-5-22_
(Date)

Vermont Superior Court
Filed 09/13/24
Grand Isle Unit

VERMONT SUPERIOR COURT
Grand Isle Unit
PO Box 7

North Hero, VT 05474

802-372-8350

www.vermontjudiciary.org



CRIMINAL DIVISION
Docket No. 22-CR-10449

| State of Vermont v. Todd R Hoyte | DOB: 10/10/1970 |
|---|---|

**Arrest Warrant: 24-GI-05259**                    Investigating Agency: St. Albans VSP

Defendant: Todd R Hoyte

Address:  4605 Tutu Park Mall
Suite 133 PMB 301
St Thomas VI  00802

Date of Birth: 10/10/1970        Place of Birth:

Offenses:

| 13 VSA 1043(a)(1) | Felony | 1 | ASSAULT - AGGRAVATED DOMESTIC - 1ST DEGREE. |
|---|---|---|---|

The defendant has failed to appear on 09/12/2024 for Jury Draw

### Bail on this warrant is set at Hold Without Bail

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF VERMONT:

You are commanded to arrest the above-named defendant and bring him or her without unnecessary delay before the nearest available judicial officer.

Regardless of whether the defendant is held or released, you shall issue the defendant a citation to appear at the issuing court at: Franklin Criminal Court, 36 Lake Street St Albans, VT @ 1 PM on Monday-Friday, except Thursdays give citation for Grand Isle Courthouse, 3677 US Route 2, North Hero, VT for 8:30 AM

Navah C. Sper
Superior Court Judge

By Order of the Court:                    Date: 9/13/2024

OFFICER'S RETURN

On _____ I arrested the above-named defendant at _____
   (date)                                (City, County, State)

_____
Arresting Officer Signature, Title and Badge Number

200-00102 – Failure to Appear Warrant                    Page 1 of 2
State of Vermont v. Todd R Hoyte 22-CR-10449

**Grand Isle Unit**

## Case Summary

Ↄ **Case No. 23-CR-02730**

| | | |
|---|---|---|
| **State of Vermont v. Todd Hoyte** | §<br>§ | Location: **Grand Isle Unit**<br>Filed on: **03/22/2023** |

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| 1. ASSAULT - SIMPLE | 13 VSA 1023(a)(1) | MIS | 03/05/2023 | 03/22/2023 | Case Type: Misdemeanor<br>Case Status: **12/09/2024  Inactive - Arrest Warrant** |

Arrest
> Date:   03/06/2023
> Control #:   23A2001184
> Agency:   2003 - St. Albans VSP

Offense Reports
> Control #:   23A2001184
> Agency:
> St. Albans VSP
> 140 Fisher Rd
> Saint Albans, VT, 05478

### Related Cases
Ↄ  22-CR-10449 (Related Criminal Case)

### Party Information

| **Plaintiff** | **State of Vermont** | **DiSabito, Douglas E.**<br>*Retained*<br>802-372-5422(W)<br>doug.disabito@vermont.gov |
|---|---|---|
| **Defendant** | **Hoyte, Todd R**<br>DOB:   10/10/1970 | **Schultz, Matthew A.**<br>*Public Defender*<br>802-524-7979(W)<br>matthew.schultz@vermont.gov |
| **Victim's Advocate** | **Sicard, David** | |

### Case Events

| | |
|---|---|
| 03/22/2023 | Criminal Case Filed |
| 03/22/2023 | 📄<br>State's Attorney Information and Probable Cause Affidavit |
| 03/22/2023 | 📄<br>Citation |
| 03/22/2023 | 📄<br>Criminal History Record |
| 03/22/2023 | 📄<br>Notice of Collateral Consequences |
| 03/23/2023 | Probable Cause Found    (Judicial Officer: Hoar, Samuel) |

Printed on 04/01/2025 at 11:04 AM

**Grand Isle Unit**

## Case Summary

ⱱ **Case No. 23-CR-02730**

Charges:
1. ASSAULT - SIMPLE (116)

04/18/2023   📄
Notice of Attorney's Appearance
    Filed by:   Attorney Kaplan, Robert J.
    Representing:   Defendant Hoyte, Todd R

04/20/2023   Hearing Held - Arraignment     (Judicial Officer: Hoar, Samuel)
    *In Person*

04/20/2023   Rule 5 Waived

04/20/2023   Not Guilty Plea
Charges:
1. ASSAULT - SIMPLE (116)

04/20/2023   📄
Conditions of Release
    *signed*

05/23/2023   Sent to Case Parties
    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

05/23/2023   📄
Notice to Parties
    *NOH for 7/13/2023 SC sent to attorney*
    Recipients:   Attorney DiSabito, Douglas E.;
                  Attorney Kaplan, Robert J.
    *NOH for 7/13/2023 SC sent to attorney*

07/13/2023   Hearing Held - Pretrial Conference     (Judicial Officer: Hoar, Samuel)
    *Hybrid*

01/11/2024   📄
Document(s) Filed
    *Waiver of counsel*
    Filed by:   Defendant Hoyte, Todd R
    *Waiver of counsel*

01/11/2024   📄                                                                        Index # 1
Motion
    *Motion For: Def's Request for Hearing*
    Filed by:   Defendant Hoyte, Todd R
    *Motion For: Def's Request for Hearing*

01/12/2024   Sent to Case Parties
    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

01/12/2024   Letter Sent
    *NOH for 2/1/2024 SC sent to defendant by 1st class mail*
    Sent To:   Defendant Hoyte, Todd R
    *NOH for 2/1/2024 SC sent to defendant by 1st class mail*

01/12/2024   📄
Notice to Parties
    *Copy of Def request to have hearing, waiver of counsel and NOH for 2/1/2024 SC sent to attorneys*
    Recipients:   Attorney DiSabito, Douglas E.;
                   Attorney Kaplan, Robert J.
    *Copy of Def request to have hearing, waiver of counsel and NOH for 2/1/2024 SC sent to attorneys*

01/12/2024   Entry Regarding Motion - Granted     (Judicial Officer: Hoar, Samuel)

02/02/2024   Sent to Case Parties
    *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

02/02/2024   Hearing Held - Status Conference     (Judicial Officer: Hoar, Samuel)
    *In Person*

02/02/2024   📄
Notice to Parties

**Grand Isle Unit**

## Case Summary

◌ **Case No. 23-CR-02730**

NOH for 3/7/2024 SC sent to attorneys
Recipients:   Attorney DiSabito, Douglas E.;
              Attorney Kaplan, Robert J.
*NOH for 3/7/2024 SC sent to attorneys*

| | | |
|---|---|---|
| 02/12/2024 | 📄 **Motion**<br>*Motion For: to Proceed with Status Conference*<br>Filed by:   Defendant Hoyte, Todd R<br>*Motion For: to Proceed with Status Conference* | Index # 2 |
| 02/13/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 02/13/2024 | 📄 Entry Regarding Motion - Moot    (Judicial Officer: Hoar, Samuel) | |
| 02/23/2024 | 📄 **Motion to Resolve Scheduling Conflict**<br>*Case was canceled to SA illness*<br>Conflct Date:   03/07/2024<br>Filed by:   Attorney Kaplan, Robert J.<br>*Case was canceled to SA illness* | Index # 3 |
| 02/27/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 03/11/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 03/11/2024 | 📄 **Notice to Parties**<br>*NOH for 4/4/2024 SC sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>              Attorney Kaplan, Robert J.<br>*NOH for 4/4/2024 SC sent to attorneys* | |
| 03/11/2024 | Letter Sent<br>*Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail*<br>Sent To:   Defendant Hoyte, Todd R<br>*Copy of NOH for 4/4/2024 SC sent to defendant by 1st class mail* | |
| 03/29/2024 | 📄 **Motion to Resolve Scheduling Conflict**<br>Conflct Date:   04/04/2024<br>Filed by:   Attorney Kaplan, Robert J. | Index # 4 |
| 03/29/2024 | Sent to Judge    (Judicial Officer: Hoar, Samuel) | |
| 04/01/2024 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito* | |
| 04/01/2024 | 📄 Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel) | |
| 04/01/2024 | 📄 **Notice to Parties**<br>*NOH for 5/2/2024 SC sent to attorneys*<br>Recipients:   Attorney DiSabito, Douglas E.;<br>              Attorney Kaplan, Robert J.<br>*NOH for 5/2/2024 SC sent to attorneys* | |
| 04/01/2024 | Letter Sent<br>*NOH for 5/2/2024 SC sent to defendant by mail*<br>Sent To:   Defendant Hoyte, Todd R<br>*NOH for 5/2/2024 SC sent to defendant by mail* | |
| 05/02/2024 | Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)<br>*In Person* | |
| 05/02/2024 | Hearing Notes<br>*Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.* | |

**Grand Isle Unit**

**Case Summary**

⌐ **Case No. 23-CR-02730**

06/18/2024    📄                                                              Index # 5
                 Motion to Resolve Scheduling Conflict
                       *6/27/24 Conflict*
                       Conflct Date:   06/27/2024
                       Filed by:   Attorney Kaplan, Robert J.
                       *6/27/24 Conflict*

06/18/2024    Motion with COM

06/19/2024
Note
     *Motion to Resolve Scheduling Conflict with a Grand Isle Case was filed. Moved from 8:30am to 10:30am for Attorney Kaplan to be able to do both the Grand Isle Case and the 2 Franklin cases.*

06/20/2024    🔖                                                                Index # 6
                 Motion to Withdraw as Attorney
                       Filed by:   Attorney Kaplan, Robert J.

06/20/2024    Sent to Judge    (Judicial Officer: Hoar, Samuel)

06/24/2024    Sent to Case Parties
                       *Automated by RIS for SOP processing - Robert J. Kaplan, Douglas E. DiSabito*

06/24/2024    📄
                 Notice to Parties
                       *EO regarding motion to withdraw sent to attorneys*
                       Recipients:   Attorney DiSabito, Douglas E.;
                                           Attorney Kaplan, Robert J.
                       *EO regarding motion to withdraw sent to attorneys*

06/27/2024    Hearing Held - Status Conference    (Judicial Officer: Hoar, Samuel)
                       *In Person*

06/27/2024
Hearing Notes
     *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court- Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days. Court will issue Judical Summos*

06/27/2024    Entry Regarding Motion - Granted    (Judicial Officer: Hoar, Samuel)
                       *granted on record*

06/28/2024    Note
                       *Mr. Hoyte called to update phone contact number 802-393-5503 will call next week to update mailing address*

07/15/2024
Note
     *Defendant called to update e-mail address on file, does not have post office address, emailed defendant public defender application*

07/30/2024    Sent to Case Parties
                       *Automated by RIS for SOP processing - Douglas E. DiSabito*

07/30/2024    📄
                 Notice to Parties
                       *NOH for 8/8/2024 atty/appear sent to attorney*
                       Recipients:   Attorney DiSabito, Douglas E.
                       *NOH for 8/8/2024 atty/appear sent to attorney*

07/30/2024    📄
                 Letter Sent
                       *NOH for 8/8/2024 attorney/appear sent to defendant at email on file*
                       Sent To:   Defendant Hoyte, Todd R
                       *NOH for 8/8/2024 attorney/appear sent to defendant at email on file*

08/01/2024    📄
                 Note
                       *Only email on file NOH for 8/8/2024 sent to defendant returned as undeliverable*

08/07/2024
Note
     *Defendant called to update e-mail/ telephone number- sent e-mail to defendant , NOH, Misc. Motion, Public Defender App.*

**Grand Isle Unit**

## Case Summary

૭ **Case No. 23-CR-02730**

08/07/2024  Note
*Defendant called again, didnt review email that was sent, wanted to appear remotely*

08/08/2024  Hearing Held - Attorney or Appear  (Judicial Officer: Hoar, Samuel)
*In Person*

08/08/2024
Hearing Notes
*SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to court that could be found in Contempt. Court asks for voicemails to be played for the record. SA- notes attorney or appear hearing for today as goal, has no information of attorney fro defendant ready for trial, Court- will set case for jury draw for Sept. 12th , will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear*

08/20/2024  Note
*Defendant called to update a mailing address: sent 1st class mail -Jurydraw/Trial NOH, PD application*

09/10/2024  Note
*Defendant called court to inform he is sending Public defender application and needs more time for case.*

09/27/2024  📄
Public Defender Application
*Granted- $50 Co-Pay*
Requested By:  Defendant Hoyte, Todd R
*Granted- $50 Co-Pay*

09/27/2024  📄
Document(s) Filed
*Letter to Court*
Filed by:  Defendant Hoyte, Todd R
*Letter to Court*

11/13/2024  Sent to Case Parties
*Automated by RIS for SOP processing - Rosanna S. Chase, Douglas E. DiSabito*

11/13/2024  📄
Notice to Parties
*NOH for 12/12/2024 SC sent to attorneys*
Recipients:  Attorney Chase, Rosanna S.;
                   Attorney DiSabito, Douglas E.
*NOH for 12/12/2024 SC sent to attorneys*

11/13/2024  📄
Substitution of Counsel
*Counsel Withdrawing: Rosanna Chase*
Cnsl Apprng:  Attorney Schultz, Matthew A.
Representing:  Defendant Hoyte, Todd R
*Counsel Withdrawing: Rosanna Chase*

12/09/2024  📄                                                                                                Index # 7
Motion
*to Vacate Status Conference 12/12/24*
Filed by:  Attorney Schultz, Matthew A.
*to Vacate Status Conference 12/12/24*

12/09/2024  Sent to Judge  (Judicial Officer: Spero, Navah C)

12/10/2024  Sent to Case Parties
*Automated by RIS for SOP processing - Douglas E. DiSabito, Matthew A. Schultz*

12/10/2024  📄
Entry Regarding Motion - Granted  (Judicial Officer: Spero, Navah C)

12/10/2024  📄
Notice to Parties
*EO regarding motion to vacate the status conference hearing sent to attorneys*
Recipients:  Attorney DiSabito, Douglas E.;
                   Attorney Schultz, Matthew A.
*EO regarding motion to vacate the status conference hearing sent to attorneys*

**Grand Isle Unit**

**Case Summary**

꽃 **Case No. 23-CR-02730**

Hearings

---

04/20/2023   📄
**Arraignment**   (8:30 AM)   (Judicial Officer: Hoar, Samuel)
*Hearing Held*
Charges:   1

07/13/2023   📄
**Pre Trial Conference**   (10:30 AM)   (Judicial Officer: Hoar, Samuel)
*Hearing Held*

02/01/2024   📄
**Status Conference**   (9:30 AM)   (Judicial Officer: Hoar, Samuel)
*Hearing Held*

03/07/2024   📄
*CANCELED* **Status Conference**   (11:45 AM)   (Judicial Officer: Hoar, Samuel)
*Canceled Hearing*

04/04/2024   📄
*CANCELED* **Status Conference**   (11:00 AM)   (Judicial Officer: Hoar, Samuel)
*Canceled Hearing*

05/02/2024   📄
**Status Conference**   (10:45 AM)   (Judicial Officer: Hoar, Samuel)
    **MINUTES - 05/02/2024**
          Hearing Held - Status Conference      (Judicial Officer: Hoar, Samuel)
            *In Person*
          Hearing Notes
            *Attorneys, Defendant Appear in Person. Court sets case for Pre-Trial in Sept.*
    Hearing Held;
    *Parties Present:*   Plaintiff   State of Vermont
               Attorney   Kaplan, Robert J.
               Attorney   DiSabito, Douglas E.
               Defendant   Hoyte, Todd R
    *Hearing Held*

06/27/2024   **Status Conference**   (9:30 AM)   (Judicial Officer: Hoar, Samuel)
    **MINUTES - 06/27/2024**
          Hearing Held - Status Conference      (Judicial Officer: Hoar, Samuel)
            *In Person*
    Hearing Notes
          *Attorneys appear, Defendant FTA- Att. Kaplan- Did address hearing notice and schedule wth Defendant Court-*
          *Grants The motion to withdrawal for Attorney, Will set the case for Appear or Attorney Hearing. for 30 days.*
          *Court will issue Judical Summos*
    Hearing Held;   Defendant FTA
    *Parties Present:*   Plaintiff   State of Vermont
               Attorney   Kaplan, Robert J.
               Attorney   DiSabito, Douglas E.
    *Hearing Held*

08/08/2024   📄
    **Attorney or Appear Hearing**   (9:45 AM)   (Judicial Officer: Hoar, Samuel)
    **MINUTES - 08/08/2024**
          Hearing Held - Attorney or Appear      (Judicial Officer: Hoar, Samuel)
            *In Person*
    Hearing Notes
          *SA DISabito, Defendant FTA, Court addresses Defendants absents, Notes Defendant has given such behavior to*
          *court that could be found in Contempt. Court asks for voicemails to be played for the record. SA- notes attorney*
          *or appear hearing for today as goal, has no information of attorney fro defendant ready for trial, Court- will set*
          *case for jury draw for Sept. 12th , will need 1 day for trial, issues $5000 arrest warrant for Failure to Appear*
    Hearing Held;
          *Hearing Held*

12/12/2024   📄
    *CANCELED* **Status Conference**   (9:50 AM)   (Judicial Officer: Spero, Navah C)
    *Canceled Hearing*

**Grand Isle Unit**

## Case Summary

♀ **Case No. 23-CR-02730**

---

### Conditions

04/20/2023 **Interim Condition for Hoyte, Todd R**
(Judicial Officer: Hoar, Samuel)
- Condition 01
  *You must come to court when you are told to.*
- Condition 02
  *You must give your attorney and the court clerk your address and phone number. If it changes, you must tell them immediately.*
- Condition 14
  *You must NOT have contact with (Evan Davis) which includes in person, in writing, by telephone, by e-mail or through a third person regardless of whether you are in jail or released.*
- Condition 15
  *You must NOT abuse or harass (Evan Davis) in any way regardless of whether you are in jail or released.*

---

### Other Documents

| | | | | |
|---|---|---|---|---|
| 📄 | 03/22/2023 | Criminal Order | Pre Trial Discovery/Scheduling Order | 1 Pages |
| 📄 | 04/20/2023 | Criminal Document | Criminal - Conditions of Release | 1 Pages |
| 📄 | 06/10/2024 | Criminal Motion | Motion / Letter to withdraw Attorney | 2 Pages |

Printed on 04/01/2025 at 11:04 AM

FILED: 3/22/2023 11:52 AM
Vermont Superior Court
Grand Isle Unit
23-CR-02730

DEFENDANT: Todd R Hoyte
DOB: 10/10/1970 AGE: 52
ADDRESS:
82 Allen Rd
Grand Isle, VT 05458

ARRAIGNMENT DATE: April 20, 2023
SA CASE ID: 23-4403
ASSIGNED SA: Doug DiSabito Esq. ERN: 4480
POLICE DEPT: VSP-St. Albans
INVESTIGATING OFFICER: Trooper Matthew Conte
VICTIM ADVOCATE: David Sicard
INCIDENT NO: 23A2001184

## STATE OF VERMONT

SUPERIOR COURT
GRAND ISLE UNIT

STATE OF VERMONT

v.

TODD R HOYTE

CRIMINAL DIVISION

DOCKET NO. 23-CR-_____

## INFORMATION BY STATE'S ATTORNEY

By the authority of the State of Vermont, the State's Attorney for Grand Isle County, upon the oath of office charges:

### COUNT 1 OF 1

#### CHARGE CODE: 13V1023A1 | CODE ID: 116 | OFFENSE CLASS: M
#### CHARGE NAME: ASSAULT - SIMPLE

Todd R Hoyte, in the County of Grand Isle, at Grand Isle, on or about March 5, 2023, purposely caused bodily injury to another, TO WIT, Evan Davis, in violation of 13 V.S.A. § 1023(a)(1).

Penalty: Imprisoned not more than 1 year or fined not more than $1,000.00 or both.

Against the peace and dignity of the State.

DATED: March 22, 2023

_____
State's Attorney

**Referral(s) if applicable: No Diversion Referral - *Crime of Violence***

This information has been presented to me and I have found probable cause.

DATED: March 23, 2023

_____
Superior Court Judge

AFFIDAVIT
Case # 23A2001184
STATE OF VERMONT
GRAND ISLE COUNTY

NOW COMES Trooper Matthew Conte, affiant, being duly sworn and on oath, deposes and says he has probable cause to believe that Todd Hoyte (DOB: 10/10/1970) has committed the offense(s) of Simple Assault in violation of Title(s) 13, of Vermont Statutes Annotated Section(s) 1023.

1.      I am a Law Enforcement Officer certified by the Vermont Criminal Justice Training Council and have been since May 2016. I am employed by the Department of Public Safety as a Vermont State Trooper assigned to the St. Albans Barracks.

2.      On March 5th 2023 at 1524 hours, dispatch received the report of a citizen dispute at 82 Allen Road in the town of Grand Isle. The complainant advised he had just been in a physical altercation with the son of his landlord (the landlord is also his roommate). The complainant stated the son of his landlord had since left the residence and returned to his own down the road. The complainant advised he did not require rescue for injuries, but that the son of the landlord may as he "fucked him up" after he initiated a physical altercation. The complainant was identified as Todd Hoyte (DOB: 10/10/1970), his landlord's son as Evan Davis (DOB: 03/12/1980), and his landlord as Kaydell Davis (DOB: 09/09/1953). I was joined on the call by Trooper Olson.

3.      At 1617 hours, I arrived at 82 Allen Road in the town of Grand Isle in order to speak with Todd. Upon my arrival, I met with him in the kitchen and living room of the residence. As we spoke, I noted he had a red mark on the top of his head. He stated the small of his back hurt as well due to running into the corner of a desk during the altercation. While on scene I took a photograph of Todd's overall appearance as well as one of the red mark on his head. These photographs will be included with this report for further review. Additionally, it should be noted there has been a long standing issue and tension between Todd and Evan stemming from Todd living with Kaydell who is Evan's mother. It should be noted, I provided Todd with the after hours Relief from Abuse hotline phone number and instructions on how to obtain just such an order.

4.      I then asked Todd what happened during the incident. He advised initially he had been asleep in his bedroom. It should be noted his bedroom is accessed directly from the living room, which is accessed directly from the kitchen. He stated Evan arrived at the residence in order to bring Kaydell to the hospital to meet with his (Evan's) father who was there for treatment. He advised once Kaydell was out in the vehicle, Evan entered the residence in order to put a borrowed set of Tupperware back in the kitchen. He stated Evan then walked into the living room and stood several feet away from the open doorway of his

(Todd's) bedroom. He advised he (Todd) was asleep at the time but was awakened by the sound of Evan walking across a creaky metal grate in the floor in the living room. He stated he noticed Evan standing in the open doorway of his bedroom, so he got out of bed and confronted him as to why he was in the residence. He advised Evan then attempted to punch him with his right hand but missed and he (Todd) jumped on him. He stated a chaotic melee ensued in the living room, during which he and Evan struck each other before eventually disengaging. Additionally, he wanted it known that there is a large size disparity between he and Evan. The Valcour police records system lists Todd's size as 5'05" 180 lbs and Evan's size as 6'4" 220 lbs. It should be noted, Kaydell was outside in the vehicle at the time of the incident and did not directly witness it.

5.    At 1629 hours, I arrived at 2 Macomber Lane in the town of Grand Isle in order to speak with Evan. Upon my arrival, I met with him as I stood on the front porch of the residence, and he spoke to me through the closed front door. As we spoke, I noted through the glass on the side of the door that he had bruising on the side of his face. Additionally, he had a winter hat on so at the time, so I was unable to directly see the rest of his head. However, he later provided photographs of his injuries by way of email to Trooper Olson. These revealed a large cut above his right eye and red marks on his forehead. These photographs will be included with this report for further review. It should be noted, I provided Evan with instructions on how to obtain a Relief from Abuse Order.

6.    Initially, Evan was reluctant to provide details of the incident. He advised there was a long standing issue with Todd living at the residence with the permission of Kaydell, technically owned by him (Evan) and his sister, and that there have been numerous other confrontations involving him (Todd) and other family members in the past. At one point during the conversation, Evan agreed to allow Trooper Olson and I to enter the residence and speak with him face to face. At that time, two dogs escaped from the residence, ran across the road, and went into a wooded area behind another residence. I then attempted to get the dogs to return to the residence while Trooper Olson remained at the residence with Evan.

7.    Upon my return to the residence with the dogs in question, I met with Trooper Olson and Evan as they stood outside of the garage. Trooper Olson advised Evan had provided a brief overview of the incident while I was gone. He advised he arrived at Todd and Kaydell's residence in order to give her a ride to the hospital. He stated once Kaydell was in the vehicle, he entered the residence to return a set of borrowed Tupperware. He advised he then wanted to say hi to Todd in order to let him know he was there. He stated he then stood in the doorway of Todd's bedroom and he (Todd) came out quickly in a confrontational manner. He advised, through motioning the action to me and Trooper Olson, that he (Todd) then lunged towards him (Evan) and a chaotic melee ensued in the living room. He stated he then

returned to his own residence and awaited the arrival of the Troopers dispatched to the call made by Todd.

Subscribed and sworn to before me on

this 18th day of march, 2023

_____
(Notary)

_____
(Affiant)

CRIME

# Rqnkeg"uc{ "Cuj ncpf "o cp"cwcemu." tqdu"ncpf nqtf

Laura Krantz/Daily News staff



**AD**
**0:34**

An Ashland man police say savagely beat his landlord and stole the man's power tools was ordered held on $150,000 bail yesterday at his arraignment in Framingham District Court.

Screaming profanities, Todd Hoyte stormed out of the courtroom and into a prisoner holding area as the prosecuting attorney recounted the

details of a beating Hoyte gave his landlord last Wednesday morning at 7 Metcalf Ave. in Ashland.

Police arrested Hoyte, 41, on Monday at 8 Joanne Drive and charged him with assault with intent to rob (unarmed), assault to maim, assault and battery, two counts of destruction of property, possession of cocaine, unarmed robbery and carrying a dangerous weapon, a hammer, police said.



"It seems obvious that this gentleman has huge anger issues or mental health issues," Judge Douglas Stoddart said yesterday, setting Hoyte's $150,000 bail and at the same time revoking his bail on an existing case.

Hoyte is scheduled to appear next week in district court for unrelated domestic assault and battery charges, attorneys said.

According to police, Hoyte on Jan. 11 asked his landlord for a loan, but the man refused, saying Hoyte would use the money to buy drugs.

Angered by that remark, Hoyte kicked his landlord in the head, knocked him to the floor and broke several ribs, the police report said.

As the landlord sought shelter under a vehicle in the garage, police said Hoyte reached into the man's pocket, stole $153 and came at him with a hammer. Police said Hoyte stole tools from the garage including two spray guns valued at $1,400. He hid the tools at a Framingham gas station, police said.

## Get the Daily Briefing newsletter in your inbox.

Start your day with the morning's top news

Delivery: Daily

Your Email

After five days in the hospital with head, rib and arm injuries, the landlord Monday afternoon reported the attack to police. Ashland Lt. Richard Briggs yesterday said police found a spoon with traces of cocaine in the garage. Briggs said Hoyte was living in the garage.

Hoyte's attorney, Kenneth Gross, yesterday said his client has mental problems.

"Hopefully he will recover from whatever this ailment is," Gross said, saying Hoyte acted in self defense. He said the tools belonged to Hoyte.

As he raged yesterday, Hoyte "fired" Gross, saying police and attorneys are not be trusted.

Hoyte also faces Middlesex Superior Court charges in a case in which he threatened to kill a police officer, attorneys said. The judge yesterday revoked the bail on that case.

(Laura Krantz can be reached at 508-626-4429 or lkrantz@wickedlocal.com.)